# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and On behalf of a Class of persons similarly Situated, </br>           Plaintiff, </br></br> vs. </br></br> 3M COMPANY, DAIKIN AMERICA, INC., HUNTSMAN INTERNATIONAL LLC, MOUNT VERNON MILLS, INC., TOWN OF TRION, GEORGIA, and RYAN DEJUAN JARRETT, </br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No.: </br> 4:21-CV-40-TWT </br></br> TRIAL BY JURY |

## TOWN OF TRION, GEORGIA'S
## MOTION TO DISMISS THE COMPLAINT

COMES NOW the Town of Trion, Georgia and moves this Court to dismiss the Plaintiff's Complaint against it. The Town of Trion, Georgia avers that Plaintiff fails to state a claim under Federal Rule of Civil Procedure 12 (b)(6) as follows: (1) the Town of Trion, Georgia is subject to governmental immunity; (2) the Complaint is moot due to regulatory action by federal and state agencies; (3) Plaintiff is not a viable Plaintiff under law for this action; (4) Plaintiff failed to comply with pre-suit notice requirements; and, (5) the Town is not liable under the law for alleged contamination as its actions do not meet the criteria for action under the Clean Water Act or Resource Conservation and Recovery Act.

1

Based upon these claims, Town of Trion, Georgia respectfully requests that the Court grant its Motion and enter an order dismissing the Plaintiff's Complaint with Prejudice as to the counts against it.

Respectfully submitted, this 8th day of April, 2021.

                                         **GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Kimberly C. Sheridan*
Kimberly Sheridan
Georgia Bar No. 624547
55 Ivan Allen Jr Blvd. NW, Suite 750
Atlanta, Georgia 30308
Telephone: (404) 978-7324
Fax: (678) 389-8475
ksheridan@grsm.com

Ann Marie Alexander
1 North Franklin Street, Suite 800
Chicago, Illinois 60606
Telephone: (312) 565-1400
amalexander@grsm.com
**\*Admitted Pro Hac Vice**

*Attorneys for Defendant Town of Trion*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2021, a true and correct copy of the foregoing *TOWN OF TRION, GEORGIA'S MOTION TO DISMISS THE COMPLAINT* was served upon all parties to this action via the Court's CM/ECF electronic filing system, which will provide a copy to the all parties of record.

**GORDON REES SCULLY MANSUKHANI, LLP**


*/s/ Kimberly C. Sheridan*
Counsel