IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually and on behalf of a Class of persons similarly situated, | ) ) ) ) |
| *Plaintiff,* | ) ) ) Civ. Action No. 4:21-cv-40-TWT |
| v. | ) ) |
| 3M COMPANY, DAIKIN AMERICA, INC., HUNTSMAN INTERNATIONAL, LLC, PULCRA CHEMICALS, LLC MOUNT VERNON MILLS, INC, TOWN OF TRION, GEORGIA, and RYAN DEJUAN JARRETT, | ) ) ) ) ) ) ) ) |
| *Defendants.* | ) |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW attorney Juliana Mesa of the law firm of Bondurant, Mixson & Elmore, LLP, duly admitted to this Court, appears on behalf of Defendant Huntsman International, LLC and requests service of all pleadings, notices, orders, and any other materials involved in this action.

Respectfully submitted this 28th day of April, 2021.

/s/ *Juliana Mesa*
Benjamin E. Fox, Georgia Bar No. 329427
Juliana Mesa, Georgia Bar No. 585087

BONDURANT, MIXSON & ELMORE, LLP
1201 W. Peachtree St. NW, Ste. 3900
Atlanta, GA 30309
Tel: 404-881-4100
Fax: 404-881-4111
fox@bmelaw.com
mesa@bmelaw.com

**OF COUNSEL:**

REYNOLDS FRIZZELL LLP
Jean Frizzell (*pro hac vice* application pending)
Solace Kirkland Southwick (*pro hac vice* application pending)
Zach Burford (*pro hac vice* application pending)
1100 Louisiana Street, Suite 3500
Houston, Texas 77002
Telephone: (713) 485-7200
Facsimile: (713) 485-7250
jfrizzell@reynoldsfrizzell.com
ssouthwick@reynoldsfrizzell.com
zburford@reynoldsfrizzell.com

**ATTORNEYS FOR DEFENDANT
HUNTSMAN INTERNATIONAL, LLC**

#3206941v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I electronically filed the within and foregoing NOTICE OF APPEARANCE, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Gary A. Davis<br>**Gary A. Davis, Attorney**<br>21 Battery Park Avenue, Suite 206<br>Ashville, North Carolina 28801<br>Telephone: (828) 622-0044<br>gadavis@environattorney.com<br><br>James S. Whitlock<br>**Davis & Whitlock, P.C.**<br>21 Battery Park Avenue, Suite 206<br>Ashville, North Carolina 28801<br>Telephone: (828) 622-0044<br>jwhitlock@environattorney.com<br><br>Jeffrey Jerome Dean<br>**Morris & Dean**<br>P.O. Box 2005<br>The Landmark Building<br>Suite 300, 3rd Floor<br>Dalton, Georgia 30722<br>Telephone: (706) 229-4362<br>brenda@morrisanddean.com | Robert B. Remar<br>S. Gardner Culpepper<br>Monica P. Witte<br>Katherine L. D'Ambrosio<br>**Rogers & Hardin, LLP**<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>Telephone: (404) 522-4700<br>rremar@rh-law.com<br>sculpepper@rh-law.com<br>kdambrosio@rh-law.com<br>mwitte@rh-law.com |

| | |
|---|---|
| Thomas C. Causby<br>**Little Bates Kelehear & Toland, P.C.**<br>P.O. Box 433<br>Dalton, Georgia 30722-0488<br>Telephone: (706) 278-0525<br>tom@lbktlawyers.com<br><br>*Counsel for Plaintiffs* | Jackson R. Sharman, III<br>Benjamin P. Harmon<br>Harlan I. Prater (*PHV forthcoming*)<br>M. Christian King (*PHV forthcoming*)<br>W. Larkin Radney (*PHV forthcoming*)<br>**Lightfoot, Franklin & White, LLC**<br>The Clark Building<br>400 20th Street North<br>Birmingham, Alabama 35203<br>Telephone: (205) 581-0700<br>jsharman@lightfootlaw.com<br>bharmon@lightfootlaw.com<br>hparter@lightfootlaw.com<br>cking@lightfootlaw.com<br>lradney@lightfootlaw.com<br><br>*Counsel for Defendant 3M Company* |
| William E. Underwood<br>Steven F. Casey<br>Kary Bryant Wolfe<br>**Jones Walker, LLP**<br>1360 Peachtree Street, Suite 1030<br>Atlanta, Georgia 30309<br>Telephone: (404) 870-7514<br>wunderwood@joneswalker.com<br>scasey@joneswalker.com<br>kwolfe@joneswalker.com<br><br>Christopher L. Yeilding<br>**Balch & Bingham**<br>1901 Sixth Avenue North, Suite 1500<br>Birmingham, Alabama 35203<br>cyeilding@balch.com<br><br>*Counsel for Defendant Daikin America, Inc.* | David L. Pardue<br>**Parker Poe Adams & Bernstein, LLP**<br>1075 Peachtree Street, NE, Ste. 1500<br>Atlanta, Georgia 30309<br>davidpardue@parkerpoe.com<br><br>*Counsel for Pulcra Chemicals, LLC*<br><br>Craig K. Pendergrast<br>**Taylor English Duma, LLP**<br>1600 Parkwood Circle, Ste. 200<br>Atlanta, Georgia 30339<br>cpendergrast@taylorenglish.com<br><br>*Counsel for Ryan Dejuan Jarrett* |

| | |
|---|---|
| William Middleton Droze<br>**Troutman Pepper Hamilton Sanders, LLP**<br>600 Peachtree Street, N.E., Suite 3000<br>Atlanta, Georgia 30308<br>william.droze@troutman.com<br><br>*Counsel for Mount Vernon Mills, Inc.* | Ann Marie Alexander<br>Kimberly Council Sheridan<br>**Gordon Rees Scully Mansukhani, LLP**<br>55 Ivan Allen Jr. Blvd., NW Ste. 750<br>Atlanta, Georgia 30308<br>amalexander@grsm.com<br>ksheridan@grsm.com<br><br>*Counsel for Town of Trion, Georgia* |

/s/ *Juliana Mesa*
Juliana Mesa
Ga. Bar No. 585087
mesa@bmelaw.com