## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ROME DIVISION

EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated, )))) 

      Plaintiff, )) 

v. ))) 

3M COMPANY, *et al.*, )) 

      Defendants. )

Case No. 4:21-cv-00040-TWT

## DEFENDANT PULCRA CHEMICALS, LLC's MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendant Pulcra Chemicals, LLC ("Pulcra") respectfully moves the Court to dismiss Plaintiff's First Amended Individual and Class Action Complaint ("First Amended Complaint") [Doc 73] under Federal Rules of Civil Procedure 8(a) and 12(b)(6) for failure to state a claim. As described in its Brief in Support of its Motion to Dismiss, which is filed contemporaneously with this Motion, Plaintiff's First Amended Complaint is deficiently pleaded, does not allege facts that would support any claim for relief against Pulcra, fails as a matter of law to state any legally actionable claims against Pulcra, and is otherwise legally meritless.

1

WHEREFORE, Pulcra respectfully requests that the Court grant this Motion and enter an order dismissing with prejudice Plaintiff's First Amended Complaint in its entirety as to Pulcra.

Respectfully submitted this 13th day of May 2021.

*/s/ Robert D. Mowrey*
Robert D. Mowrey, GA Bar No. 527510
bmowrey@kmcllaw.com
C. Max Zygmont, GA Bar No. 567696
mzygmont@kmcllaw.com
E. Peyton Nunez, GA Bar No. 756017
pnunez@kmcllaw.com
John C. Allen, GA Bar No. 159073
jallen@kmcllaw.com

**KAZMAREK MOWREY CLOUD LASETER LLP**
**1230 Peachtree Street, N.E., Suite 900**
**Atlanta, Georgia 30309**
**Telephone (404) 969-0740**

*Counsel for Defendant Pulcra Chemicals, LLC*

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:21-cv-00040-TWT |
| v. | ) | |
| | ) | |
| 3M COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE
AND COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: May 13, 2021.

*/s/ John C. Allen*
John C. Allen, GA Bar No. 159073
jallen@kmcllaw.com

**KAZMAREK MOWREY CLOUD LASETER LLP
1230 Peachtree Street, N.E., Suite 900
Atlanta, Georgia 30309
Telephone (404) 969-0740**

*Counsel for Defendant Pulcra Chemicals, LLC*