IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR. Individually, and on behalf of a Class of persons similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br><br>3M COMPANY, et al.,<br><br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:21-CV-40-TWT |

ORDER

This is a water pollution case. It is before the Court on Proposed Intervenor-Plaintiff City of Summerville's Motion to Intervene [Doc. 79], which is DENIED as moot in light of the Proposed Intervenor-Plaintiff City of Summerville's Amended Motion to Intervene [Doc. 84].

SO ORDERED, this ___24___ day of March, 2022.

_____
THOMAS W. THRASH, JR.
United States District Judge