IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated, | ) | |
| *Plaintiff*, | ) | Civil Action No. 4:21-cv-00040-TWT |
| vs | ) | |
| 3M COMPANY, et al., | ) | |
| *Defendants*. | ) | |

**JOINT MOTION TO
COORDINATE DEADLINES**

Plaintiffs Earl Parris and the City of Summerville, Georgia ("Summerville"), and Defendants 3M Company, Daikin America, Inc., Huntsman International, LLC, Pulcra Chemicals, LLC, Mount Vernon Mills, Inc., Town of Trion, Georgia, and Ryan Dejuan Jarrett (collectively, "Defendants") jointly submit this Motion to Coordinate Deadlines, as detailed herein.

**ARGUMENT**

On April 12, 2021, in recognition of the pending Motions to Dismiss filed by a number of Defendants, and in anticipation of the filing of motions to dismiss by the remaining Defendants, this Court entered an Order [Dkt. 65] extending preliminary deadlines, linking those deadlines to the Court's resolution of the last-filed motion to dismiss. Thereafter, following briefing on the motions to dismiss, on

March 31, 2022, this Court entered its Order [Dkt. 136] on those motions to dismiss, in addition to several other motions pending before the Court, including Summerville's Amended Motion to Intervene [Dkt. 84].

The Court's March 31, 2022 Order, in relevant part, granted Summerville's Motion, and ruled on the motions to dismiss before the Court. As a result of the Court's Order, the deadlines addressed in the Court's April 12, 2021 Order based on Plaintiff Earl Parris, Jr.'s ("Plaintiff") Amended Complaint ("Plaintiff's Complaint") were reinstated as follows:

- Deadline for Defendants to answer Plaintiff's Complaint – April 14, 2022;
- Deadline to hold Rule 26(f) conference – April 14, 2022;
- Deadline for the Joint Preliminary Report and Discovery Plan – April 21, 2022;
- Deadline for Initial Disclosures – April 21, 2022.

Following the Court's Order allowing Summerville to intervene, Summerville filed its Intervenor Complaint (the "Summerville Complaint," [Dkt. 137]). In accordance with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Georgia, the filing of the Summerville Complaint triggered its own deadlines, which, in relevant part, are as follows:

- Deadline for Defendants to file responsive pleadings to Summerville Complaint – April 21, 2022;
- Deadline to hold Rule 26(f) conference – May 9, 2022;
- Deadline for the Joint Preliminary Report and Discovery Plan – May 23, 2022;
- Deadline for Initial Disclosures – May 23, 2022.

The deadlines applicable to the Summerville Complaint are different from those applicable to Parris' Complaint, such that the parties are now subject to two differing sets of deadlines. Some of these deadlines pertain to actions that, in the interest of efficiency, should be combined.

Thus, Movants hereby respectfully ask that the aforementioned deadlines applicable to the Parris Complaint be aligned with those applicable to the Summerville Complaint. This limited extension, if granted, will advance judicial economy and efficiency and the parties' efforts to prosecute and defend this case.

All Defendants stipulate and agree that the Summerville Complaint is deemed served as of the date of its entry on March 31, 2022, and that the discovery period in this case begins on May 23, 2022 per the Court's Local Rules.

This request is made in good faith and not for the purpose of delay. For the Court's convenience, a Proposed Order granting this Motion is attached hereto as Exhibit A.

This 8th day of April, 2022.

<table>
<tr>
<td>

/s/ Benjamin P. Harmon<br>
LIGHTFOOT & WHITE LLC<br>
<br>
Benjamin P. Harmon<br>
(Ga. Bar No. 979043)<br>
bharmon@lightfootlaw.com<br>
Jackson R. Sharman III<br>
(Ga. Bar No. 637930)<br>
jsharman@lightfootlaw.com<br>
Harlan I. Prater, IV (Pro Hac Vice application forthcoming)<br>
hprater@lightfootlaw.com<br>
M. Christian King (Pro Hac Vice application forthcoming)<br>
cking@lightfootlaw.com<br>
W. Larkin Radney, IV (Pro Hac Vice application forthcoming)<br>
<br>
The Clark Building<br>
400 North 20th Street<br>
Birmingham, AL 35203<br>
205-949-5826<br>
<br>
SMITH, GAMBRELL & RUSSELL, LLP<br>
<br>
/s/ Robert B. Remar<br>
Robert B. Remar (Ga. Bar No. 600575)<br>
S. Gardner Culpepper (Ga. Bar No. 201210)<br>
Monica P. Witte (Ga. Bar No. 405952)<br>
Katherine L. D’Ambrosio (Ga. Bar No. 780128)<br>
Smith, Gambrell & Russell, LLP<br>
1105 W. Peachtree Street, N.E., Suite 1000<br>
Atlanta, GA 30309<br>
Telephone (404) 815-3500<br>
Email: rremar@sgrlaw.com

</td>
<td>

/s/ William M. Droze<br>
TROUTMAN PEPPER HAMILTON SANDERS LLP<br>
<br>
William M. Droze<br>
(Ga. Bar No. 231039)<br>
william.droze@troutman.com<br>
600 Peachtree Street, N.E.<br>
Suite 3000<br>
Atlanta, GA 30308<br>
(404) 885-3468<br>
(404) 885-3750<br>
<br>
Counsel for Defendant Mount Vernon Mills, Inc.

