IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>    *Plaintiff,*<br><br>vs<br><br>3M COMPANY, et. al<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>) Civil Action No. 4:21-cv-00040-TWT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# **[PROPOSED] ORDER EXTENDING PRELIMINARY PLANNING DEADLINES**

In light of the differing deadlines applicable to the Amended Complaint filed by Plaintiff Earl Parris Jr. ("Plaintiff's Complaint") and those based on the filing of Intervenor City of Summerville, Georgia's Amended Complaint, and to promote judicial efficiency, and for good cause shown, it is HEREBY ORDERED that:

1) The Deadline for Defendants to file responsive pleadings to both the Parris and Summerville Complaints is extended to April 21, 2022;

2) The early planning conference required under Fed. R. Civ. P. 26(f) and Local Rule 16.1 must be completed on or before May 9, 2022;

3) The Parties' Initial Disclosures must be submitted on or before May 23, 2022;

4) The City of Summerville, Georgia's Amended Complaint is deemed served as of March 31, 2022, the date of its entry; and

125292130v8

5) Discovery in this case will begin on May 23, 2022, and proceed in accordance with the Court's Local Rules and the Scheduling Order approved by the Court.

SO ORDERED this ____ day of April, 2022.

_____
THE HONORABLE THOMAS W. THRASH JR.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

125292130v8