**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| EARL PARRIS, JR., Individually, and on Behalf of a Class of Persons Similarly Situated, | |
| Plaintiff, | Case No.: 4:21-cv-00040-TWT |
| City of SUMMERVILLE, GEORGIA, | |
| Intervenor-Plaintiff, | |
| v. | |
| 3M COMPANY, *et al.,* | |
| Defendants. | |

**CITY OF SUMMERVILLE, GEORGIA'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, City of

Summerville, Georgia, by and through its counsel, hereby states as follows:

1. **The undersigned counsel of record for DAI certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly help corporation that owns 10% or more of the stock party**:

The following is a full and complete list of all parties identified in this case:

- Earl Parris, Jr.
- City of Summerville, Georgia

- 3M Company
- Daikin America, Inc.
- Huntsman International, LLC.
- Pulcra Chemicals, LLC
- Mount Vernon Mills, Inc.
- Town of Trion, Georgia
- Ryan Dejuan Jarrett

Summerville is a municipal corporation organized and chartered under the laws of the State of Georgia. Summerville defers to the disclosures made by each of the above-referenced parties regarding whether there is a parent corporation or any publicly held corporation that owns 10% or more of their respective stock.

**2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Undersigned counsel is not aware of any parties that could be substantially affected by the outcome of this particular case other than those parties named in this action.

**3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

For Earl Parris, Jr:
Gary A. Davis
**Gary A. Davis, Attorney**
21 Battery Park Avenue, Suite 206
Ashville, NC 28801

James S. Whitlock
**Davis & Whitlock, P.C.**
21 Battery Park
Asheville, NC 28801

Jeffrey Jerome Dean
Thomas C. Causby
**Morris & Dean**
P.O. Box 2005
The Landmark Building
Suite 300, 3rd Floor
Dalton, GA 30722

For City of
Summerville, GA:

J. Anderson Davis
**Brinson, Askew, Berry, Seigler,
Richardson & Davis, LLP**
P.O. Box 5007
615 West First Street
Rome, GA 30162-5007

Jeffrey E. Friedman
Lee T. Patterson
**Friedman, Dazzio & Zulanas, PC**
3800 Corporate Woods Drive
Birmingham, AL 35242

For 3M Company:

Robert B. Remar
Katherine Leigh D'Ambrosio
Monica Perdomo Witte
Sterling Gardner Culpepper, III
**Smith Gambrell & Russell, LLP**
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA 30309

Benjamin Phillip Harmon
Harlan Irby Prater, IV
Jackson R. Sharman, III
Mark Christian King
W. Larkin Radney, IV
**Lightfoot Franklin & White, LLC**
The Clark Building
400 North 20th Street
Birmingham, AL 35203

For Daikin
America, Inc.:

Christopher L. Yeilding
**Balch & Bingham**
P.O. Box 306
1901 Sixth Ave, N, Suite 1500
Birmingham, AL 35203-4642

Kary Bryant Wolfe
Steven F. Casey
**Jones Walker, LLP**
420 20th Street N., Suite 1100
Birmingham, AL 35223

Theodore M. Grossman
**Jones Day**
250 Vesey Street
New York, NY 10281

Robert B. Remar

William Emery Underwood
**Jones Walker, LLP**
One Midtown Plaza, Suite 1030
1360 Peachtree Street, NE
Atlanta, GA 30309

For Huntsman
International, LLC:

Jean C. Frizzell
Solace Kirkland Southwick
Zach Burford
**Reynolds Frizzell, LLP**
1100 Louisiana St., Suite 3500
Houston, TX 77002

Benjamin E. Fox
Juliana Mesa
**Bondurant Mixson &
Elmore, LLP**
1201 W Peachtree St, NW
Suite 3900
Atlanta, GA 30309

For Pulcra Chemicals, LLC:

Robert Douglas Mowrey
Christopher Max Zygmont
E. Peyton Nunez
John Curtis Allen
**Kazmarek Mowrey Cloud
Laseter, LLP**
Promenade, Suite 900
1230 Peachtree St., NE
Atlanta, GA 30309

For Mount Vernon
Mills, Inc.:

William Middleton Droze
**Troutman Pepper Hamilton
Sanders, LLP**
600 Peachtree St., NE
Suite 3000
Atlanta, GA 30308

For Town of Trion,
Georgia:

Ann Marie Alexander
**Gordon Rees Scully
Mansukhani, LLP**
1 North Franklin St
Chicago, IL 60606

Kimberly Council Sheridan
**Gordon Rees Scully
Mansukhani, LLP**
55 Ivan Allen Blvd, NW
Suite 750
Atlanta, GA 30308

For Ryan Dejuan Jarrett:

Craig K. Pendergast
**Taylor English Duma, LLP**
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339

This 22nd day of April, 2022.

**BRINSON, ASKEW, BERRY, SEIGLER,
RICHARDSON & DAVIS, LLP**

Post Office Box 5007
Rome, GA 30162-5007
Phone: (706) 291-8853
Fax:    (706) 234-3574

*/s/ J. Anderson Davis*
J. ANDERSON DAVIS
Georgia Bar No. 211077

**FRIEDMAN, DAZZIO & ZULANAS, P.C.**

3800 Corporate Woods Drive
Birmingham, AL 35242
Phone: (205) 278-7000
Fax:    (205) 278-7001

*/s/ Jeffrey E. Friedman*
JEFFREY E. FRIEDMAN
LEE T. PATTERSON
*\*Admitted Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served all counsel of record with a copy

of the foregoing **CITY OF SUMMERVILLE, GEORGIA'S CERTIFICATE**

**OF INTERESTED PERSONS AND CORPORATE DISCLOSURE**

**STATEMENT** and with the Clerk of Court using the CM/ECF filing system.

This 22nd day of April, 2022.

> **BRINSON, ASKEW, BERRY, SEIGLER,**
> **RICHARDSON & DAVIS, LLP**
>
> */s/ J. Anderson Davis*
> J. ANDERSON DAVIS
> Georgia Bar No. 211077

Post Office Box 5007
Rome, GA 30162-5007
Phone: (706) 291-8853
Fax:    (706) 234-3574