# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., etc., <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | Civil Action No.: <br> 4:21-cv-00040-TWT |

## MOTION TO CERTIFY QUESTIONS TO THE
## GEORGIA SUPREME COURT OR FOR INTERLOCUTORY APPEAL
## BY DAIKIN AMERICA, INC.

Daikin America, Inc. ("DAI") respectfully moves this Court to certify two questions of state law to the Georgia Supreme Court under Ga. Code Ann. § 15-2-9(a):

1. Does a manufacturer owe a common-law duty to unknown third parties to protect them from another entity's negligent disposal of the manufacturer's product?

2. Can a manufacturer be liable for an alleged nuisance caused by the manufacturer's product that occurs only *after* the sale of the product?

1

In the alternative, DAI moves the Court to certify its order denying DAI's motion to dismiss (Doc. 136) for interlocutory appeal under 28 U.S.C. § 1292(b).

As required by Local Rule 7.1(A)(1), this Motion is "accompanied by a memorandum of law which cites supporting authority."

Dated: April 27, 2022

Louis A. Chaiten, *Pro Hac Vice* forthcoming
James R. Saywell, *Pro Hac Vice* forthcoming
JONES DAY
North Point
901 Lakeside Ave East
Cleveland, Ohio 44114
Phone: (216) 586-3939
Email: lachaiten@jonesday.com
jsaywell@jonesday.com

Respectfully submitted,

*/s/ Theodore M. Grossman*
Theodore M. Grossman
JONES DAY
250 Vesey Street
New York, New York 10281
Phone: (212) 326-3939
Fax:    (212) 755-7306
Email:  tgrossman@jonesday.com

*Counsel for Defendant
Daikin America, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1C of the Northern District of Georgia, using 14-point Times New Roman font, as approved by the Court.

>*/s/ Theodore M. Grossman*
>Theodore M. Grossman

## CERTIFICATE OF SERVICE

I certify that on April 27, 2022, I served the foregoing on all parties by filing on CM/ECF.

*/s/ Theodore M. Grossman*
Theodore M. Grossman

*Counsel for Defendant*
*Daikin America, Inc.*