# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., etc., <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | Civil Action No.: <br> 4:21-cv-00040-TWT |

## MOTION TO CERTIFY QUESTIONS TO THE
## GEORGIA SUPREME COURT OR FOR INTERLOCUTORY APPEAL
## BY DAIKIN AMERICA, INC.

Daikin America, Inc. ("DAI") respectfully moves this Court to certify two questions of state law to the Georgia Supreme Court under Ga. Code Ann. § 15-2-9(a):

1. Does a manufacturer owe a common-law duty to unknown third parties to protect them from another entity's negligent disposal of the manufacturer's product?

2. Can a manufacturer be liable for an alleged nuisance caused by the manufacturer's product that occurs only *after* the sale of the product?

1

In the alternative, DAI moves the Court to certify its order denying DAI's motion to dismiss (Doc. 136) for interlocutory appeal under 28 U.S.C. § 1292(b).

As required by Local Rule 7.1(A)(1), this Motion is "accompanied by a memorandum of law which cites supporting authority."

| | |
|---|---|
| Dated: April 27, 2022 | Respectfully submitted, |
| | |
| /s/ *William E. Underwood* | /s/ *Theodore M. Grossman* |
| William E. Underwood | Theodore M. Grossman, *Pro Hac Vice* |
|    Georgia Bar No. 401805 | JONES DAY |
| JONES WALKER LLP | 250 Vesey Street |
| 1360 Peachtree Street | New York, New York 10281 |
| Suite 1030 | Phone: (212) 326-3939 |
| Atlanta, GA 30309 | Fax:   (212) 755-7306 |
| Telephone: (770) 870-7506 | Email: tgrossman@jonesday.com |
| Email: wunderwood@joneswalker.com | |
| | |
| Louis A. Chaiten, *Pro Hac Vice* forthcoming | Richard H. Deane, Jr. |
| James R. Saywell, *Pro Hac Vice* forthcoming |    Georgia Bar No. 214875 |
| JONES DAY | JONES DAY |
| North Point | 1221 Peachtree Street, N.E., |
| 901 Lakeside Ave East | Suite 400 |
| Cleveland, Ohio 44114 | Atlanta, Georgia 30361 |
| Phone: (216) 586-3939 | Phone: (404) 521-3939 |
| Email: lachaiten@jonesday.com | Email: rhdeane@jonesday.com |
| jsaywell@jonesday.com | |

# **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1C of the Northern District of Georgia, using 14-point Times New Roman font, as approved by the Court.

*/s/ Theodore M. Grossman*
Theodore M. Grossman, *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

 I certify that on April 27, 2022, I served the foregoing on all parties by filing on CM/ECF.

             */s/ Theodore M. Grossman*
             Theodore M. Grossman, *Pro Hac Vice*

             *Counsel for Defendant*
             *Daikin America, Inc.*