FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated, | ) ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| CITY OF SUMMERVILLE, GEORGIA, | ) ) ) | Civil Action No. 4:21-cv-40-TWT |
| Intervenor-Plaintiff, | ) ) ) | |
| v. | ) ) | |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) | |

**PROPOSED SCHEDULING ORDER**

|   | **EVENT** | **DEADLINE** |
|---|---|---|
| 1. | Initial Disclosures | May 23, 2022. |
| 2. | Beginning of Fact Discovery Period (including discovery regarding class certification) | May 23, 2022. |
| 3. | Amended Pleadings to Add Parties as of Right | Any amended pleadings to add additional parties as of right to be filed within 180 days of entry of this Order. |
| 4. | Parties to confer and submit Proposed Briefing Order (or competing proposals if no agreement) regarding the number of briefs, page limitations, and related issues for Class Certification, Summary Judgment, and Daubert Motions | 120 days after fact discovery begins. |



EXHIBIT A

| 5. | Fact Discovery Closes | 360 days after fact discovery begins. |
|---|---|---|
| 6. | Plaintiffs' Expert Disclosures (Class Certification and Merits)[1] | 60 days after fact discovery closes. |
| 7 | Plaintiff's Class Certification Motion | 30 days after Plaintiffs' Expert Disclosures |
| 8. | Depositions of Plaintiffs' Experts | 30 days after Plaintiff's Class Certification Motion |
| 9. | Defendants' Expert Disclosures (Class Certification and Merits) | Within 30 days of deadline for Depositions of Plaintiffs' Experts |
| 10. | Defendants' Response to Plaintiff's Class Certification Motion | 30 days after Defendants' Expert Disclosures |
| 11. | Depositions of Defendants' Experts | 30 days after Defendants' Response to Plaintiff's Class Certification Motion |
| 12. | Rebuttal Experts | Within 30 days of the date for completion of Depositions of Defendants' Experts, any party may serve Rebuttal Expert Reports to address expert opinions disclosed for the first time after that party's |

---

[1] For all deadlines contained herein, "Plaintiff" shall pertain to Plaintiff Earl Parris, Jr. and Intervenor-Plaintiff City of Summerville, Georgia, except those deadlines pertaining to class certification, which shall pertain only to Plaintiff Earl Parris, Jr.

|     |                                                                          |                                                                                                                                                  |
| --- | ------------------------------------------------------------------------ | ------------------------------------------------------------------------------------------------------------------------------------------------ |
|     |                                                                          | Expert Reports were served. Depositions of Rebuttal Experts, if any, to be completed within 30 days of service of Rebuttal Expert Reports.       |
| 13. | Plaintiff's Reply in Support of Class Certification Motion               | Within 30 days of deadline for Depositions of Rebuttal Experts                                                                                   |
| 14. | Motions for Summary Judgment/Daubert Motions                             | 120 days after Plaintiff's Reply in Support of Class Certification                                                                               |
| 15. | Responses to Motions for Summary Judgment/Daubert Motions                | Within 30 days of Motions for Summary Judgment/Daubert Motions                                                                                   |
| 16. | Replies in Support of Motions of Summary Judgment/Daubert Motions        | Within 30 days of Responses to Motions for Summary Judgment/Daubert Motions                                                                      |
| 17. | Trial Date                                                               |                                                                                                                                                  |