**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:21-cv-00040-TWT |
| v. | ) | |
| 3M COMPANY, *et al.*, | ) | |
| Defendants. | ) | |

**<u>JOINT MOTION FOR EXTENSION OF TIME</u>**

Plaintiff Earl Parris, Jr. ("Plaintiff"), Intervenor-Plaintiff City of Summerville ("Intervenor"), Defendant 3M Company ("3M"), Defendant Daikin America, Inc. ("Daikin"), Defendant Huntsman International, LLC ("Huntsman"), Defendant Pulcra Chemicals, LLC ("Pulcra"), Defendant Mount Vernon Mills, Inc. ("MVM"), Defendant Town of Trion, Georgia ("Town of Trion") Defendant/Cross-claimant, Ryan Dejuan Jarrett ("Jarrett") (collectively, "Defendants") (altogether, "Parties") by and through their attorneys, hereby move this Court for entry of the Stipulated Joint Protocol Governing Discovery of Documents and Electronically Stored Information, attached as Exhibit A.

In accordance with the Court's May 24, 2022 Scheduling Order, the Parties have conferred on issues involving electronic and computer-based media and have set forth the resulting agreement in the attached Exhibit A. Accordingly, the Parties respectfully request that the Court enter the Stipulated Joint Protocol Governing Discovery of Documents and Electronically Stored Information.

Respectfully submitted this 13th day of June, 2022.

| | |
|---|---|
| /s/ Jeffrey J. Dean<br>Gary A. Davis, *Pro Hac Vice*<br>James S. Whitlock, *Pro Hac Vice*<br>DAVIS & WHITLOCK, P.C.<br>21 Battery Park Avenue, Suite 206<br>Asheville, NC 28801<br>(828) 622-0044<br>(828) 398-0435<br>jwhitlock@enviroattorney.com<br>gadavis@enviroattorney.com<br><br>Jeffrey J. Dean<br>GA Bar No. 006890<br>Thomas Causby<br>GA Bar No. 968006<br>MORRIS & DEAN, LLC<br>101 E. Crawford St.<br>Dalton, GA 30720<br>(706) 226-0300<br>(706) 229-4363<br>jeff@morrisanddean.com<br>tom@morrisanddean.com<br><br>*Attorneys for Plaintiff*<br><br>/s/ William M. Droze<br>William M. Droze<br>Georgia Bar No. 231039<br>T. Matthew Bailey<br>Georgia Bar No. 194516<br>TROUTMAN PEPPER HAMILTON SANDERS, LLP<br>600 Peachtree Street, N.E. Suite 3000<br>Atlanta, GA 30308<br>william.droze@troutman.com<br>matt.bailey@troutman.com | /s/ J. Anderson Davis<br>J. Anderson Davis<br>GA Bar No. 211077<br>BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP<br>Post Office Box 5007<br>Rome, GA 30162<br>(706) 291-8853<br>(706) 234-3574<br>adavis@brinson-askew.com<br><br>Jeff Friedman, *Pro Hac Vice*<br>Lee Patterson, *Pro Hac Vice*<br>FRIEDMAN, DAZZIO & ZULANAS, P.C.<br>3800 Corporate Woods Drive<br>Birmingham, AL 35242<br>(205) 278-7000<br>(205) 278-7001<br>jfriedman@friedman-lawyers.com<br>lpatterson@friedman-lawyers.com<br><br>*Counsel for the City of Summerville, Georgia*<br><br>/s/ Benjamin P. Harmon<br>Jackson R. Sharman, III,<br>GA Bar No. 637930<br>Benjamin P. Harmon,<br>GA Bar No. 979043<br>M. Christian King (*PHV forthcoming*)<br>Harlan I. Prater, IV (*PHV forthcoming*)<br>W. Larkin Radney, IV (*PHV forthcoming*) |

(404) 885-3468
(404) 885-2716

*Attorneys for Defendant Mount Vernon Mills, Inc.*

*/s/ Max Zygmont*
Robert D. Mowrey
GA Bar No.527510
C. Max Zygmont
GA Bar No. 567696
E. Peyton Nunez GA
Bar No. 756017
KAZMAREK MOWREY CLOUD LASETER LLP
Promenade III
1230 Peachtree Street, Suite 900
Atlanta, GA 30309
Telephone: (404) 969-0737 Email: bmowrey@kmcllaw.com Email: mzygmont@kmcllaw.com Email: pnunez@kmcllaw.com

*Counsel for Defendant Pulcra Chemicals, LLC*

*/s/ Craig K. Pendergrast*
Craig K. Pendergrast
GA Bar No. 571155
Daniel H. Weigel
GA Bar No. 956419
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770-434-6868
Facsimile: 770-434-7376

LIGHTFOOT, FRANKLIN AND WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Email: jsharman@lightfootlaw.com
Email: bharmon@lightfootlaw.com
Email: cking@lightfootlaw.com
Email: hprater@lightfootlaw.com
Email: lradney@lightfootlaw.com

