# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated, )<br><br>*Plaintiff*, and )<br><br>CITY OF SUMMERVILLE, GA, )<br><br>*Intervenor Plaintiff*, )<br><br>vs )<br><br>3M COMPANY, et al., )<br><br>*Defendants*. ) | Civil Action No. 4:21-cv-00040-TWT |

## DEFENDANT MOUNT VERNON MILLS, INC.'S CERTIFICATE OF SERVICE OF DISCOVERY TO INTERVENOR CITY OF SUMMERVILLE, GEORGIA

Pursuant to Local Rule 5.4 (A), the undersigned counsel hereby certifies that on June 14, 2022, I served a copy of ***DEFENDANT MOUNT VERNON MILLS, INC.'S FIRST INTERROGATORIES TO INTERVENOR CITY OF SUMMERVILLE, GEORGIA; DEFENDANT MOUNT VERNON MILLS, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO INTERVENOR CITY OF SUMMERVILLE, GEORGIA;* and *DEFENDANT MOUNT VERNON MILLS, INC.'S FIRST REQUESTS FOR ADMISSION TO***

***INTERVENOR CITY OF SUMMERVILLE, GEORGIA*** upon all counsel of record via electronic mail.

This 14th day of June, 2022.

                                */s/ William M. Droze*
                                WILLIAM M. DROZE
                                Georgia Bar No. 231039
                                T. MATTHEW BAILEY
                                Georgia Bar No. 194516
                                TROUTMAN PEPPER HAMILTON SANDERS LLP
                                600 Peachtree Street, N.E. Suite 3000
                                Atlanta, GA 30308
                                william.droze@troutman.com
                                matt.bailey@troutman.com
                                (404) 885-3468
                                (404) 885-2716

                                *Attorneys for Defendant*
                                *Mount Vernon Mills, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the within and foregoing *Defendant Mount Vernon Mills, Inc.'s Certificate of Service of Discovery to Intervenor City of Summerville, Georgia* was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 14th day of June, 2022.

/s/ *William M. Droze*
William M. Droze
Georgia Bar No. 231039
william.droze@troutman.com

*Attorney for Defendant
Mount Vernon Mills, Inc.*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Bank of America Plaza
600 Peachtree Street N.E.
Atlanta, GA 30308-2216
Telephone: 404-885-3000
Facsimile: 404-885-3900

127126712