# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br>    *Plaintiff*, and<br><br>CITY OF SUMMERVILLE, GA,<br>    *Intervenor-Plaintiff*,<br><br>vs.<br><br>3M COMPANY, et al.,<br>    *Defendants*. | Civil Action No.<br>4:21-cv-40-TWT |

## [PROPOSED] ORDER ON CONSENT MOTION FOR EXTENSION OF TIME FOR HUNTSMAN INTERNATIONAL LLC TO RESPOND TO DISCOVERY

The Court having read and considered the Consent Motion for Extension of Time for Huntsman International LLC to Respond to Discovery ("Motion"), and for good cause shown, the Court hereby GRANTS the Motion and ORDERS that: Huntsman International LLC shall respond to Plaintiff Earl Parris, Jr.'s First Interrogatories and Requests for Production of Documents by August 5, 2022.

SO ORDERED this___day of _____, 2022.

_____
THOMAS W. THRASH, District Judge
United States District Court
Northern District of Georgia