# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., Individually, and on Behalf of a Class of Persons Similarly Situated,<br><br>Plaintiff,<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>Defendants. | Case No. 4:21-cv-00040-TWT |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR HUNTSMAN INTERNATIONAL, LLC

COMES NOW attorney Laurie Ann Taylor of the law firm of Bondurant, Mixson & Elmore, LLP, duly admitted to this Court, appears on behalf of Defendant Huntsman International, LLC and requests service of all pleadings, notices, orders, and any other materials involved in this action.

Signature on following page.

#3394326v1

This the 14th day of July, 2022.

        Respectfully submitted,

        /s/ *Laurie Ann Taylor*
        Benjamin E. Fox, Georgia Bar No. 329427
        Laurie Ann Taylor, Georgia Bar No. 452926
        BONDURANT, MIXSON & ELMORE, LLP
        1201 W. Peachtree St. NW, Ste. 3900
        Atlanta, GA 30309
        Tel: 404-881-4100
        Fax: 404-881-4111
        fox@bmelaw.com
        ltaylor@bmelaw.com

**OF COUNSEL:**

REYNOLDS FRIZZELL LLP
Jean Frizzell (*admitted pro hac vice*)
Solace Kirkland Southwick (*admitted pro hac vice*)
Zach Burford (*admitted pro hac vice*)
1100 Louisiana Street, Suite 3500
Houston, Texas 77002
Telephone: (713) 485-7200
Facsimile: (713) 485-7250
jfrizzell@reynoldsfrizzell.com
ssouthwick@reynoldsfrizzell.com
zburford@reynoldsfrizzell.com

**ATTORNEYS FOR DEFENDANT HUNTSMAN INTERNATIONAL LLC**

## FONT CERTIFICATION

On this the 14th day of July, 2022, the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C, and complies with the margin and type requirements of this Court.

/s/ Laurie Ann Taylor
Laurie Ann Taylor,
Georgia Bar No. 452926

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of July, 2022, the foregoing Notice of Appearance of Counsel for Huntsman International, LLC was served on the following parties via electronic mail.

Gary A. Davis (*Pro Hac Vice*)
James S. Whitlock (*Pro Hac Vice*)
Davis & Whitlock, P.C.
Attorneys at Law
21 Battery Park Avenue, Suite 206
Ashville, North Carolina 28801
Telephone: (828) 622-0044
gadavis@environattorney.com
jwhitlock@environattorney.com

Jeffrey Jerome Dean
Thomas Causby
Morris & Dean
P.O. Box 2005
The Landmark Building Ste. 300, 3rd Floor
101 E. Crawford St.
Dalton, Georgia 30720
Telephone: (706) 229-0300
jeff@morrisanddean.com
tom@morrisanddean.com
brenda@morrisanddean.com
*Attorneys for Plaintiff Earl Parris*

J. Anderson Davis
Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP
P.O. Box 5007
Rome, GA 30162-5007
Telephone: (706) 291-8853
Facsimile: (706) 234-3574
adavis@brinson-askew.com

Jeff Friedman (*Pro Hac Vice*)
Lee Patterson (*Pro Hac Vice*)
Friedman, Dazzio & Zulanas, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
Telephone: (205) 278-7000
Facsimile: (205) 278-7001
jfriedman@friedman-lawyers.com
lpatterson@friedman-lawyers.com
*Attorneys for Plaintiff City of Summerville, Georgia*

#3394326v1

| | |
|---|---|
| Jackson R. Sharman, III<br>Benjamin P. Harmon<br>Harlan I. Prater (*Pro Hac Vice*)<br>M. Christian King (*Pro Hac Vice*)<br>W. Larkin Radney (*Pro Hac Vice*)<br>Lightfoot & White, LLC<br>The Clark Building, 400 20th St. North<br>Birmingham, Alabama 35203<br>Telephone: (205) 581-0700<br>jsharman@lightfootlaw.com<br>bharmon@lightfootlaw.com<br>hparter@lightfootlaw.com<br>cking@lightfootlaw.com<br>lradney@lightfootlaw.com<br><br>Robert B. Remar<br>S. Gardner Culpepper<br>Monica P. Witte<br>Katherine L. D'Ambrosio<br>Smith Gambrell & Russell, LLP<br>1105 W. Peachtree Street, NE, Ste. 1000<br>Atlanta, GA 30309<br>Telephone: (404) 815-3500<br>rremar@sgrlaw.com<br>gculpepper@sgrlaw.com<br>kdambrosio@sgrlaw.com<br>mwitte@sgrlaw.com<br>*Counsel for Defendant 3M Company*<br><br>Kimberly Council Sheridan<br>Katie Suzanne Lonze (*Pro Hac Vice*)<br>Gordon Rees Scully Mansukhani, LLP<br>55 Ivan Allen Blvd., NW, Ste. 750<br>Atlanta, GA 30308<br>Telephone: (404) 978-7324<br>Facsimile: (678) 389-8475 | Steven F. Casey, (*Pro Hac Vice*)<br>Kary Bryant Wolfe, (*Pro Hac Vice*)<br>Jones Walker, LLP<br>420 20th Street North, Suite 100<br>Birmingham, AL 35203<br>Telephone: (205) 244-5200<br>scasey@joneswalker.com<br>kwolfe@joneswalker.com<br><br>William E. Underwood<br>Jones Walker, LLP<br>1360 Peachtree Street, Suite 1030<br>Atlanta, Georgia 30309<br>Telephone: (404) 870-7514<br>wunderwood@joneswalker.com<br><br>Chris Yielding (*Pro Hac Vice*)<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North, Suite 1500<br>Birmingham, AL 35203-4642<br>Telephone: (205) 22-8728<br>cyielding@balch.com<br><br>Theodore M. Grossman (*Pro Hac Vice*)<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (212) 326-3480<br>tgrossman@jonesday.com<br><br>Richard H. Deane, Jr.<br>Jeffrey A. Kaplan, Jr.<br>Jones Day<br>1221 Peachtree Street, N.E., Ste. 400<br>Atlanta, GA 30361<br>Telephone: (404) 521-3939 |

ksheridan@gordonrees.com
amalexander@grsm.com
*Counsel for Defendant the Town of Trion, Georgia*

Craig K. Pendergrast
Taylor English Duma LLP
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
Telephone: (678) 336-7245
Facsimile: (770) 434-7376
cpendergrast@taylorenglish.com
*Counsel for Defendant Ryan Dejuan Jarrett*

John Curtis Allen
Robert Douglas Mowrey
E. Payton Nunez
C. Max Zygmont
Kazmarek Mowrey Cloud Laseter, LLP
Promenade, Suite 900
1230 Peachtree St., N.E.
Atlanta, GA 30309
Telephone: (404-812-0840
Facsimile: (404) 812-0845
jallen@kmcllaw.com
bmowery@kmcllaw.com
pnunez@kmcllaw.com
mzygmont@kmcllaw.com
*Counsel for Defendant Pulcra Chemicals, LLC*

rhdeane@jonesday.com
jkaplan@jonesday.com
*Counsel for Defendant Daikin America, Inc.*

William M. Droze
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N.E., Ste. 3000
Atlanta, GA 30308
Telephone: (404) 885-3468
Facsimile: (404) 885-3750
william.droze@troutman.com
*Counsel for Defendant Mount Vernon Mills, Inc.*

　

*/s/ Laurie Ann Taylor*
Laurie Ann Taylor,
Georgia Bar No. 452926

#3394326v1