IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>    *Plaintiff*,<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>    *Intervenor-Plaintiff*,<br><br>  v.<br><br>3M COMPANY, et al.,<br><br>    *Defendants*. | Civil Action No.<br>4:21-cv-40-TWT |

## NOTICE OF SERVICE OF PROPOSED CONSENT DECREE

Plaintiff Earl Parris, Jr., by and through his undersigned counsel, files this Notice for the purpose of notifying the Court that Plaintiff has, pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. 135.5(b), served the Proposed Consent Decree between Plaintiff, Intervenor-Plaintiff and Defendant Ryan Dejuan Jarett ("Jarett") – previously lodged with this Court on July 20, 2022 [Doc. 216-1] – on the United States Department of Justice ("USDOJ") and the United States Environmental Protection Agency ("USEPA"). As evidenced by Exhibit A attached hereto and

incorporated herein, service of the Proposed Consent Decree was had on USDOJ on July 21, 2022. As evidenced by Exhibit B attached hereto and incorporated herein, service of the Proposed Consent Decree was had on USEPA on July 25, 2022.

As further set forth in Exhibit A, USDOJ has determined that the 45-day review and comment period mandated by 33 U.S.C. § 1365(c)(3) ends on **September 5, 2022**. Pursuant to 40 C.F.R. 135.5(b), the Consent Decree should not be entered by the Court prior to this date, or until USDOJ informs the Court it has completed its review. At such time, the Parties would respectfully ask the Court to approve and enter the Consent Decree, thereby fully resolving this litigation as to Defendant Jarrett.

This the 1st day of August, 2022.

Respectfully Submitted,

*/s/ James S. Whitlock*
Gary A. Davis (*phv*)
James S. Whitlock (*phv*)
Davis & Whitlock, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622-0044
Fax: 828-398-0435
jwhitlock@enviroattorney.com
gadavis@enviroattorney.com

Jeffrey J. Dean
Ga. Bar #006890
Thomas Causby

                                                Ga. Bar # 968006
                                                Morris & Dean, LLC
                                                101 E. Crawford St.
                                                Dalton, GA 30720
                                                jeff@morrisanddean.com
                                                tom@morrisanddean.com
                                                Phone: 706-226-0300
                                                Fax: 706-229-4363

                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Civil Local Rule 7.1(D), the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman point font, as mandated in Local Rule 5.1(C).

This the 1st day of August, 2022.

                                                */s/ James S. Whitlock*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **NOTICE OF SERVICE OF PROPOSED CONSENT DECREE** has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This the 1st day of August, 2022.

                                                */s James S. Whitlock*