**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael S. Regan
EPA, Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Ave, NW
Washington, DC 20460

JACKET PCD

9590 9402 6064 0125 9925 09

2. Article Number *(Transfer from service label)*

7018 0040 0000 0320 5491

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Jill 9 5 mm/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
      tricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**EXHIBIT B**



$7.20
US POSTAGE
FIRST-CLASS
062S0010229199
FROM 28801



7018 0040 0000 0320 5491

Mr. Michael S. Regan
EPA, Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Ave, NW
Washington, DC 20460

DAVIS & WHITLOCK
ENVIRONMENTAL LAW
21 Battery Park Avenue, Suite 206
Asheville, NC 28801