IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>3M COMPANY, et al.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. Action No. 4:21-cv-40-TWT<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF COUNSEL AND CERTIFICATE OF CONSENT

Pursuant to Local Rule 83.1(E)(3), Defendant Huntsman International LLC ("Huntsman") provides notice of the withdrawal of Juliana Mesa as counsel in this case. The below-signing counsel certify that Huntsman has consented to this withdrawal of counsel and will continue to be represented by Benjamin E. Fox and Laurie Ann Taylor of the law firm of Bondurant, Mixson & Elmore, LLP and Jean C. Frizzell, Solace K. Southwick, and Zach Burford of the law firm of Reynolds Frizzell LLP. Accordingly, please remove Ms. Mesa from future mailings and notices.

Respectfully submitted this 4th day of August, 2022.

/s/ *Benjamin E. Fox*
Benjamin E. Fox, GA Bar No. 329427
fox@bmelaw.com
Laurie Ann Taylor, GA Bar No. 170118
taylor@bmelaw.com

/s/ *Juliana Mesa*
Juliana Mesa, GA Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 W. Peachtree St. NW, Ste. 3900
Atlanta, GA 30309
Tel: 404-881-4100
Fax: 404-881-4111

REYNOLDS FRIZZELL LLP
Jean Frizzell (*pro hac vice* application pending)
Solace Kirkland Southwick (*pro hac vice* application pending)
Zach Burford (*pro hac vice* application pending)
1100 Louisiana Street, Suite 3500
Houston, Texas 77002
Telephone: (713) 485-7200
Facsimile: (713) 485-7250
jfrizzell@reynoldsfrizzell.com
ssouthwick@reynoldsfrizzell.com
zburford@reynoldsfrizzell.com

**ATTORNEYS FOR DEFENDANT
HUNTSMAN INTERNATIONAL LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022, I electronically filed the within and foregoing **NOTICE OF WITHDRAWAL OF COUNSEL AND CERTIFICATE OF CONSENT**, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

/s/ *Benjamin E. Fox*
Benjamin E. Fox, GA Bar No. 329427
fox@bmelaw.com

*Attorney for Defendant Huntsman International LLC*

#3408126v1