# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>CITY OF SUMMERVILLE, GEORGIA, )<br>)<br>Intervenor-Plaintiff, )<br>)<br>v. )<br>)<br>3M COMPANY, *et al.*, )<br>)<br>Defendants. ) | Case No. 4:21-cv-00040-TWT |

## DEFENDANT 3M COMPANY'S
## RULE 5.4 NOTICE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 and 26.3(A), I hereby certify that on August 5, 2022, I caused 3M Company's Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production of Documents to be served via e-mail upon all counsel of record in this matter.

This 8th day of August, 2022.

/s/ *Benjamin P. Harmon*
Benjamin P. Harmon, GA Bar No. 979043
Jackson R. Sharman, III, GA Bar No. 637930

1

Harlan I. Prater, *Pro Hac Vice application forthcoming*
M. Christian King, *Pro Hac Vice application forthcoming*
W. Larkin Radney, *Pro Hac Vice application forthcoming*
Lightfoot, Franklin and White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Tel: (205) 581-0700
bharmon@lightfootlaw.com
jsharman@lightfootlaw.com
hprater@lightfootlaw.com
cking@lightfootlaw.com
lradney@lightfootlaw.com

Robert B. Remar
Georgia Bar No. 600575
Monica P. Witte
Georgia Bar No. 405952
Katherine L. D'Ambrosio
Georgia Bar No. 780128
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3500
Facsimile: (404) 815-3509
rremar@sgrlaw.com
mwitte@sgrlaw.com
kdambrosio@sgrlaw.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on August 8, 2022, I electronically filed the foregoing, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 8th day of August, 2022.

/s/ *Benjamin P. Harmon*
Benjamin P. Harmon
Georgia Bar No. 979043
Lightfoot, Franklin and White LLC
bharmon@lightfootlaw.com

*Counsel for Defendant 3M Company*