IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>    *Plaintiff*, and<br><br>CITY OF SUMMERVILLE, GA,<br><br>    *Intervenor Plaintiff*,<br><br>vs<br><br>3M COMPANY, et al.,<br><br>    *Defendants*. | Civil Action No.<br>4:21-cv-00040-TWT |

## NOTICE OF APPEARANCE OF KADEISHA WEST

COMES NOW the undersigned, Kadeisha West of Troutman Pepper Hamilton Sanders LLP, and notifies the Court that she is entering an appearance as additional counsel on behalf of Defendant Mount Vernon Mills, Inc. The undersigned requests to be added as a recipient of all future notices, orders, and correspondence.

Respectfully submitted this 9th day of August, 2022.

                                */s/ Kadeisha A. West*
                                KADEISHA A. WEST
                                Georgia Bar No. 640699
                                TROUTMAN PEPPER HAMILTON SANDERS LLP
                                600 Peachtree Street, N.E. Suite 3000
                                Atlanta, GA 30308
                                kadeisha.west@troutman.com
                                (404) 885-3831

                                *Attorney for Defendant Mount Vernon Mills, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the within and foregoing *Notice of Appearance of Kadeisha West* was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 9th day of August, 2022.

>   */s/ Kadeisha A. West*
>   Kadeisha A. West
>   Georgia Bar No. 640699
>   kadeisha.west@troutman.com
>
>   *Attorney for Defendant Mount Vernon Mills, Inc.*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Bank of America Plaza
600 Peachtree Street N.E.
Atlanta, GA 30308-2216
Telephone: 404-885-3000
Facsimile: 404-885-3900

128752531