IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., Individually, and on Behalf of a Class of Persons Similarly Situated, <br><br>    Plaintiff, <br><br> CITY OF SUMMERVILLE, GEORGIA, <br><br>    Intervenor-Plaintiff, <br><br> v. <br><br> 3M COMPANY, *et al.*, <br><br>    Defendants. | Case No. 4:21-cv-00040-TWT |

## <u>DEFENDANT HUNTSMAN INTERNATIONAL LLC'S<br>RULE 5.4 CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 5.4, I hereby certify that I have this day served a true and correct copy of the following discovery via electronic mail to all counsel of record:

1. Defendant Huntsman International LLC's Responses to Intervenor Plaintiff's First Set of Interrogatories; and

2. Defendant Huntsman International LLC's Responses to Intervenor Plaintiff's Requests for Production of Documents.

Respectfully submitted this the 18th day of August, 2022.

#3408611v1

Respectfully submitted,

/s/ *Benjamin E. Fox*
Benjamin E. Fox
Georgia Bar No. 329427
**BONDURANT, MIXSON & ELMORE, LLP**
1201 W. Peachtree St. NW, Ste. 3900
Atlanta, GA 30309
Tel: 404-881-4100
Fax: 404-881-4111
fox@bmelaw.com

**OF COUNSEL:**

REYNOLDS FRIZZELL LLP
Jean Frizzell (*admitted pro hac vice*)
Solace Kirkland Southwick (*admitted pro hac vice*)
Zach Burford (*admitted pro hac vice*)
1100 Louisiana Street, Suite 3500
Houston, Texas 77002
Telephone: (713) 485-7200
Facsimile: (713) 485-7250
jfrizzell@reynoldsfrizzell.com
ssouthwick@reynoldsfrizzell.com
zburford@reynoldsfrizzell.com

**ATTORNEYS FOR DEFENDANT
HUNTSMAN INTERNATIONAL LLC**