IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated, <br><br> *Plaintiff*, <br><br> CITY OF SUMMERVILLE, GEORGIA, <br> *Intervenor-Plaintiff,* <br><br> v. <br><br> 3M COMPANY, et al., <br> *Defendants*. | Civil Action No. <br><br> 4:21-cv-40-TWT |

**JOINT MOTION FOR ENTRY OF A STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

Plaintiff Earl Parris, Jr. ("Plaintiff"), Intervenor-Plaintiff City of Summerville ("Intervenor"), Defendant 3M Company ("3M"), Defendant Daikin America, Inc. ("Daikin"), Defendant Huntsman International LLC ("Huntsman"), Defendant Pulcra Chemicals, LLC ("Pulcra"), Defendant Mount Vernon Mills, Inc. ("MVM"), and Defendant Town of Trion, Georgia ("Town of Trion") (collectively,

"Defendants") (altogether, "Parties") by and through their attorneys, hereby move the Court for entry of the Agreed Protective Order, attached as Exhibit A.

The Parties have conferred and agree upon the terms of the Agreed Protective Order in order to protect proprietary and confidential information contained in certain documents that may be produced during discovery in this matter. Accordingly, the Parties respectfully Request that the Court enter the Agreed Protective Order, attached as Exhibit A.

Respectfully submitted this the 30th of August, 2022.

| | |
|---|---|
| /s/ Gary A . Davis<br>Gary A. Davis, *Pro Hac Vice*<br>James S. Whitlock, *Pro Hac Vice*<br> DAVIS & WHITLOCK, P.C.<br>21 Battery Park Avenue, Suite 206<br>Asheville, NC 28801<br>(828) 622-0044<br>(828) 398-0435<br>jwhitlock@enviroattorney.com<br>gadavis@enviroattorney.com<br><br>Jeffrey J. Dean<br>GA Bar No. 006890<br>Thomas Causby<br>GA Bar No. 968006<br>MORRIS & DEAN, LLC<br>101 E. Crawford St.<br>Dalton, GA 30720<br>(706) 226-0300<br>(706) 229-4363<br>jeff@morrisanddean.com | /s/ J. Anderson Davis<br>J. Anderson Davis<br>GA Bar No. 1077<br>BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP<br>Post Office Box 5007 Rome, GA 30162<br>(706) 291-8853<br>(706) 234-3574<br>adavis@brinson-askew.com<br><br>/s/ Jeff Friedman<br>Jeff Friedman, *Pro Hac Vice*<br>Lee Patterson, *Pro Hac Vice*<br>FRIEDMAN, DAZZIO & ZULANAS, P.C.<br>3800 Corporate Woods Drive<br>Birmingham, AL 35242<br>(205) 278-7000<br>(205) 278-7001 |

tom@morrisanddean.com

*Attorneys for Plaintiff*

/s/ *William M. Droze*
William M. Droze
Georgia Bar No. 231039
T. Matthew Bailey
Georgia Bar No. 194516
TROUTMAN PEPPER HAMILTON SANDERS, LLP
600 Peachtree Street, N.E. Suite 3000
Atlanta, GA 30308
william.droze@troutman.com
(404) 885-3468
(404) 885-2716

*Attorneys for Defendant Mount Vernon Mills, Inc.*

/s/ *E. Peyton Nunez*
Robert D. Mowrey
GA Bar No.527510
C. Max Zygmont
GA Bar No. 567696
E. Peyton Nunez
GA Bar No. 756017
KAZMAREK MOWREY CLOUD LASETER LLP
Promenade III
1230 Peachtree Street, Suite 900
Atlanta, GA 30309
Telephone: (404) 969-0737
bmowrey@kmcllaw.com
mzygmont@kmcllaw.com
pnunez@kmcllaw.com

jfriedman@friedman-lawyers.com
lpatterson@friedman-lawyers.com

*Counsel for the City of Summerville, Georgia*

/s/ *Benjamin P. Harmon*
Jackson R. Sharman, III,
GA Bar No. 637930
Benjamin P. Harmon,
GA Bar No. 979043
M. Christian King (*PHV*)
Harlan I. Prater, IV (*PHV*)
W. Larkin Radney, IV (*PHV*)

