IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated, <br><br> *Plaintiff*, <br><br><br> CITY OF SUMMERVILLE, GEORGIA, <br><br> *Intervenor-Plaintiff*, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  <br><br>Civil Action No. <br>4:21-cv-40-TWT |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff, Intervenor-Plaintiff, and Defendant Ryan Dejuan Jarrett (collectively "the Parties") hereby move the Court to enter the Consent Decree filed herewith, and in support thereof state as follows:

1. On July 20, 2022, the Parties filed a Joint Notice of Lodging of Proposed Consent Decree [Doc. 216] and a Proposed Consent Decree [Doc. 216-1] in order to provide the Court with notice of the Parties' proposed settlement.

2. Also on July 20, 2022, Plaintiff served a copy of the Proposed Consent Decree on the Department of Justice ("USDOJ") and on the Administrator of the United States Environmental Protection Agency ("USEPA").

3. On August 2, 2022, as required by 40 C.F.R. 135.5(b), Plaintiff filed a Notice of Service of Proposed Consent Decree [Doc. 224, demonstrating service of the Proposed Consent Decree on both USDOJ and USEPA]. As shown in Exhibit A thereto [Doc. 224-1], USDOJ determined that the 45-day review and comment period ended on September 5, 2022.

4. On September 6, 2022, USDOJ provided the letter attached hereto as Exhibit 1, and Ex. A thereto, to counsel for the Parties, confirming that the United States has no objection to the entry of the Consent Decree by this Court. To ensure that the government's position is on the public record, the Parties file USDOJ's September 6, 2022 letter and attachment herewith.

Now that USDOJ has completed its review of the Consent Decree, and has no objection to its entry, the Parties respectfully request that the Court enter the Consent Decree filed herewith as expeditiously as possible.

This the 6th day of September, 2022.

| | |
|---|---|
| /s James S. Whitlock | /s/ Craig K. Pendergrast |
| Gary A. Davis (*phv*) | Craig K. Pendergrast |
| James S. Whitlock (*phv*) | GA Bar No. 571155 |
| DAVIS & WHITLOCK, P.C. | CONTINUUM LEGAL GROUP LLP |
| 21 Battery Park Avenue, Suite 206 | 5605 Glenridge Drive Suite 600 |
| Asheville, NC 28801 | Atlanta, GA 30342 |
| Telephone: 828-622-0044 | Telephone: 770-800-3518 |
| Fax: 828-398-0435 | cpendergrast@ContinuumLG.com |
| jwhitlock@enviroattorney.com | *Counsel for Defendant* |
| gadavis@enviroattorney.com | *Ryan Dejuan Jarrett* |

Jeffrey J. Dean
Ga. Bar #006890
Thomas Causby
Ga. Bar # 968006
MORRIS & DEAN, LLC
101 E. Crawford St.
Dalton, GA 30720
jeff@morrisanddean.com
tom@morrisanddean.com
Phone: 706-226-0300
Fax: 706-229-4363

*Counsel for Plaintiff*

/s J. Anderson Davis
J. Anderson Davis, Esq.
Ga. Bar # 21107
BRINSON, ASKEW,
BERRY, SEIGLER, RICHARDSON
& DAVIS, LLP
Post Office Box 5007
Rome, GA 30162-5007
adavis@brinson-askew.com
Phone: 706-291-8853
Fax: 706-234-3574

Jeff Friedman, *Pro Hac Vice*
Lee Patterson, *Pro Hac Vice*
FRIEDMAN, DAZZIO,
& ZULANAS, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
jfriedman@friedman-lawyers.com
lpatterson@friedman-lawyers.com
Phone: 205-278-7000
Fax: 205-278-70001

*Counsel for Intervenor-Plaintiff*
*City of Summerville*

3

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Norther District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **JOINT MOTION FOR ENTRY OF CONSENT DECREE** has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This the 6th day of September, 2022.

*/s James S. Whitlock*