# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated,<br><br>　　　　Plaintiff,<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>　　　　Intervenor-Plaintiff,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. 4:21-cv-00040-TWT |

## JOINT MOTION FOR EXTENSION OF TIME
## TO SUBMIT PROPOSED BRIEFING ORDER

The undersigned parties respectfully request an extension of time through and including October 4, 2022, to submit a Proposed Briefing Order regarding class certification, summary judgment, and Daubert motions in the above-referenced case. The undersigned parties state as follows in support of this Motion:

1.　　Under the scheduling order entered on May 24, 2022, the deadline for the parties to confer and submit a Proposed Briefing Order (or competing

proposals if no agreement) regarding the number of briefs, page limitations, and related issues for Class Certification, Summary Judgment, and Daubert Motions is September 20, 2022. (*See* ECF No. 187 at 5.) That deadline has not yet passed.

2. The parties respectfully request a two-week extension of time to submit the Proposed Briefing Order, through and including October 4, 2022, to give them additional time to negotiate a proposed order.

3. This extension will not impact any other case deadlines.

4. The parties are requesting this extension in good faith and not for the purposes of delay.

5. For the Court's convenience, a proposed order is attached hereto as **Exhibit A**.

For the foregoing reasons, the undersigned parties respectfully request that the Court grant this motion and extend the deadline for the parties to submit the Proposed Briefing Order through and including October 4, 2022.

Respectfully submitted,

[*Signatures on following pages*]

| | |
|---|---|
| */s/ James S. Whitlock*<br>Gary A. Davis, *Pro Hac Vice*<br>James S. Whitlock, *Pro Hac Vice*<br>DAVIS & WHITLOCK, P.C.<br>21 Battery Park Avenue, Suite 206<br>Asheville, NC 28801<br>(828) 622-0044<br>(828) 398-0435<br>jwhitlock@enviroattorney.com<br>gadavis@enviroattorney.com | J. Anderson Davis<br>GA Bar No. 211077<br>BRINSON, ASKEW, BERRY,<br>SEIGLER, RICHARDSON & DAVIS,<br>LLP<br>Post Office Box 5007<br>Rome, GA 30162<br>(706) 291-8853<br>(706) 234-3574<br>adavis@brinson-askew.com |
| Jeffrey J. Dean<br>GA Bar No. 006890<br>Thomas Causby<br>GA Bar No. 968006<br>MORRIS & DEAN, LLC<br>101 E. Crawford St.<br>Dalton, GA 30720<br>(706) 226-0300<br>(706) 229-4363<br>jeff@morrisanddean.com<br>tom@morrisanddean.com | */s/ Lee Patterson*<br>Jeff Friedman, *Pro Hac Vice*<br>Lee Patterson, *Pro Hac Vice*<br>FRIEDMAN, DAZZIO & ZULANAS,<br>P.C.<br>3800 Corporate Woods Drive<br>Birmingham, AL 35242<br>(205) 278-7000<br>(205) 278-7001<br>jfriedman@friedman-lawyers.com<br>lpatterson@friedman-lawyers.com |
| *Attorneys for Plaintiff* | *Counsel for the City of Summerville, Georgia* |
| */s/ William M. Droze*<br>William M. Droze<br>Georgia Bar No. 231039<br>T. Matthew Bailey<br>Georgia Bar No. 194516<br>Kadeisha A. West<br>Georgia Bar No. 640699<br>TROUTMAN PEPPER HAMILTON<br>SANDERS, LLP<br>600 Peachtree Street, N.E. Suite 3000<br>Atlanta, GA 30308<br>william.droze@troutman.com<br>matt.bailey@troutman.com | Jackson R. Sharman, III,<br>GA Bar No. 637930<br>Benjamin P. Harmon,<br>GA Bar No. 979043<br>M. Christian King (*PHV forthcoming*)<br>Harlan I. Prater, IV (*PHV forthcoming*)<br>W. Larkin Radney, IV (*PHV forthcoming*) |

3

(404) 885-3468
(404) 885-2716

*Attorneys for Defendant Mount Vernon Mills, Inc.*

/s/ E. Peyton Nunez
Robert D. Mowrey
GA Bar No.527510
C. Max Zygmont
GA Bar No. 567696
E. Peyton Nunez
GA Bar No. 756017
KAZMAREK MOWREY CLOUD LASETER LLP
Promenade III
1230 Peachtree Street, Suite 900
Atlanta, GA 30309
Telephone: (404) 969-0737
Email: bmowrey@kmcllaw.com
Email: mzygmont@kmcllaw.com
Email: pnunez@kmcllaw.com

