# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff,* and<br><br>CITY OF SUMMERVILLE, GA.,<br><br>*Intervenor Plaintiff,*<br><br>v.<br><br>3M COMPANY, et al.<br><br>*Defendants.* | CIVIL ACTION FILE NO.:<br>4:21-cv-00040-TWT |

## CONSENT MOTION OF INTERVENOR PLAINTIFF CITY OF SUMMERVILLE, GEORGIA AND DEFENDANT 3M COMPANY TO EXTEND DATE FOR DISCOVERY RESPONSES

Pursuant to Local Rule 7.4 and consistent with the Federal Rules of Civil Procedure 26 and 34, Intervenor Plaintiff City of Summerville, Georgia ("Summerville") and Defendant 3M Company ("3M") jointly move the Court to authorize an extension of time through and including Friday, September 23, 2022 for responses to outstanding discovery.

Counsel respectfully shows the Court that the existence of competing deadlines and the schedules of Counsel warrant the Court's approval of the requested

extension and further show the Court that no pending deadlines of the Court's Scheduling Order [Dkt. 187] will be affected by approving the agreement of Counsel.

Upon approval of the Court, Summerville would be due to respond to 3M Company's First Request for Production to Intervenor-Plaintiff City of Summerville by Friday, September 23, 2022. A proposed order is submitted with this Consent Motion for the Court's consideration.

This 19th day of September, 2022.

/s/ Robert B. Remar
Robert B. Remar
Georgia Bar No. 600575
Monica P. Witte
Georgia Bar No. 405952
Katherine L. D'Ambrosio
Georgia Bar No. 780128
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St., NE
Suite 1000
Atlanta, GA 30309
(404) 815-3500

/s/ W. Larkin Radney
W. Larkin Radney, *Pro Hac Vice*
Benjamin P. Harmon
Georgia Bar No. 979043
Jackson R. Sharman, III
Georgia Bar No. 637930
Harlan I. Prater, *Pro Hac Vice*
M. Christian King, *Pro Hac Vice*
LIGHTFOOT, FRANKLIN, and WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
(205) 581-0700

*Attorneys for Defendant 3M Company*

<div style="display: flex;">

*/s/ J. Anderson Davis*
J. Anderson Davis
Georgia Bar No. 211077
BRINSON, ASKEW, BERRY,
SEIGLER, RICHARDSON
& DAVIS, LLP
P.O. BOX 5007
Rome, GA 30162-5007
(706) 291-8853

*/s/ Jeffrey E. Friedman*
Jeffrey E. Friedman, *Pro Hac Vice*
Lee T. Patterson, *Pro Hac Vice*
FRIEDMAN, DAZZIO,
ZULANAS, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
(205) 278-7000

*Attorneys for City of Summerville, Georgia*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **Consent Motion of Intervenor Plaintiff City of Summerville, Georgia and Defendant 3M Company to Extend Date for Discovery Responses** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 19th day of September, 2022.

**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

*/s/ J. Anderson Davis*
J. ANDERSON DAVIS
Georgia Bar. No 211077

Post Office Box 5007
Rome, GA 30162-5007
Phone: (706) 291-8853
Fax:     (706) 234-3574
adavis@brinson-askew.com

*Attorney for City of Summerville, Georgia*