# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated,<br><br>  Plaintiff,<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>  Intervenor-Plaintiff,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>  Defendants. | Case No. 4:21-cv-00040-TWT |

## ORDER GRANTING
## <u>JOINT MOTION FOR EXTENSION OF TIME</u>

This cause having come before the Court on the parties' Joint Motion for Extension of Time to Submit Proposed Briefing Order (the "Joint Motion"), and having considered the Joint Motion, and good cause being shown for the relief requested therein,

The Court hereby GRANTS the Joint Motion, and extends the deadline for the parties to submit a Proposed Briefing Order regarding class certification,

summary judgment, and Daubert motions through and including October 4, 2022.

SO ORDERED, dated this 20th day of September, 2022.

_____
The Honorable Thomas Thrash
United States District Court Judge