# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff,* and<br><br>CITY OF SUMMERVILLE, GA.,<br><br>*Intervenor Plaintiff,*<br><br>v.<br><br>3M COMPANY, et al.<br><br>*Defendants.* | CIVIL ACTION FILE NO.:<br>4:21-cv-00040-TWT |

## ORDER ON CONSENT MOTION OF INTERVENOR PLAINTIFF CITY OF SUMMERVILLE, GEORGIA AND DEFENDANT 3M COMPANY TO EXTEND DATE FOR DISCOVERY RESPONSES

The Court having read and considered the Consent Motion of Intervenor Plaintiff City of Summerville, Georgia and Defendant 3M Company to Extend Date for Discovery Responses (the "Motion"), and for good cause shown, the Court hereby GRANTS the Motion and ORDERS that: Summerville shall have through and including, Friday, September 23, 2022, in which to respond to 3M Company's First Request for Production of Documents to Intervenor-Plaintiff City of Summerville.

SO ORDERED this __20th__ day of ___September___, 2022.

                                                                         */s/ Thomas W. Thrash*
                                                  THOMAS W. THRASH, District Judge
                                                  United States District Court
                                                  Northern District of Georgia