IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **EARL PARRIS, JR.,** *et al.*, | |
| Plaintiffs, | |
| v. | **Civil Action No.: 4:21-cv-40-TWT** |
| **3M COMPANY,** *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE OF JAMES HOLLIS
## ON BEHALF OF DEFENDANT DAIKIN AMERICAN, INC.

James Hollis of Balch and Bingham LLP, hereby notifies the Court, the Clerk of Court, opposing counsel, and all parties of his appearance as counsel for Defendant Daikin America, Inc. in this action.

[*Signature on Following Page*]

Respectfully submitted this 27th day of September, 2022

/s/ *James L. Hollis*_____
Theodore M. Grossman, Pro Hac Vice
JONES DAY
250 Vesey Street
New York, NY 10281
Tel: (212)-326-3480
Email: tgrossman@jonesday.com

Jeffrey A. Kaplan, Jr. (GA Bar No. 859280)
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
Tel: (404) 581-8502
Email: jkaplan@jonesday.com

James R. Saywell, Admitted PHV
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939
Email: jsaywell@jonesday.com

James L. Hollis (GA Bar No. 930998)
Balch & Bingham, LLP
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30309
Tel: (404) 261-6020
Email: jhollis@balch.com

Christopher Yeilding, Pro Hac Vice
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205)226-8728
Email: cyeilding@balch.com

*Counsel for Defendant Daikin America, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **EARL PARRIS, JR.,** *et al.*, | |
| **Plaintiffs,** | |
| v. | Civil Action No.: 4:21-cv-40-TWT |
| **3M COMPANY,** *et al.*, | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2022, I electronically filed the forgoing NOTICE OF APPEARANCE OF JAMES HOLLIS ON BEHALD OF DEFENDANT DAIKIN AMERICA, INC. with the Clerk of Court by using the CM/ECF system, which has notified all counsels of record.

/s/ *James L. Hollis*
James L. Hollis
Georgia Bar No. 930998
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Tel: (404) 261-6020
jhollis@balch.com

*Counsel for Defendant Daikin America, Inc.*