## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:21-cv-00040-TWT |
| CITY OF SUMMERVILLE, GEORGIA, | ) ) ) | |
| Intervenor-Plaintiff, | ) ) ) | |
| v. | ) ) | |
| 3M COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## JOINT NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Scheduling Order (ECF No. 187) and Court's Order granting the parties' joint motion for extension of time (ECF No. 247), 3M Company hereby files, on behalf of the undersigned parties, a Proposed Briefing Order, attached as Exhibit A.

The parties have agreed upon a proposed class certification briefing order. However, the parties have conferred and agree that it is too early to assess the practicality of consolidated defense briefing on summary judgment issues. Summary

judgment often turns on the specific record evidence relating to the moving party, and fact discovery is still in its early stages. Under paragraph 14 of the Scheduling Order (ECF No. 187), summary judgment motions are not due until after the close of expert discovery, and Defendants are not able to evaluate the potential, if any, for consolidated briefing on summary judgment at this time. Nevertheless, Defendants are mindful of the need to avoid unnecessary, duplicative briefing whenever possible. Plaintiffs and Defendants agree to meet and confer and submit a Proposed Order (or competing proposals) addressing summary judgment briefing twenty-one (21) days after Defendants disclose merits experts pursuant to Paragraph 9 of the Scheduling Order (ECF No. 187). In the event the parties cannot reach agreement, they will submit competing proposals for resolution by the Court.

In addition, the parties have conferred and agree that it is too early to assess the practicality of consolidated defense briefing on Daubert motions. Fact discovery is just beginning, and merits experts will not be disclosed until fact discovery closes and the Court rules on class certification. Without any information about the identity of Plaintiffs' experts, their specific opinions, or the bases for those opinions, Defendants are not yet able to evaluate whether joint briefing on Daubert issues is practical or appropriate. Nevertheless, Defendants are mindful of the need to avoid unnecessary, duplicative briefing where possible. Plaintiffs and Defendants agree to

meet and confer and submit a Proposed Order (or competing proposals) addressing Daubert briefing twenty-one (21) days after Defendants disclose merits experts pursuant to the Scheduling Order (ECF No. 187). In the event the parties cannot reach agreement, they will submit competing proposals for resolution by the Court.

Respectfully submitted this 4th day of October, 2022.

*/s/ Robert B. Remar*
Robert B. Remar, GA Bar No. 600575
Monica P. Witte, GA Bar No. 405952
Katherine L. D'Ambrosio, GA Bar No. 780128
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3500
Facsimile: (404) 815-3509
rremar@sgrlaw.com
mwitte@sgrlaw.com
kdambrosio@sgrlaw.com

Jackson R. Sharman, III, GA Bar No. 637930
Benjamin P. Harmon, GA Bar No. 979043
Harlan I. Prater (*Pro Hac Vice* application forthcoming)
M. Christian King (*Pro Hac Vice* application forthcoming)
W. Larkin Radney (*Pro Hac Vice* application forthcoming)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700

Email: jsharman@lightfootlaw.com
Email: bharmon@lightfootlaw.com
Email: hprater@lightfootlaw.com
Email: cking@lightfootlaw.com
Email: lradney@lightfootlaw.com

*Counsel for Defendant 3M Company*

*/s/ Gary A. Davis*
Gary A. Davis, *Pro Hac Vice*
James S. Whitlock, *Pro Hac Vice*
DAVIS & WHITLOCK, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
(828) 622-0044
(828) 398-0435
jwhitlock@enviroattorney.com
gadavis@enviroattorney.com

Jeffrey J. Dean
GA Bar No. 006890
Thomas Causby
GA Bar No. 968006
MORRIS & DEAN, LLC
101 E. Crawford St.
Dalton, GA 30720
(706) 226-0300
(706) 229-4363
jeff@morrisanddean.com
tom@morrisanddean.com

