# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated, <br><br>　　Plaintiff, <br><br> CITY OF SUMMERVILLE, GEORGIA, <br><br>　　Intervenor-Plaintiff, <br><br> v. <br><br> 3M COMPANY, *et al.*, <br><br>　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:21-cv-00040-TWT |

## BRIEFING ORDER REGARDING
## CLASS CERTIFICATION BRIEFING

The Court orders that the number and page limitations for briefs regarding Class Certification are as follows:

1. Plaintiff will be permitted to file a Class Certification opening brief and a reply brief, totaling no more than 65 pages combined. Plaintiff may allocate those 65 pages among his opening brief and reply brief however he so chooses. In addition, Plaintiff will be permitted to file a reply brief of no more than 7 pages to any individual Defendant's supplemental brief regarding class certification.

2. Defendants in this matter will be permitted to jointly file a single, consolidated opposition response brief regarding class certification totaling no more than 65 pages. In addition, each Defendant will be permitted to file a supplemental brief of no more than 7 pages.

3. The Parties will meet and confer and submit a Proposed Order (or competing proposals) addressing summary judgment and Daubert briefing twenty-one (21) days after Defendants disclose merits experts pursuant to Paragraph 9 of the Scheduling Order (ECF No. 187). In the event the Parties cannot reach agreement they will submit competing proposals for resolution by the Court.

SO ORDERED, this _____ day of October, 2022.

_____
Honorable Thomas W. Thrash, Jr.
United States District Judge