IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., Individually, and on Behalf of a Class of Persons Similarly Situated,<br><br>    Plaintiff,<br><br>City of SUMMERVILLE, GEORGIA,<br><br>    Intervenor-Plaintiff,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>    Defendants. | Case No.: 4:21-cv-00040-TWT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Rule 5.4 of the Federal Rules of Civil Procedure, I, J. ANDERSON DAVIS, do hereby certify that I am counsel for Intervenor City of Summerville, Georgia in the above-captioned matter and that I have this day served a copy of **City of Summerville, Georgia's Supplemental Response to Defendant 3M Company's First Set of Interrogatories** via email to all parties at interest.

Respectfully submitted this 2nd day of November, 2022.

*signature on following page*

**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

*/s/ J. Anderson Davis*
J. ANDERSON DAVIS
Georgia Bar No. 211077
*Counsel for The City of Summerville, Georgia*

Post Office Box 5007
Rome, GA 30162-5007
Phone: (706) 291-8853
Fax:    (706) 234-3574
adavis@brinson-askew.com