IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff,* and<br><br>CITY OF SUMMERVILLE, GA.,<br><br>*Intervenor Plaintiff,*<br><br>v.<br><br>3M COMPANY, DAIKIN AMERICA, INC., HUNTSMAN INTERNATIONAL, LLC, PULCRA CHEMICALS, LLC, MOUNT VERNON MILLS, INC., TOWN OF TRION, GEORGIA, RYAN DEJUAN JARRETT, and E.I. DU PONT DE NEMOURS AND COMPANY; and THE CHEMOURS COMPANY;<br><br>*Defendants*. | CIVIL ACTION FILE NO.:<br>4:21-cv-00040-TWT |

**INTERVENOR PLAINTIFF CITY OF SUMMERVILLE, GEORGIA JOINDER IN PLAINTIFF'S SECOND AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT**

COMES NOW, the Intervenor-Plaintiff in this case, the City of Summerville, Georgia ("Summerville" or "City"), and HEREBY joins in the filing of Plaintiff's Amended Complaint, adding E.I. DU PONT DE NEMOURS AND COMPANY

1

("Dupont") and THE CHEMOURS COMPANY ("Chemours") as additional parties, pursuant to the Scheduling Order [Doc. 187], Fed. R. Civ, P. 15 and LR 15 NDGa. Summerville furthers adopts and incorporates the relevant provisions of Plaintiff's Second Amended Individual and Class Action Complaint [Doc. 280] and new allegations against DuPont and Chemours by reference.

## RELIEF DEMANDED

WHEREFORE, Summerville respectfully requests this Court grant the following relief:

a) Enter Judgment in its favor;

b) Award Summerville damages in an amount to be determined by a jury sufficient to compensate it for real property damage, out-of-pocket expenses, lost profits and sales, and future expenses;

c) Issue an injunction requiring Defendants to abate their nuisance and/or otherwise remove their chemicals from Summerville's water supply and to prevent these chemicals from continuing to contaminate Summerville's water supply;

d) Award punitive damages;

e) Award attorney fees and costs and expenses incurred in connection with the litigation of this matter; and

f) Award such other and further relief as this Court may deem just, proper, and equitable.

## **JURY DEMAND**

**SUMMERVILLE HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES OF THIS CAUSE.**

Respectfully submitted this the 21st day of November, 2022.

/s/ *J. Anderson Davis*
J. Anderson Davis (Ga. Bar No. 211077)
BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP
P.O. Box 5007
Rome, Georgia 30162-5007
Ph# (706) 291-8853
Fax# (706) 234-3574
adavis@brinson-askew.com


/s/ *Jeffrey E. Friedman*
Jeff Friedman *(Pro Hac Vice)*
FRIEDMAN, DAZZIO & ZULANAS, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
Ph# (205) 278-7000
Fax# (205) 278-7001
jfriedman@friedman-lawyers.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **Intervenor Plaintiff City of Summerville, Georgia Joinder in Plaintiff's Second Amended Individual and Class Action Complaint** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 21st day of November, 2022.

                                      **BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

                                      */s/ J. Anderson Davis*

Post Office Box 5007             J. ANDERSON DAVIS
Rome, GA 30162-5007          Georgia Bar. No 211077
Phone: (706) 291-8853
Fax:    (706) 234-3574           *Attorney for City of Summerville,*
adavis@brinson-askew.com    *Georgia*