IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>    *Plaintiff,*<br><br>vs<br><br>3M COMPANY, et al.,<br><br>    *Defendants*. | Civil Action No. 4:21-cv-00040-TWT |

### RESPONSE OF DEFENDANT MOUNT VERNON MILLS, INC. TO INTERVENOR PLAINTIFF CITY OF SUMMERVILLE, GEORGIA'S JOINDER IN PLAINTIFF'S SECOND AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT

Defendant Mount Vernon Mills, Inc. ("Mount Vernon") hereby files this Response to Intervenor Plaintiff City of Summerville, Georgia's ("Summerville") Joinder in Plaintiff Earl Parris, Jr.'s ("Plaintiff") Second Amended Individual and Class Action Complaint (the "Joinder") [Dkt. 281].

Mount Vernon hereby incorporates by reference the affirmative defenses and responses to individual factual allegations contained in Mount Vernon's Answer to the Second Amended Individual and Class Action Complaint, together with those arguments originally asserted in its Motion to Dismiss (Dkt. 87), as if fully set forth

herein. By way of further response, Mount Vernon states that Summerville has stated no relief against Mount Vernon and does not understand its filing to assert such a claim, but to the extent it could be construed to do so, Mount Vernon denies that Summerville is entitled to any of the relief or awards prayed for in the Second Amended Complaint or Joinder, or to any other or further relief from the Court from Mount Vernon.

WHEREFORE, Mount Vernon respectfully requests:

(a) that the Court dismiss all claims in the Second Amended Complaint and enter judgment in favor of Mount Vernon and against Plaintiff and Summerville;

(b) that all costs of this action be taxed against Plaintiff and/or Summerville;

(c) that the claims be tried by a jury of twelve; and

(d) that the Court grant Mount Vernon such other and further relief, including its attorney's fees and expenses, as the Court deems just and proper.

This 5th day of December, 2022

                                              */s/William M. Droze*
WILLIAM M. DROZE
Georgia Bar No. 231039
T. MATTHEW BAILEY
Georgia Bar No. 194516
KADEISHA A. WEST
Georgia Bar No. 640699
Troutman Pepper Hamilton Sanders, LLP

- 3 -

    600 Peachtree Street, N.E. Suite 3000
    Atlanta, GA 30308
    william.droze@troutman.com
    matt.bailey@troutman.com
    kadeisha.west@troutman.com
    (404) 885-3468
    (404) 885-2716

    *Attorneys for Defendant Mount Vernon Mills, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the within and foregoing **RESPONSE OF DEFENDANT MOUNT VERNON MILLS, INC. TO INTERVENOR PLAINTIFF CITY OF SUMMERVILLE, GEORGIA'S JOINDER IN PLAINTIFF'S SECOND AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 5th day of December, 2022.

/s/William M. Droze
William M. Droze
Georgia Bar No. 231039
william.droze@troutman.com

*Attorney for Defendant Mount Vernon Mills, Inc.*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Bank of America Plaza
600 Peachtree Street N.E.
Atlanta, GA 30308-2216
Telephone: 404-885-3000
Facsimile: 404-885-3900