IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>    *Plaintiff*,<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>    *Intervenor-Plaintiff,*<br><br>v.<br><br>3M COMPANY, et al.,<br><br>    *Defendants*. | Civil Action No.<br><br>4:21-cv-00040-TWT |

**DEFENDANT 3M COMPANY'S MOTION FOR**
**<u>MORE DEFINITE STATEMENT</u>**

Now comes Defendant 3M Company and moves the Court pursuant to Fed.R.Civ.P. 12(e) to order Intervenor Plaintiff City of Summerville, Georgia to provide a more definite statement of its notice of joinder in Plaintiff Parris's second amended complaint in the form an actual amended complaint. A brief in support of this motion is filed herewith.

Respectfully submitted this the 5th of December, 2022.

/s/ Robert B. Remar
Robert B. Remar
GA Bar No. 600575
Monica P. Witte
GA Bar No. 405952
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3500
Facsimile: (404) 815-3509
rremar@sgrlaw.com
mwitte@sgrlaw.com

Jackson R. Sharman, III
GA Bar No. 637930
Benjamin P. Harmon
GA Bar No. 979043
M. Christian King (*PHV*)
Harlan I. Prater, IV (*PHV*)
W. Larkin Radney, IV (*PHV*)
Tatum Jackson (*PHV*)

LIGHTFOOT, FRANKLIN AND WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
jsharman@lightfootlaw.com
bharmon@lightfootlaw.com
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com
tjackson@lightfootlaw.com

*Counsel for Defendant 3M Company*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **DEFENDANT 3M COMPANY'S MOTION FOR MORE DEFINITE STATEMENT** has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This the 5th day of December, 2022.

*/s/ Robert B. Remar*
Robert B. Remar
GA Bar No. 600575
rremar@sgrlaw.com
