IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>    *Plaintiff*,<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>    *Intervenor-Plaintiff*,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>    *Defendants*. | Civil Action No.<br><br>4:21-cv-00040-TWT |

### NOTICE OF APPEARANCE OF W. COLE MCFERREN

COMES NOW the undersigned W. Cole McFerren of the law firm of Smith, Gambrell & Russell, LLP, and hereby enters a notice of appearance as additional counsel for Defendant 3M Company and respectfully requests to be added as a recipient of all future pleadings, notices, orders, and any other materials in this action.

Respectfully submitted this the 6th of December, 2022.

                                                */s/ W. Cole McFerren*
                                                W. Cole McFerren
                                                GA Bar No. 409248

cmcferren@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500

*Counsel for Defendant 3M Company*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing NOTICE OF APPEARANCE OF W. COLE MCFERREN has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This the 6th day of December, 2022.

> */s/ W. Cole McFerren*
> W. Cole McFerren
> GA Bar No. 409248
> *cmcferren@sgrlaw.com*

3