IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>　　*Plaintiff*,<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>　　*Intervenor-Plaintiff*,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>　　*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>) 4:21-cv-00040-TWT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE OF EMMA CRAMER**

Pursuant to Northern District of Georgia Local Rule 83.1(D), Emma Cramer of the law firm of Smith, Gambrell & Russell, LLP, hereby enters her appearance as additional counsel for Defendant 3M Company and respectfully requests to be added as a recipient of all future pleadings, notices, orders, and any other materials in this action.

Respectfully submitted this the 6th of December, 2022.

　　　　　　　　　　　　　　　　　　　*/s/ Emma Cramer*
　　　　　　　　　　　　　　　　　　　Emma Cramer
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 661985
　　　　　　　　　　　　　　　　　　　ecramer@sgrlaw.com

SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500

*Counsel for Defendant 3M Company*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing NOTICE OF APPEARANCE OF EMMA CRAMER has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This the 6th day of December, 2022.

/s/ Emma Cramer
Emma Cramer
Georgia Bar No. 661985
ecramer@sgrlaw.com