# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff,* and<br><br>CITY OF SUMMERVILLE, GA.,<br><br>*Intervenor Plaintiff,*<br><br>v.<br><br>3M COMPANY, et al.<br><br>*Defendants.* | CIVIL ACTION FILE NO.:<br>4:21-cv-00040-TWT |

## MOTION OF INTERVENOR PLAINTIFF CITY OF SUMMERVILLE, GEORGIA TO EXTEND DATE FOR INTERVENOR PLAINTIFF CITY OF SUMMERVILLE TO RESPOND TO DEFENDANT 3M COMPANY'S MOTION FOR MORE DEFINITE STATEMENT

Intervenor Plaintiff City of Summerville, Georgia ("Summerville") moves the Court to authorize an extension of time through and including Friday, January 6, 2023 for Intervenor Plaintiff City of Summerville to respond to Defendant 3M's Motion for More Definite Statement. Counsel for 3M Defendant Company consents to the extension.

1083728.1

A proposed order is submitted with this Consent Motion for the Court's consideration.

This 20th day of December, 2022.

| | |
|---|---|
| */s/ J. Anderson Davis* | */s/ Jeffrey E. Friedman* |
| J. Anderson Davis | Jeffrey E. Friedman, *Pro Hac Vice* |
| Georgia Bar No. 211077 | Lee T. Patterson, *Pro Hac Vice* |
| BRINSON, ASKEW, BERRY, | FRIEDMAN, DAZZIO, |
| SEIGLER, RICHARDSON | ZULANAS, P.C. |
| & DAVIS, LLP | 3800 Corporate Woods Drive |
| P.O. BOX 5007 | Birmingham, AL 35242 |
| Rome, GA 30162-5007 | (205) 278-7000 |
| (706) 291-8853 | |
| | *Attorneys for City of Summerville, Georgia* |
| Consented to by: | |
| | |
| */s/ Robert B. Remar* | */s/ W. Larkin Radney* |
| Robert B. Remar | W. Larkin Radney, *Pro Hac Vice* |
| Georgia Bar No. 600575 | Benjamin P. Harmon |
| Monica P. Witte | Georgia Bar No. 979043 |
| Georgia Bar No. 405952 | Jackson R. Sharman, III |
| Katherine L. D'Ambrosio | Georgia Bar No. 637930 |
| Georgia Bar No. 780128 | Harlan I. Prater, *Pro Hac Vice* |
| SMITH, GAMBRELL & | M. Christian King, *Pro Hac Vice* |
| RUSSELL, LLP | LIGHTFOOT, FRANKLIN, and |
| 1105 W. Peachtree St., NE | WHITE LLC |
| Suite 1000 | The Clark Building |
| Atlanta, GA 30309 | 400 20th Street North |
| (404) 815-3500 | Birmingham, AL 35203 |
| | (205) 581-0700 |
| | |
| | *Attorneys for Defendant 3M Company* |

1083728.1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **Motion for Intervenor Plaintiff City of Summerville, Georgia to Extend Date for Intervenor Plaintiff City of Summerville to Respond to Defendant 3M Company's Motion for More Definite Statement** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 20th day of December, 2022.

                                    **BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

Post Office Box 5007  
Rome, GA 30162-5007  
Phone: (706) 291-8853  
Fax:    (706) 234-3574  
adavis@brinson-askew.com

*/s/ J. Anderson Davis*  
J. ANDERSON DAVIS  
Georgia Bar. No 211077

*Attorney for City of Summerville, Georgia*

1083728.1