# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff,* and<br><br>CITY OF SUMMERVILLE, GA.,<br><br>*Intervenor Plaintiff,*<br><br>v.<br><br>3M COMPANY, et al.<br><br>*Defendants.* | CIVIL ACTION FILE NO.:<br>4:21-cv-00040-TWT |

## [PROPOSED] ORDER ON CONSENT MOTION OF INTERVENOR PLAINTIFF CITY OF SUMMERVILLE, GEORGIA TO EXTEND DATE FOR INTERVENOR PLAINTIFF CITY OF SUMMERVILLE TO RESPOND TO DEFENDANT 3M COMPANY'S MOTION FOR MORE DEFINITE STATEMENT

The Court having read and considered the City of Summerville's Motion to Extend the Deadline for Intervenor Plaintiff City of Summerville to Respond to Defendant 3M's Motion for More Definite Statement (the "Motion"), and for good cause shown, the Court hereby GRANTS the Motion and ORDERS that: Summerville shall have through and including, Friday, January 6, 2022, in which to respond to 3M Company's Motion for More Definite Statement.

1083742.1

SO ORDERED this ____ day of _____, 2022.

_____
THOMAS W. THRASH, District Judge
United States District Court
Northern District of Georgia

Order prepared by:

*/s/ J. Anderson Davis*
J. Anderson Davis
Georgia Bar No. 211077
BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP
P.O. BOX 5007
Rome, GA 30162-5007
(706) 291-8853
*Attorneys for City of Summerville, Georgia*

Consented to by:

*/s/ Robert B. Remar*
Robert B. Remar
Georgia Bar No. 600575
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St., NE
Suite 1000
Atlanta, GA 30309
(404) 815-3500
*Attorneys for Defendant 3M Company*

1083742.1