# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated, <br><br> Plaintiff, <br><br> City of SUMMERVILLE, GEORGIA, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> 3M COMPANY, *et al.*, <br><br> Defendants. | Case No. 4:21-cv-00040-TWT |

## DEFENDANT 3M COMPANY'S NOTICE OF FILING ANSWER TO THE CITY OF SUMMERVILLE, GEORGIA'S AMENDED COMPLAINT IN INTERVENTION

Defendant 3M Company ("3M") hereby notifies the Court that, Intervenor-Plaintiff the City of Summerville, Georgia having responded to 3M's Motion for More Definite Statement by attaching an Amended Proposed Complaint in Intervention (ECF Doc. 301-1), 3M consents to the filing and files herewith its answer and defenses thereto.

Respectfully submitted this 20th day of January, 2023.

/s/ W. Larkin Radney, IV
Jackson R. Sharman, III, GA Bar No. 637930
Benjamin P. Harmon, GA Bar No. 979043
Harlan I. Prater, *Pro Hac Vice*
M. Christian King, *Pro Hac Vice*
W. Larkin Radney, *Pro Hac Vice*
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Email: jsharman@lightfootlaw.com
Email: bharmon@lightfootlaw.com
Email: hprater@lightfootlaw.com
Email: cking@lightfootlaw.com
Email: lradney@lightfootlaw.com

Robert B. Remar, GA Bar No. 600575
Monica P. Witte, GA Bar No. 405952
W. Cole McFerren, GA Bar No. 409248
Emma H. Cramer, GA Bar No. 661985
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street NE, Suite 1000
Atlanta, GA 30309
Telephone (404) 815-3500
Email: rremar@sgrlaw.com
Email: mwitte@sgrlaw.com
Email: cmcferren@sgrlaw.com
Email: ecramer@sgrlaw.com

*Counsel for Defendant 3M Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:21-cv-00040-TWT<br>)<br>) |
| 3M COMPANY, *et al.*, | )<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: January 20, 2023.

/s/ W. Larkin Radney, IV
Jackson R. Sharman, III, GA Bar No. 637930
Benjamin P. Harmon, GA Bar No. 979043
Harlan I. Prater, *Pro Hac Vice*
M. Christian King, *Pro Hac Vice*
W. Larkin Radney, *Pro Hac Vice*

LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Email: jsharman@lightfootlaw.com
Email: bharmon@lightfootlaw.com
Email: hprater@lightfootlaw.com
Email: cking@lightfootlaw.com
Email: lradney@lightfootlaw.com