IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff,* and<br><br>CITY OF SUMMERVILLE, GA.,<br><br>*Intervenor Plaintiff,*<br><br>v.<br><br>3M COMPANY, DAIKIN AMERICA, INC., HUNTSMAN INTERNATIONAL, LLC, PULCRA CHEMICALS, LLC, MOUNT VERNON MILLS, INC., TOWN OF TRION, GEORGIA, RYAN DEJUAN JARRETT, and E.I. DU PONT DE NEMOURS AND COMPANY; and THE CHEMOURS COMPANY,<br><br>*Defendants.* | CIVIL ACTION FILE NO.:<br>4:21-cv-00040-TWT |

# **EXHIBIT A**

MVM_00003074-MVM_00003075 and MVM_00036716-MVM_00036720

(filed provisionally under seal)