FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff,* and<br><br>CITY OF SUMMERVILLE, GA.,<br><br>*Intervenor Plaintiff,*<br><br>v.<br><br>3M COMPANY, DAIKIN AMERICA, INC., HUNTSMAN INTERNATIONAL, LLC, PULCRA CHEMICALS, LLC, MOUNT VERNON MILLS, INC., TOWN OF TRION, GEORGIA, RYAN DEJUAN JARRETT, and E.I. DU PONT DE NEMOURS AND COMPANY; and THE CHEMOURS COMPANY,<br><br>*Defendants*. | CIVIL ACTION FILE NO.: 4:21-cv-00040-TWT |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to the Court's Local Rules, LR App. H, Section II(J), Plaintiff and Intervenor-Plaintiff ("Plaintiffs"), by the through the undersigned counsel, respectfully requests leave of this Court to file under seal Exhibits A and B to Plaintiffs' Objection to Assertion of Privilege and Motion for *In Camera* Review of Documents ("Motion"). Defendant Mount Vernon Mills has claimed that these

materials contain attorney/client and/or attorney work product confidential information. This information was obtained through discovery, and due to the claims by the Defendant, should be kept confidential at this time. Plaintiffs' publicly filed Motion explains our position in greater detail.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' leave to file under seal Plaintiffs' Exhibits A and B to Plaintiffs' Objection to Assertion of Privilege and Motion for In Camera Review Documents.

Respectfully submitted, this 20th day of January, 2023.

/s/ Gary A. Davis
Gary A. Davis (*phv*)
Keith A. Johnston (*phv*)
DAVIS ATTORNEYS, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622-0044
Fax: 828-398-0435
gadavis@enviroattorney.com

Jeffrey J. Dean
Ga. Bar #006890
Thomas Causby
Ga. Bar # 968006
MORRIS & DEAN, LLC
101 E. Crawford St.
Dalton, GA 30720
jeff@morrisanddean.com
tom@morrisanddean.com
Phone: 706-226-0300
Fax: 706-229-4363
*Attorneys for Plaintiff*

*/s/ J. Anderson Davis*
J. Anderson Davis (Ga. Bar No. 211077)
BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP
P.O. Box 5007
Rome, Georgia 30162-5007
Ph# (706) 291-8853
Fax# (706) 234-3574
adavis@brinson-askew.com


*/s/ Jeffrey E. Friedman*
Jeff Friedman *(Pro Hac Vice)*
FRIEDMAN, DAZZIO & ZULANAS, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
Ph# (205) 278-7000
Fax# (205) 278-7001
jfriedman@friedman-lawyers.com

*Attorneys for Plaintiff-Intervenor*

## CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **PLAINTIFF AND INTERVENOR-PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 20th day of January, 2023.

*/s/ Gary A. Davis*