# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff,* and<br><br>CITY OF SUMMERVILLE, GA.,<br><br>*Intervenor Plaintiff,*<br><br>v.<br><br>3M COMPANY, DAIKIN AMERICA, INC., HUNTSMAN INTERNATIONAL, LLC, PULCRA CHEMICALS, LLC, MOUNT VERNON MILLS, INC., TOWN OF TRION, GEORGIA, RYAN DEJUAN JARRETT, and E.I. DU PONT DE NEMOURS AND COMPANY; and THE CHEMOURS COMPANY,<br><br>*Defendants.* | CIVIL ACTION FILE NO.: 4:21-cv-00040-TWT |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

This action is before the Court on Plaintiff's Motion to File Under Seal. Plaintiff's Motion is GRANTED.

SIGNED and ENTERED this the ____ day of _____ 2023.

_____
The Honorable Thomas W. Thrash Jr.
Judge, United States District Court
Northern District of Georgia