IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff,*<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>*Intervenor-Plaintiff,*<br><br>v.<br><br>3M COMPANY, et al.,<br><br>*Defendants*. | Civil Action No.<br><br>4:21-cv-00040-TWT |

**JOINT NOTICE OF WITHDRAWAL OF
MOTION FOR MORE DEFINITE STATEMENT**

Defendant 3M Company ("3M") and Intervenor-Plaintiff City of Summerville ("Summerville"), by and through their attorneys, jointly submit this Notice of Withdrawal of 3M's Motion for More Definite Statement [ECF No. 294]. In light of Summerville's Amended Complaint in Intervention [ECF No. 301-1], the parties agree that 3M's Motion for More Definite Statement is moot. 3M filed its Answer to Summerville's Amended Complaint on January 20, 2023 [ECF No. 311-1].

Respectfully submitted, this 27th day of January, 2023.

/s/ Robert B. Remar
Robert B. Remar
GA Bar No. 600575
Monica P. Witte
GA Bar No. 405952
SMITH, GAMBRELL &
RUSSELL, LLP
1105 W. Peachtree St. NE
Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3500
Facsimile: (404) 815-3509
rremar@sgrlaw.com
mwitte@sgrlaw.com

Jackson R. Sharman, III
GA Bar No. 637930
Benjamin P. Harmon
GA Bar No. 979043
M. Christian King (*PHV*)
Harlan I. Prater, IV (*PHV*)
W. Larkin Radney, IV (*PHV*)
Tatum Jackson (*PHV*)

LIGHTFOOT, FRANKLIN
AND WHITE LLC
The Clark Building 400 20th
Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
jsharman@lightfootlaw.com
bharmon@lightfootlaw.com
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com
tjackson@lightfootlaw.com

*Counsel for Defendant 3M Company*

/s/ J. Anderson Davis
J. Anderson Davis
GA Bar No. 211077
BRINSON, ASKEW, BERRY,
SEIGLER, RICHARDSON &
DAVIS, LLP
Post Office Box 5007
Rome, GA 30162
(706) 291-8853
(706) 234-3574
adavis@brinson-askew.com

Jeff Friedman, *Pro Hac Vice*
Lee Patterson, *Pro Hac Vice*
FRIEDMAN, DAZZIO
& ZULANAS, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
(205) 278-7000
(205) 278-7001
jfriedman@friedman-lawyers.com
lpatterson@friedman-lawyers.com

*Counsel for the City of Summerville, Georgia*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

*/s/ Robert B. Remar*
Robert B. Remar
GA Bar No. 600575
SMITH, GAMBRELL & RUSSELL, LLP
rremar@sgrlaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **JOINT NOTICE OF WITHDRAWAL OF MOTION FOR MORE DEFINITE STATEMENT** has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This 27th day of January, 2023.

>   */s/ Robert B. Remar*
>   Robert B. Remar
>   GA Bar No. 600575
>   SMITH, GAMBRELL & RUSSELL, LLP
>   rremar@sgrlaw.com