IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated,<br><br>    Plaintiff,<br><br>CITY OF SUMMERVILLE, GEORGIA<br><br>    Intervenor-Plaintiff<br><br>v.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | Case No. 4:21-CV-00040-TWT<br><br>Hon. Thomas W. Thrash Jr. |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.3, NDGa, the undersigned, counsel of record for Defendant The Chemours Company ("Chemours"), states as follows:

1. **The undersigned counsel of record for Chemours certifies that the following is a full and complete list of all parent corporations and any publicly held corporation that owns 10% or more of its stock, as known at this time:**

Chemours is a publicly-held corporation. More than 10% of Chemours' stock is held by BlackRock Fund Advisors, which upon information and belief is a wholly-owned subsidiary of BlackRock, Inc., a publicly-held corporation.

2. **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case, as known at this time:**

| Name: | Identification & Relationship: |
|---|---|
| 3M Company | Defendant |
| Daikin America, Inc. | Defendant |
| Pulcra Chemicals, LLC | Defendant |
| Mount Vernon Mills, Inc. | Defendant |
| Town of Trion, Georgia | Defendant |
| Huntsman International, LLC | Defendant |
| E.I. du Pont de Nemours and Company | Defendant |
| The Chemours Company | Defendant |
| Earl Parris, Jr. | Plaintiff |
| Ron Dejuan Jarrett | Cross-Claimant |
| City of Summerville, Georgia | Intervenor Plaintiff |
| Counsel for aforementioned parties | |

1. **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding, as known at this time:**

Counsel for 3M Company:

Emma H. Cramer, Monica P. Witte, William C. McFerren, Robert B. Remar, and Sterling G. Culpepper, III of Smith, Gambrell & Russell, LLP

Jackson R. Sharman, III, M. Christian King, Harlan I. Prater, IV, W. Larkin Radney, IV, Benjamin P. Harmon, and Tatum Jackson Harmon of Lightfoot, Franklin and White LLC

Counsel for Daikin America, Inc.

>Christopher L. Yeilding and James L. Hollis of Balch & Bingham, LLP

>James R. Saywell, Theodore M. Grossman, Jeffrey Kaplan, Jr., and Richard H. Deane, Jr. of Jones Day, LLP

Counsel for Pulcra Chemicals, LLC

>E. Peyton Nunez, Robert D. Mowrey, and Christopher M. Zygmot of Kazmarek, Mowrey, Cloud, Laseter, LLP

Counsel for Mount Vernon Mills, Inc.

>Thomas M. Bailey, Kadeisha West, and William M. Droze of Troutman, Pepper, Hamilton, Sanders, LLP

Counsel for Town of Trion, Georgia

>Ann Marie Alexander, Erich P. Nathe, Katie S. Lonze, and Kimberly Council Sheridan of Gordan, Rees, Scully, Mansukhani LLP

Counsel for Huntsman International, LLC

>Insiya F. Aziz, Jean C. Frizzell, Solace K. Southwick, and Zach Burford of Reynolds Frizzell LLP

>Benjamin E. Fix and Laurie A. Taylor of Bondurant Mixson & Elmore, LLP

Counsel for E.I. du Pont de Nemours and Company and The Chemours Company

>Blair Cash of Moseley Marcinak Law Group LLP

>John M. Johnson, Lana A. Olson, R. Ashby Pate, Meghan S. Cole, and Mary Parrish McCracken of Lightfoot, Franklin & White, LLC

<u>Counsel for Earl Parris, Jr.</u>

 Gary Davis of Davis Attorneys, P.C.

 Jeffrey J. Dean and Thomas Causby of Morris & Dean, LLC

<u>Counsel for Ron Dejuan Jarrett</u>

 Craig K. Pendergrast and Daniel H. Weigel of Taylor English Duma LLP

<u>Counsel for City of Summerville, Georgia</u>

 Jeffrey E. Friedman and Lee Patterson of Friedman, Dazzio & Zulanas, P.C.

 Jesse A. Davis of Brinson Askew Berry Siegler Richardson & Davis, LLP

Dated: January 27, 2023

Respectfully submitted,

/s/ Meghan S. Cole

John M. Johnson
Lana A. Olson
Robert Ashby Pate
Meghan S. Cole
Mary Parrish McCracken
**Lightfoot, Franklin & White, LLC**
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

Blair Cash
Georgia Bar No. 360457
**Moseley Marcinak Law Group LLP**
P.O. Box 1688
Kennesaw, Georgia 30156
(470) 480-7258
Email: blair.cash@momarlaw.com

*Attorneys for Defendant The Chemours Company*

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated,<br><br>    Plaintiff,<br><br>CITY OF SUMMERVILLE, GEORGIA<br><br>    Intervenor-Plaintiff<br><br>v.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | Case No. 4:21-CV-00040-TWT<br><br>Hon. Thomas W. Thrash Jr. |

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: January 27, 2023     Respectfully submitted,

/s/ Meghan S. Cole

John M. Johnson

6

Lana A. Olson
Robert Ashby Pate
Meghan S. Cole
Mary Parrish McCracken
**Lightfoot, Franklin & White, LLC**
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

Blair Cash
Georgia Bar No. 360457
**Moseley Marcinak Law Group LLP**
P.O. Box 1688
Kennesaw, Georgia 30156
(470) 480-7258
Email: blair.cash@momarlaw.com

*Attorneys for Defendant The Chemours Company*