IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., Individually, and on Behalf of a Class of Persons Similarly Situated, <br><br> Plaintiff, <br> City of SUMMERVILLE, GEORGIA, <br><br> Intervenor-Plaintiff <br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | CASE NO.: 4:21-CV-0040-TWT |

**NOTICE OF APPREANCE OF COUNSEL**

Comes now Thomas C. Causby of Causby Firm LLC and makes this, his notice of appearance as counsel of record for Earl Parris Jr., Individually and on behalf of a class of Persons Similarly Situated and shows that Gary A. Davis and Keith A. Johnston remain as counsel of record.

/s/ Thomas C. Causby
Thomas C. Causby
GA. STATE BAR NO. 968006
ATTORNEY FOR PLAINTIFF
101 E. Crawford St.
Fifth Floor
PO BOX 488
Dalton, Ga 30722-0488
(706) 278-0525
tom@causbyfirm.com

## **CERTIFICATION AS TO FONT**

Pursuant to N.D. Ga. Local Rule 7.1 D, I hereby certify that this document is submitted in Times New Roman 14-point type as required by N.D. Ga. Local Rule 5.1(C).

/s/ Thomas C. Causby
Thomas C. Causby
GA. STATE BAR NO. 968006

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all counsel of record for the foregoing matter with a copy of the forgoing NOTICE OF APPEARANCE and with the Clerk of Court using the CM/ECF system that automatically sends email notification of such filing to the attorneys of record who are registered participants in the Court's electronic notice and filing system and each of whom may access said filing via the Court's CM/ECF system.

This 1st day of February 2023

/s/ Thomas C. Causby
Thomas C. Causby
GA. STATE BAR NO. 968006
