# EXHIBIT 10

| | |
|---|---|
| **From:** | Gary Davis |
| **To:** | Droze, William M. |
| **Cc:** | Stacy Snow; Jeff Friedman; Andy Davis; Lee Patterson; West, Kadeisha A.; Bailey, Matt |
| **Subject:** | RE: Parris v. Mount Vernon Mills, et al. |
| **Date:** | Wednesday, November 9, 2022 5:21:46 PM |
| **Attachments:** | image001.png |

William,

Thanks for this. We may be able to agree on the timeframe. Our issue is still that this leaves out communications, such as emails, between the chemical suppliers and MVM concerning the chemicals that are not MSDSs/SDSs. We would like to discuss this with you further. Perhaps we can agree on search terms and custodians. Jeff Friedman and I are available most of the day tomorrow.

Best,

Gary



21 Battery Park Avenue
Suite 206
Asheville, NC 28801
Phone: 828-622-0044
Fax: 828-398-0435
enviroattorney.com

The information contained in this electronic transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately notify the sender that you have received this communication in error and then destroy the documents.

**From:** Droze, William M. <william.droze@troutman.com>
**Sent:** Wednesday, November 9, 2022 11:39 AM
**To:** Gary Davis <gadavis@enviroattorney.com>
**Cc:** Stacy Snow <ssnow@enviroattorney.com>; Jeff Friedman <jfriedman@friedman-lawyers.com>; Andy Davis <adavis@brinson-askew.com>; Lee Patterson <lpatterson@friedman-lawyers.com>; West, Kadeisha A. <Kadeisha.West@troutman.com>; Bailey, Matt <matt.bailey@troutman.com>
**Subject:** RE: Parris v. Mount Vernon Mills, et al.