# EXHIBIT 13

*Save copy to Tammy!*

## MOUNT VERNON MILLS, INC.

February 26, 1999

Dr. Bill Weppner
Director, Environmental, Health, Safety and Regulatory Affairs
3M Chemicals
3M Center
St. Paul, Minnesota 55144-1000

Dear Bill:

Thank you for your follow-up letter and information on the residue organic fluorine issue. We would be very interested in the following additional information if you can provide it.

1. Relationship between PFOA and PFOS.
2. Whether you have any studies on the presence of or health effect of PFOS itself on 3M employees or the general population.

We also have not heard from anyone regarding 3M's offer to provide an industrial hygienist to visit our facilities in LaFrance, South Carolina, and to provide technical assistance on possible replacement of the Scotchgard spray application process at LaFrance.

We look forward to hearing from you soon on all of the above.

Sincerely,

Edward G. Cochrane, II
Vice President and Secretary

EGC,II/bhc

cc: Mr. Jack Boyd – Sales and Marketing Director, 3M Chemicals
    Mr. Fred Zonino, Business Development Manager, 3M Chemicals
    Mr. Nick Caldwell – LaFrance



Plaintiff Exhibit
**32**
Tony Strickland
30(b)(6) Mount Vernon Mills
Thursday, November 17, 2022
Bj Dugas, CRR, RPR

**10 222265**

One Insignia Financial Plaza, Suite 700
P.O. Box 3478, Greenville, South Carolina 29602, Tel: 864-233-4151

3M_BELL01454420