IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff*,<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>*Intervenor-Plaintiff,*<br><br>v.<br><br>3M COMPANY, et al.,<br><br>*Defendants*. | Civil Action No.<br><br>4:21-cv-00040-TWT |

# **EXHIBIT 14**

November 30, 2007 DuPont Letter

(filed provisionally under seal)