## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

EARL PARRIS, JR., individually, and
on behalf of a Class of persons similarly
situated,

        *Plaintiff*,

CITY OF SUMMERVILLE,

GEORGIA,

        *Intervenor-Plaintiff,*

    v.

3M COMPANY, et al.,

        *Defendants*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

4:21-cv-00040-TWT

# EXHIBIT 16

May 2009 Mount Vernon Mills Retention Policy

(filed provisionally under seal)