# EXHIBIT 17

EARL PARRIS, JR., ET AL. vs 3M COMPANY, ET AL.
30(b)(6)  Anthony Strickland on 11/17/2022

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                        ROME DIVISION

 3
    EARL PARRIS, JR.,              § CASE NO.
 4  Individually, and on           § 4:21-cv-00040-TWT
    Behalf of a Class of           §
 5  Persons Similarly              §
    Situated,                      §
 6                                 §
                                   §
 7       Plaintiff,                §
                                   §
 8                                 §
    CITY OF SUMMERVILLE,           §
 9  GEORGIA                        §
                                   §
10                                 §
         Intervenor-Plaintiff,     §
11                                 §
                                   §
12       vs.                       §
                                   §
13                                 §
    3M COMPANY, DAIKIN             §
14  AMERICA, INC., HUNTSMAN        §
    INTERNATIONAL, LLC,            §
15  PULCRA CHEMICALS, LLC,         §
    MOUNT VERNON MILLS, INC.,      §
16  TOWN OF TRION, GEORGIA,        §
    and RYAN DEJUAN JARRETT,       §
17                                 §
                                   §
18                                 §
         Defendants.               §
19  ~~~~~~~~~~~~~~~~~~~~~~~~~

20
       30(b)(6) DEPOSITION OF MOUNT VERNON MILLS, INC.
21                    ANTHONY STRICKLAND

22


23
                       2:08 p.m. EST
24         Thursday, the 17th day of November 2022

25
```

```
 1   if he had a time frame limitation in
 2   preparing for this deposition and he said
 3   no.  Did you give him one?
 4        MR. DROZE:  He prepared -- he
 5   indicated he prepared based on the
 6   documents we provided.
 7        MR. DAVIS:  Okay.  And those documents
 8   you have limited to 2016.
 9        MR. DROZE:  No, there's at least 500
10   of them that predate that.  They apparently
11   escaped the filter for 2016.  So there are
12   documents that predate that, and you
13   obviously have documents that you obtained
14   from other litigation that you've used in
15   this deposition.
16        MR. DAVIS:  Which shows how ridiculous
17   the limitation is, but anyway...
18        MR. DROZE:  Let's not go down that
19   path.
20        MR. DAVIS:  We're going to.
21        MR. DROZE:  We don't need that
22   characterization or that kind of
23   impropriety in the record.  It's an
24   objection, you disagree with it, and that's
25   fine.  We'll take it up with the Court if
```