**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| CITY OF SUMMERVILLE, GEORGIA, | ) ) ) | Civil Action No. 4:21-cv-00040-TWT |
| *Intervenor-Plaintiff*, | ) ) | |
| v. | ) | |
| 3M COMPANY, et al., | ) ) | |
| *Defendants*. | ) ) | |

**EXHIBITS INDEX TO PLAINTIFF AND INTERVENOR-PLAINTIFF'S**
**JOINT MOTION TO COMPEL**

| Exhibit 1 | December 5, 2022 Letter |
|---|---|
| Exhibit 2 | Defendant Mount Vernon Mills' Responses to Plaintiff's First Interrogatories |
| Exhibit 3 | October 25, 2022 Email Correspondence |
| Exhibit 4 | October 26, 2022 Email Correspondence |
| Exhibit 5 | October 31, 2022 Email Correspondence |
| Exhibit 6 | November 3, 2022 Email Correspondence |
| Exhibit 7 | November 7, 2022 Email Correspondence |
| Exhibit 8 | November 7, 2022 Email Correspondence Response |
| Exhibit 9 | November 9, 2022 Email Correspondence |
| Exhibit 10 | November 9, 2022 Email Correspondence Response |
| Exhibit 11 | November 10, 2022 Email Correspondence |
| Exhibit 12 | December 15, 2022 Letter |

| Exhibit 13 | October 26, 1999 Mount Vernon Mills Letter |
|---|---|
| Exhibit 14 | November 30, 2007 DuPont Letter [PROVISIONALLY SEALED] |
| Exhibit 15 | Excerpt from Gary Williams Deposition |
| Exhibit 16 | May 2009 Mount Vernon Mills Retention Policy [PROVISIONALLY SEALED] |
| Exhibit 17 | Excerpt from Anthony Strickland |