# EXHIBIT A

CONFIDENTIAL



MVM_00003074

CONFIDENTIAL

MVM_00003075



CONFIDENTIAL
MVM_00036719

CONFIDENTIAL

MVM_00036720