# EXHIBIT D

**From:** Katie Lonze <klonze@grsm.com>
**Sent:** Tuesday, August 9, 2022 1:20 PM
**To:** Zach Burford <zburford@reynoldsfrizzell.com>; Peyton Nunez <pnunez@kmcllaw.com>; gculpepper@sgrlaw.com; kdambrosio@sgrlaw.com; bharmon@lightfootlaw.com; cking@lightfootlaw.com; hprater@lightfootlaw.com; lradney@lightfootlaw.com; rremar@sgrlaw.com; jsharman@lightfootlaw.com; mwitte@sgrlaw.com; adavis@brinson-askew.com; jfriedman@friedman-lawyers.com; lpatterson@friedman-lawyers.com; rhdeane@jonesday.com; tgrossman@jonesday.com; cyeilding@balch.com; jkaplan@jonesday.com; jsaywell@jonesday.com; tom@morrisanddean.com; gadavis@enviroattorney.com; jeff@morrisanddean.com; jwhitlock@enviroattorney.com; fox@bmelaw.com; Jean Frizzell <JFrizzell@reynoldsfrizzell.com>; Solace Southwick <SSouthwick@reynoldsfrizzell.com>; ltaylor@bmelaw.com; Droze, William M. <william.droze@troutman.com>; dweigel@taylorenglish.com; cpendergrast@taylorenglish.com; Kimberly Sheridan <ksheridan@grsm.com>; Erich Nathe <enathe@grsm.com>; Bob Mowrey <bmowrey@kmcllaw.com>; Max Zygmont <mzygmont@kmcllaw.com>; Helen Barnes <hbarnes@kmcllaw.com>
**Cc:** Jean Frizzell <JFrizzell@reynoldsfrizzell.com>; Solace Southwick <SSouthwick@reynoldsfrizzell.com>; Harris Wells <hwells@reynoldsfrizzell.com>; Misty Davis <MDavis@reynoldsfrizzell.com>; Ben E. Fox <fox@bmelaw.com>; Dee Foley <DFoley@reynoldsfrizzell.com>; Suni Blue <SBlue@reynoldsfrizzell.com>; Laurie A. Taylor <ltaylor@bmelaw.com>
**Subject:** Parris - Town of Trion's Document Production

**EXTERNAL SENDER**

Good afternoon all,

It has come to our attention that certain documents were included in the Town of Trion's document production that are privileged. Pursuant to Section V(1)(c) of the ESI protocol, please be advised that we are clawing back pages 354-359 of the production and will re-issue with appropriate redactions.

Thank you,

---

**KATIE S. LONZE** (She/Her/Hers)  |  Senior Counsel

**GORDON REES SCULLY MANSUKHANI**

**YOUR 50 STATE PARTNER**®

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-796-2969　|　klonze@grsm.com

www.grsm.com
vCard

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER**®
**http://www.grsm.com**