IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>　　　　*Plaintiff*,<br><br>vs<br><br>3M COMPANY, et al.,<br><br>　　　　*Defendants*. | )<br>)<br>)<br>)<br>) Civil Action No. 4:21-cv-00040-TWT<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER GRANTING MOTION TO FILE UNDER SEAL**

Before the Court is Defendant Mount Vernon Mills, Inc.'s ("Mount Vernon") Motion for Leave to File Under Seal. Having considered the Motion in its entirety, the Court hereby **GRANTS** Mount Vernon's Motion and directs the Clerk to hold Exhibits A and B under seal pending further Order of this Court.

SIGNED and ENTERED this the ____ day of _____ 2023.

_____
The Honorable Thomas W. Thrash Jr. Judge,
United States District Court Northern District
of Georgia

145562249