# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and On behalf of a Class of persons similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>CITY OF SUMMERVILLE, )<br>GEORGIA, )<br>)<br>Intervenor-Plaintiff, )<br>)<br>vs. )<br>)<br>3M COMPANY, DAIKIN AMERICA, )<br>INC., E.I. DU PONT DE NEMOURS )<br>AND COMPANY, HUNTSMAN )<br>INTERNATIONAL, LLC, PULCRA )<br>CHEMICALS, LLC, MOUNT )<br>VERNON MILLS, INC., )<br>TOWN OF TRION, GEORGIA, )<br>)<br>Defendants. ) | Civil Action No.:<br>4:21-CV-00040-TWT<br><br>TRIAL BY JURY |

**TOWN OF TRION, GEORGIA'S JOINDER IN MOUNT VERNON MILLS, INC.'S RESPONSE TO PLAINTIFFS' OBJECTION TO ASSERTION OF PRIVILEGE AND MOTION FOR *IN CAMERA* REVIEW**

COMES NOW, Defendant Town of Trion, Georgia ("Town of Trion"), by and through its undersigned counsel, and hereby joins Mount Vernon Mills, Inc.'s ("Mount Vernon's") Response to Plaintiffs' Objection to Assertion of Privilege and Motion for *In Camera* Review (Dkt. 333). Town of Trion herein adopts and

incorporates, as if set forth fully herein, the relevant portions of the aforementioned response with respect to the nature of the communications between the Town of Trion and Mount Vernon, the assertion of the common interest/joint defense privilege, and the Town of Trion's efforts to claw back the inadvertently produced emails at issue.

Respectfully submitted, this 3rd day of February 2023.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Kimberly C. Sheridan*
Kimberly Sheridan
Georgia Bar No. 624547
55 Ivan Allen Junior Blvd., NW, Suite 750
Atlanta, Georgia 30308
Phone: (404) 978-7324
Fax: (678) 389-8475
Email: ksheridan@grsm.com

*Attorney for Defendant Town of Trion*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| EARL PARRIS, JR., individually, and On behalf of a Class of persons similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| CITY OF SUMMERVILLE, GEORGIA, | ) ) ) ) | |
| Intervenor-Plaintiff | ) ) | Civil Action No.: |
| vs. | ) ) | 4:21-CV-00040-TWT |
| 3M COMPANY, DAIKIN AMERICA, INC., E.I. DU PONT DE NEMOURS AND COMPANY, HUNTSMAN INTERNATIONAL, LLC, PULCRA CHEMICALS, LLC, MOUNT VERNON MILLS, INC., TOWN OF TRION, GEORGIA, | ) ) ) ) ) ) ) ) | TRIAL BY JURY |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I have this date electronically filed the within and foregoing Town of Trion Georgia's Joinder in Mount Vernon Mills, Inc.'s Response to Plaintiffs' Objection to Assertion of Privilege and Motion for *In Camera* Review with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. Further, all pleadings were

prepared using Times New Roman 14-point font.

This <u>3rd</u> day of February 2023.

By:  */s/ Kimberly C. Sheridan*
Kimberly Sheridan
Georgia Bar No.  624547
55 Ivan Allen Junior Blvd., NW, Suite 750
Atlanta, Georgia  30308
Phone: (404) 978-7324
Fax: (678) 389-8475
Email: ksheridan@grsm.com

*Attorney for Defendant Town of Trion*
