IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated,<br><br>      Plaintiff,<br><br>CITY OF SUMMERVILLE, GEORGIA<br><br>      Intervenor-Plaintiff<br><br>v.<br><br>3M COMPANY, et al.,<br><br>      Defendants. | Case No. 4:21-CV-00040-TWT<br><br>Hon. Thomas W. Thrash Jr. |

## **ORDER**

THIS MATTER having come before the Court on Defendants E.I. DuPont de Nemours and The Chemours Company's Motion to Strike Defendant City of Summerville's Joinder and Proposed Amended Complaint, this Court hereby GRANTS said Motion and Defendant City of Summerville's Joinder in Plaintiff's Second Amended Complaint and (Doc. 281) and Proposed Amended Complaint (Doc. 301-1) are hereby stricken from the record.

[DATE AND SIGNATURE ON FOLLOWING PAGE]

-2-

**SO ORDERED,** this \_\_\_\_ day of _____, 2023.

_____
THOMAS W. THRASH, JR., JUDGE
UNITED STATES DISTRICT COURT