# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

**4:21-cv-00040-TWT**
**Parris v. 3M Company et al**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 02/08/2023.

TIME COURT COMMENCED: 2:00 A.M.
TIME COURT CONCLUDED: :10 P.M.           COURT REPORTER: Diane Peede
TIME IN COURT: 00:10                     DEPUTY CLERK: Jordyn Holder
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Zach Burford representing Huntsman International, LLC |
| | Blair Cash representing E.I. du Pont de Nemours and Company |
| | Blair Cash representing The Chemours Company |
| | Thomas Causby representing Earl Parris |
| | Gary Davis representing Earl Parris |
| | Jesse Davis representing City of Summerville, Georgia |
| | William Droze representing Mount Vernon Mills, Inc. |
| | Jeffrey Friedman representing City of Summerville, Georgia |
| | Jean Frizzell representing Huntsman International, LLC |
| | John Johnson representing E.I. du Pont de Nemours and Company |
| | John Johnson representing The Chemours Company |
| | Robert Mowrey representing Pulcra Chemicals, LLC |
| | E. Nunez representing Pulcra Chemicals, LLC |
| | Robert Pate representing E.I. du Pont de Nemours and Company |
| | Robert Pate representing The Chemours Company |
| | Lee Patterson representing City of Summerville, Georgia |
| | W. Radney representing 3M Company |
| | Robert Remar representing 3M Company |
| | James Saywell representing Daikin America, Inc. |
| | Kimberly Sheridan representing Town of Trion, Georgia |
| | Christopher Zygmont representing Pulcra Chemicals, LLC |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court put on the record a potential financial conflict with a recently added Defendant. There were no objections to Judge Thrash remaining the |

presider of this action stated on the record. The Court directed the parties to file any objections by 12:00 PM on February 15, 2023.

HEARING STATUS:    Hearing Concluded