</td>
</tr>
</table>

<table>
<tr>
<td>Email: gculpepper@sgrlaw.com<br>Email: kdambrosio@sgrlaw.com<br>Email: mwitte@sgrlaw.com<br><br>Counsel for Defendant 3M Company</td>
<td></td>
</tr>
<tr>
<td>TAYLOR ENGLISH DUMA LLP<br><br>/s/ Craig K. Pendergrast<br>Craig K. Pendergrast<br>(Ga. Bar No. 571155)<br>cpendergrast@taylorenglish.com<br><br>1600 Parkwood Circle<br>Suite 200<br>Atlanta, GA 30339<br>678-336-7245<br>Fax: 770-434-7376<br><br>Counsel for Defendant Ryan Dejuan Jarrett</td>
<td>JONES WALKER LLP<br><br>/s/ Steven F. Casey<br>Steven F. Casey, (Pro Hac Vice)<br>Kary Bryant Wolfe, (Pro Hac Vice)<br>William Underwood, (Ga. Bar No. 401805)<br><br>420 20th Street North, Suite 1100<br>Birmingham, AL 35203<br>Telephone: (205) 244-5200<br>Email: scasey@joneswalker.com<br>Email: kwolfe@joneswalker.com<br>Email: wunderwood@joneswalker.com<br><br>Chris Yeilding, Pro Hac Vice<br>Balch & Bingham LLP<br>1901 Sixth Avenue North, Suite 1500<br>Birmingham, AL 35203-4642<br>Telephone (205) 226-8728<br>Email: cyeilding@balch.com<br><br>Theodore M. Grossman, pro hac vice<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (212) 326-3480<br>Email: tgrossman@jonesday.com<br><br>Richard H. Deane, Jr.<br>(Ga. Bar No. 214875)<br>Jeffrey A. Kaplan, Jr.<br>JONES DAY</td>
</tr>
</table>

| | |
|---|---|
| | 1221 Peachtree St., N.E.<br>Suite 400<br>Atlanta, GA 30361<br>Telephone: (404)521-3939<br>Emails:<br>rhdeane@JonesDay.com;<br>jkaplan@jonesday.com<br><br>***Counsel for Defendant Daikin America Inc.*** |
| **GORDON REES SCULLY MANSUKHANI**<br><br>*/s/ Kimberly Council Sheridan*<br>Kimberly Council Sheridan<br>(Ga. Bar No. 624547)<br>ksheridan@gordonrees.com<br>Ann Marie Alexander (*Pro Hac Vice*)<br>amalexander@grsm.com<br><br>55 Ivan Allen Blvd, NW<br>Suite 750<br>Atlanta, GA 30308<br>404-978-7324<br>Fax: 678-389-8475<br><br>***Counsel for Defendant the Town of Trion, Georgia*** | **BONDURANT MIXSON & ELMORE LLP**<br><br>*/s/ Benjamin E. Fox*<br>Benjamin E. Fox<br>(Ga. Bar No. 329427)<br>fox@bmelaw.com<br><br>1201 West Peachtree Street, N.W.<br>3900 One Atlantic Center<br>Atlanta, GA 30309-3417<br>404-881-4100<br>Fax: 404-881-4100<br><br>***Counsel for Defendant Huntsman International LLC*** |
| | |

| | |
|---|---|
| **DAVIS & WHITLOCK, P.C.**<br><br>*/s/ Gary A. Davis*<br>Gary A. Davis (phv)<br>James S. Whitlock (phv)<br>Davis & Whitlock, P.C.<br>Attorneys at Law<br>21 Battery Park Avenue, Suite 206<br>Asheville, NC 28801<br>Telephone: (828) 622-0044<br>Fax: 828-398-0435<br>jwhitlock@enviroattorney.com<br>gadavis@enviroattorney.com<br><br>Jeffrey J. Dean<br>Ga. Bar #006890<br>Thomas Causby<br>Ga. Bar # 968006<br>Morris & Dean, LLC<br>101 E. Crawford St.<br>Dalton, GA 30720<br>jeff@morrisanddean.com<br>tom@morrisanddean.com<br>Phone: 706-226-0300<br>Fax: 706-229-4363<br><br>***Attorneys for Plaintiff Earl Parris*** | **BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**<br><br>*/s/ J. Anderson Davis*<br>J. Anderson Davis<br>(Ga. Bar No. 211077)<br>P.O. Box 5007<br>Rome, GA 30162-5007<br>Phone: (706) 291-8853<br>Fax: (706) 234-3574<br>adavis@brinson-askew.com<br><br>**FRIEDMAN, DAZZIO & ZULANAS, P.C.**<br><br>*/s/ Jeff Friedman*<br>Jeff Friedman (Pro Hac Vice Pending)<br>3800 Corporate Woods Drive<br>Birmingham, Al 35242<br>Phone: (205) 278-7000<br>Fax: (205) 278-7001<br>jfriedman@friedman-lawyers.com<br><br>***Attorneys for Plaintiff City of Summerville, Ga.*** |

**LOCAL RULE 7.1D CERTIFICATION**

Counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1B.

This 8th day of April, 2022.

*s/ William M. Droze*
William M. Droze
Georgia Bar No. 231039
william.droze@troutman.com

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Bank of America Plaza
600 Peachtree Street N.E.
Atlanta, GA 30308-2216
Telephone: 404-885-3000
Facsimile: 404-885-3900

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have served a copy of the within and foregoing **JOINT MOTION OF DEFENDANTS TO COORDINATE DEADLINES** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 8th day of April, 2022.

*/s/ William M. Droze*
William M. Droze
Georgia Bar No. 231039
william.droze@troutman.com

*Attorney for Defendant Mount Vernon Mills, Inc.*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Bank of America Plaza
600 Peachtree Street N.E.
Atlanta, GA 30308-2216
Telephone: 404-885-3000
Facsimile: 404-885-3900