Robert B. Remar,
GA Bar No. 600575
S. Gardner Culpepper, III
GA Bar No. 201210
Monica P. Witte,
GA Bar No. 405952
Katherine L. D'Ambrosio,
GA Bar No. 780128
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE
Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3500
Facsimile: (404) 815-3509
rremar@sgrlaw.com
mwitte@sgrlaw.com
kdambrosio@sgrlaw.com

*Counsel for Defendant 3M Company*

*/s/ Benjamin E. Fox*
Benjamin E. Fox
Georgia Bar No. 329427

| | |
|---|---|
| *Counsel for Defendant Ryan Dejuan Jarrett*<br><br>*/s/ Kimberly Sheridan*<br>Kimberly C. Sheridan<br>Georgia Bar No. 624547<br>Erich P. Nathe (*pro hac vice forthcoming)*<br>Katie S. Lonze (*pro hac vice pending*)<br>GORDON REES SCULLY MANSUKHANI, LLP<br>55 Ivan Allen Junior Blvd., NW, Suite 750<br>Atlanta, Georgia 30308<br>Telephone: (404) 978-7324<br>Facsimile: (678) 389-8475<br>ksheridan@grsm.com<br>enathe@grsm.com<br>klonze@grsm.com<br><br>*Counsel for Defendant Town of Trion, Georgia* | BONDURANT, MIXSON & ELMORE,LLP<br>1201 W. Peachtree St. NW, Ste. 3900 Atlanta, GA 30309<br>Tel: 404-881-4100<br>Fax: 404-881-4111<br>fox@bmelaw.com<br><br>Jean Frizzell (*admitted pro hac vice*)<br>Solace Kirkland Southwick (*admitted pro hac vice*)<br>Zach Burford (*admitted pro hac vice*) REYNOLDS FRIZZELL LLP<br>1100 Louisiana Street, Suite 3500<br>Houston, Texas 77002<br>Telephone: (713) 485-7200<br>Facsimile: (713) 485-7250<br>jfrizzell@reynoldsfrizzell.com<br>ssouthwick@reynoldsfrizzell.com zburford@reynoldsfrizzell.com<br><br>*Counsel for Defendant Huntsman International LLC*<br><br>*/s/ Richard H. Deane*<br>Theodore M. Grossman, *Pro Hac Vice*<br>JONES DAY<br>250 Vesey Street<br>New York, New York 10281 Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>tgrossman@jonesday.com<br><br>Richard H. Deane, Jr.<br>Georgia Bar No. 214875<br>Jeffrey A. Kaplan, Jr. |

| | |
|---|---|
| | Georgia Bar No. 859280<br>JONES DAY<br>1221 Peachtree Street, N.E.,<br>Suite 400<br>Atlanta, Georgia 30361<br>Telephone: (404) 521-3939<br>rhdeane@jonesday.com<br>jkaplan@jonesday.com<br><br>Steven F. Casey, *Pro Hac Vice*<br>Kary Bryant Wolfe, *Pro Hac Vice*<br>JONES WALKER LLP<br>420 20th Street North, Suite 1100<br>Birmingham, AL 35203<br>Telephone: (205) 244-5200<br>scasey@joneswalker.com<br>kwolfe@joneswalker.com<br><br>William E. Underwood<br>Ga. Bar No. 401805<br>JONES WALKER LLP<br>1360 Peachtree Street<br>Suite 1030<br>Atlanta, GA 30309<br>Telephone: (770) 870-7506<br>wunderwood@joneswalker.com<br><br>Christopher L. Yeilding, *Pro Hac Vice*<br>BALCH & BINGHAM LLP<br>1901 Sixth Avenue North, Suite 1500<br>Birmingham, AL 35203-4642<br>Telephone (205) 226-8728<br>cyeilding@balch.com<br><br>*Counsel for Defendant Daikin America, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:21-cv-00040-TWT |
| 3M COMPANY, *et al.*, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**
**AND COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: June 13, 2022

*/s/ Benjamin P. Harmon*
Jackson R. Sharman, III, GA Bar No. 637930
Benjamin P. Harmon, GA Bar No. 979043
Harlan I. Prater, *Pro Hac Vice*
M. Christian King, *Pro Hac Vice*
W. Larkin Radney, *Pro Hac Vice*
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North

Birmingham, AL 35203
Telephone: (205) 581-0700
Email: jsharman@lightfootlaw.com
Email: bharmon@lightfootlaw.com
Email: hprater@lightfootlaw.com
Email: cking@lightfootlaw.com
Email: lradney@lightfootlaw.com

Robert B. Remar, GA Bar No. 600575
S. Gardner Culpepper, GA Bar No. 201210
Monica P. Witte, GA Bar No. 405952
Katherine L. D'Ambrosio, GA Bar No. 780128
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
rremar@sgrlaw.com
sculpepper@sgrlaw.com
mwitte@sgrlaw.com
kdambrosio@sgrlaw.com

*Counsel for Defendant 3M Company*