LIGHTFOOT, FRANKLIN AND WHITE LLC
The Clark Building 400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
jsharman@lightfootlaw.com
bharmon@lightfootlaw.com
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com

/s/ *Robert B. Remar*
Robert B. Remar,
GA Bar No. 600575
S. Gardner Culpepper, III
GA Bar No. 201210
Monica P. Witte,
GA Bar No. 405952
Katherine L. D'Ambrosio,
GA Bar No. 780128
SMITH, GAMBRELL &

| | |
|---|---|
| *Counsel for Defendant Pulcra Chemicals, LLC* | RUSSELL, LLP<br>1105 W. Peachtree St. NE Suite 1000<br>Atlanta, GA 30309<br>Phone: (404) 815-3500<br>Facsimile: (404) 815-3509<br>rremar@sgrlaw.com<br>mwitte@sgrlaw.com<br>kdambrosio@sgrlaw.com |
| */s/ Kimberly C. Sheridan*<br>Kimberly C. Sheridan<br>Georgia Bar No. 624547<br>Erich P. Nathe (*pro hac vice forthcoming*<br>Katie S. Lonze (*admitted pro hac vice*)<br>GORDON REES SCULLY MANSUKHANI, LLP<br>55 Ivan Allen Junior Blvd., NW, Suite 750<br>Atlanta, Georgia 30308<br>Telephone: (404) 978-7324<br>Facsimile: (678) 389-8475<br>ksheridan@grsm.com<br>enathe@grsm.com<br>klonze@grsm.com | |
| | *Counsel for Defendant 3M Company* |
| | */s/ Jeffrey A. Kaplan*<br>Richard H. Deane, Jr.<br>Georgia Bar No. 214875<br>Jeffrey A. Kaplan, Jr.<br>Georgia Bar No. 859280<br>JONES DAY<br>1221 Peachtree Street, N.E., Suite 400<br>Atlanta, Georgia 30361<br>Telephone: (404) 521-3939<br>rhdeane@jonesday.com<br>jkaplan@jonesday.com |
| *Counsel for Defendant Town of Trion, Georgia* | |
| */s/ Zach Burford*<br>Jean Frizzell (*admitted pro hac vice*)<br>Solace Kirkland Southwick (*admitted pro hac vice*)<br>Zach Burford (*admitted pro hac vice*)<br>REYNOLDS FRIZZELL LLP<br>1100 Louisiana Street, Suite 3500<br>Houston, Texas 77002<br>Telephone: (713) 485-7200<br>Facsimile: (713) 485-7250 | Theodore M. Grossman, *Pro Hac Vice*<br>JONES DAY<br>250 Vesey Street<br>New York, New York 10281<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>tgrossman@jonesday.com<br><br>Christopher L. Yeilding, *Pro Hac Vice*<br>BALCH & BINGHAM LLP |

4

| | |
|---|---|
| jfrizzell@reynoldsfrizzell.com<br>ssouthwick@reynoldsfrizzell.com<br>zburford@reynoldsfrizzell.com<br><br>Benjamin E. Fox<br>Georgia Bar No. 329427<br>Laurie Ann Taylor<br>Georgia Bar No. 170118<br>BONDURANT, MIXSON & ELMORE,LLP<br>1201 W. Peachtree St. NW, Ste. 3900 Atlanta, GA 30309<br>Tel: 404-881-4100<br>Fax: 404-881-4111<br>fox@bmelaw.com<br>ltaylor@bmelaw.com<br><br><br>*Counsel for Defendant Huntsman International LLC* | 1901 Sixth Avenue North, Suite 1500<br>Birmingham, AL 35203-4642<br>Telephone (205) 226-8728<br>cyeilding@balch.com<br><br>*Counsel for Defendant Daikin America, Inc.* |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

5

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **JOINT MOTION FOR ENTRY OF A STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This the 30th day of August, 2022.

/s James S. Whitlock