*Counsel for Defendant Pulcra Chemicals, LLC*

LIGHTFOOT, FRANKLIN AND WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Email: jsharman@lightfootlaw.com
Email: bharmon@lightfootlaw.com
Email: cking@lightfootlaw.com
Email: hprater@lightfootlaw.com
Email: lradney@lightfootlaw.com

/s/ Robert B. Remar
Robert B. Remar,
GA Bar No. 600575
S. Gardner Culpepper, III
GA Bar No. 201210
Monica P. Witte,
GA Bar No. 405952
Katherine L. D'Ambrosio,
GA Bar No. 780128
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE
Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3500
Facsimile: (404) 815-3509
rremar@sgrlaw.com
mwitte@sgrlaw.com
kdambrosio@sgrlaw.com

*Counsel for Defendant 3M Company*

Benjamin E. Fox
Georgia Bar No. 329427

4

| | |
|---|---|
| */s/ Kimberly C. Sheridan* <br> Kimberly C. Sheridan <br> Georgia Bar No. 624547 <br> Erich P. Nathe (*admitted pro hac vice*) <br> Katie S. Lonze (*admitted pro hac vice*) <br> GORDON REES SCULLY MANSUKHANI, LLP <br> 55 Ivan Allen Junior Blvd., NW <br> Suite 750 <br> Atlanta, Georgia 30308 <br> Telephone: (404) 978-7324 <br> Facsimile: (678) 389-8475 <br> ksheridan@grsm.com <br> enathe@grsm.com <br> klonze@grsm.com <br><br> *Counsel for Defendant Town of Trion, Georgia* | BONDURANT, MIXSON & ELMORE, LLP <br> 1201 W. Peachtree St. NW, Ste. 3900 <br> Atlanta, GA 30309 <br> Tel: 404-881-4100 <br> Fax: 404-881-4111 <br> fox@bmelaw.com <br><br> */s/ Zach Burford* <br> Jean Frizzell (*admitted pro hac vice*) <br> Solace Kirkland Southwick (*admitted pro hac vice*) <br> Zach Burford (*admitted pro hac vice*) <br> REYNOLDS FRIZZELL LLP <br> 1100 Louisiana Street, Suite 3500 <br> Houston, Texas 77002 <br> Telephone: (713) 485-7200 <br> Facsimile: (713) 485-7250 <br> jfrizzell@reynoldsfrizzell.com <br> ssouthwick@reynoldsfrizzell.com <br> zburford@reynoldsfrizzell.com <br><br> *Counsel for Defendant Huntsman International LLC* <br><br> */s/ Theodore M. Grossman* <br> Theodore M. Grossman, *Pro Hac Vice* <br> JONES DAY <br> 250 Vesey Street <br> New York, New York 10281 <br> Telephone: (212) 326-3939 <br> Facsimile:     (212) 755-7306 <br> tgrossman@jonesday.com <br><br> Richard H. Deane, Jr. <br> Georgia Bar No. 214875 <br> Jeffrey A. Kaplan, Jr. |

Georgia Bar No. 859280
JONES DAY
1221 Peachtree Street, N.E.,
Suite 400
Atlanta, Georgia 30361
Telephone: (404) 521-3939
rhdeane@jonesday.com
jkaplan@jonesday.com


*Counsel for Defendant Daikin America, Inc.*

## **CERTIFICATION UNDER L.R. 7.1.D**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D, the undersigned counsel certifies that the foregoing document was prepared in Times New Roman 14-point font, in compliance with Local Rule 5.1.C.

                                      */s/ Robert B. Remar*
                                      Robert B. Remar
                                      Georgia Bar No. 600575
                                      SMITH, GAMBRELL & RUSSELL, LLP
                                      rremar@sgrlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED BRIEFING ORDER was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 16th day of September, 2022.

>*/s/ Robert B Remar*
>Robert B. Remar
>Georgia Bar No. 600575
>SMITH, GAMBRELL & RUSSELL, LLP
>rremar@sgrlaw.com