*Attorneys for Plaintiff*

J. Anderson Davis GA
Bar No. 211077
BRINSON, ASKEW, BERRY, SEIGLER,
RICHARDSON & DAVIS, LLP
Post Office Box 5007

Rome, GA 30162
(706) 291-8853
(706) 234-3574
 adavis@brinson-askew.com

*/s/ Lee Patterson*
Jeff Friedman, *Pro Hac Vice*
Lee Patterson, *Pro Hac Vice* FRIEDMAN,
DAZZIO & ZULANAS, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
(205) 278-7000
(205) 278-7001
jfriedman@friedman-lawyers.com
lpatterson@friedman-lawyers.com

*Counsel for the City of Summerville,
Georgia*
*/s/ William M. Droze*
William M. Droze
Georgia Bar No. 231039
T. Matthew Bailey
Georgia Bar No. 194516
Kadeisha A. West
Georgia Bar No. 640699
TROUTMAN PEPPER HAMILTON
SANDERS, LLP
600 Peachtree Street, N.E. Suite 3000
Atlanta, GA 30308
william.droze@troutman.com
matt.bailey@troutman.com
(404) 885-3468
(404) 885-2716

*Attorneys for Defendant Mount Vernon
Mills, Inc.*

*/s/ E. Peyton Nunez*

Robert D. Mowrey
GA Bar No.527510
C. Max Zygmont
GA Bar No. 567696
E. Peyton Nunez
GA Bar No. 756017
KAZMAREK MOWREY CLOUD
LASETER LLP
Promenade III
1230 Peachtree Street, Suite 900
Atlanta, GA 30309
Telephone: (404) 969-0737
Email: bmowrey@kmcllaw.com
Email: mzygmont@kmcllaw.com
Email: pnunez@kmcllaw.com

*Counsel for Defendant Pulcra
Chemicals, LLC*
*/s/ Kimberly C. Sheridan*
Kimberly C. Sheridan
Georgia Bar No. 624547
Erich P. Nathe (*admitted pro hac vice*)
Katie S. Lonze (*admitted pro hac vice*)
GORDON REES SCULLY
MANSUKHANI, LLP
55 Ivan Allen Junior Blvd., NW
Suite 750
Atlanta, Georgia 30308
Telephone: (404) 978-7324
Facsimile: (678) 389-8475
ksheridan@grsm.com
enathe@grsm.com
klonze@grsm.com

*Counsel for Defendant Town of Trion,
Georgia*

Benjamin E. Fox

Georgia Bar No. 329427
BONDURANT, MIXSON & ELMORE, LLP
1201 W. Peachtree St. NW, Ste. 3900
Atlanta, GA 30309
Tel: 404-881-4100
Fax: 404-881-4111
fox@bmelaw.com

*/s/ Zach Burford*
Jean Frizzell (*admitted pro hac vice*)
Solace Kirkland Southwick (*admitted pro hac vice*)
Zach Burford (*admitted pro hac vice*)
REYNOLDS FRIZZELL LLP
1100 Louisiana Street, Suite 3500
Houston, Texas 77002
Telephone: (713) 485-7200
Facsimile: (713) 485-7250
jfrizzell@reynoldsfrizzell.com
ssouthwick@reynoldsfrizzell.com
zburford@reynoldsfrizzell.com

*Counsel for Defendant Huntsman International LLC*

Theodore M. Grossman, Pro Hac Vice
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile:      (212) 755-7306
tgrossman@jonesday.com

*/s/ Jeffrey A. Kaplan, Jr.*
Richard H. Deane, Jr.
Georgia Bar No. 214875
Jeffrey A. Kaplan, Jr.

7

Georgia Bar No. 859280
JONES DAY
1221 Peachtree Street, N.E., Suite
400
Atlanta, Georgia 30361
Telephone: (404) 521-3939
rhdeane@jonesday.com
jkaplan@jonesday.com

*Counsel for Defendant Daikin America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the within and foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all Counsel of record.

Dated: October 4, 2022.

*/s/ Robert B. Remar*
Robert B. Remar, GA Bar No. 600575
SMITH, GAMBRELL & RUSSELL, LLP
rremar@sgrlaw.com

*Counsel for Defendant 3M Company*