IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., Individually, and on Behalf of a Class of Persons Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| City of SUMMERVILLE, GEORGIA, | ) ) ) |
| Intervenor-Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 4:21-cv-00040-TWT |
| 3M COMPANY, DAIKIN AMERICA, INC., HUNTSMAN INTERNATIONAL, LLC, PULCRA CHEMICALS, LLC, MOUNT VERNON MILLS, INC., TOWN OF TRION, GEORGIA, RYAN DEJUAN JARRETT, E.I. DUPONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY, | ) ) **TRIAL BY JURY REQUESTED** ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CITY OF SUMMERVILLE'S RESPONSE TO DUPONT & CHEMOURS' MOTION TO STRIKE

COMES NOW, the Intervenor-Plaintiff in this case, the City of Summerville, Georgia ("Summerville"), and responds to E.I. DuPont de Nemours and Company and The Chemours Company's ("DuPont and Chemours" or "Defendants") Motion

1

to Strike City of Summerville's Joinder and Proposed Amended Complaint as to Dupont and Chemours [Doc. 339] as follows:

### Argument

1. The Local Rule 15 of the Northern District of Georgia state that "where reproduction of the entire pleading as amended would be unduly burdensome, parties filing or moving to file an amendment to a pleading shall be permitted to incorporate relevant provision of prior pleadings by reference." LR. 15.1 NDGa.

2. Summerville's initial Complaint in Intervention [Doc. 137] was 42 pages long. While no Northern District of Georgia case has defined "unduly burdensome" in this context, only pleadings significantly shorter have been considered not unduly burdensome. *See Buck v. Kroger Mgmt. – NMTC Athens I, LLC*, No. 1:21-CV-0734-CAP, 2021 WL 2471485, *2 (N.D. Ga. May 14, 2021) (ten-page pleading not unduly burdensome); *Doty Commc'ns., Inc. v. L.M. Berry & Co.*, No. 1:04-CV-361-CAP, 2005 WL 8154446, at *2 (N.D. Ga. Feb. 9, 2005) (thirteen-page pleading not unduly burdensome).[1]

3. Here, in an attempt to avoid over-papering the docket, and because Summerville believed it unduly burdensome to create a mostly redundant amended

---

[1] In *Buck* and *Doty Communications, Inc.*, the plaintiffs were allowed to amend their pleading even though their previous amendments by reference were rejected.

complaint, it used Local Rule 15 to join Plaintiff Parris's Amended Complaint [Doc. 280]. Summerville's Joiner in Plaintiff's Second Amened Complaint [Doc. 281] clearly stated that Summerville was incorporating by reference the Defendants, and the new allegations against them by Plaintiff Parris, into Summerville's Complaint in Intervention. Defendants were on notice that Summerville was adding them as a party to the Complaint in Intervention.

    4.    The Eleventh Circuit has upheld the use of Local Rule 15 to incorporate by reference new matters into a pleading. *See N. Ga. Elec. Membership Corp. v. City of Calhoun*, 989 F.2d 429, 432 (11th Cir. 1993) (evaluating Local Rule 200-2, a predecessor to LR 15 NDGa.). In *City of Calhoun*, the defendant filed a motion to amend its answer to include the defense of collateral estoppel, but never formally filed a new answer. *Id*. at 431. The court held that including the defense in a motion suffices to put the plaintiff and court on notice that the defendant was pleading it by reference. *Id*. at 432.

    5.    To ensure that Summerville's Amended Complaint in Intervention it is properly before the Court, Summerville will be filing a motion for leave to file it.[2]

---

[2] If Summerville is denied leave to amended it Complaint in Intervention, it will file a new lawsuit against the Defendants stating the same claims. Summerville's claims against the Defendants should be allowed in this case in the interest of judicial economy.

## CONCLUSION

Neither Summerville's Joinder in Plaintiff's Second Amended Complaint [Doc. 281], nor its Proposed Amended Complaint in Intervention [Doc. 301-1], should be struck because Summerville complied with Local Rule 15 and incorporated prior pleadings by reference.

Respectfully submitted this the 15th day of February, 2023.

                                            **BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS LLP**

| | |
|---|---|
| Post Office Box 5007 | */s/ J. Anderson Davis* |
| Rome, GA 30162-5007 | J. ANDERSON DAVIS |
| Phone: (706) 291-8853 | Georgia Bar No. 211077 |
| Fax:      (706) 234-3574 | |

                                            **FRIEDMAN, DAZZIO & ZULANAS, P.C.**

| | |
|---|---|
| 3800 Corporate Woods Drive | */s/ Jeffrey E. Friedman* |
| Birmingham, AL 35242 | JEFFREY E. FRIEDMAN |
| Phone: (205) 278-7000 | LEE T. PATTERSON |
| Fax:      (205) 278-7001 | *Admitted Pro Hac Vice* |

*Attorneys for City of Summerville, Georgia*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing ***City of Summerville's Response to DuPont & Chemours' Motion to Strike*** has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record on this 15th day of February, 2023.

Gary A. Davis
Keith A. Johnston
DAVIS & WHITLOCK, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
gadavis@enviroattorney.com
kjohnston@enviroattorney.com
**Attorneys for Plaintiffs**

Thomas Causby
LAW OFFICE OF THOMAS CAUSBY
P.O. Box 488
The Landmark Building, 5th Floor
Dalton, GA 30722
tomcausby3@gmail.com
**Attorneys for Plaintiffs**

Robert B. Remar
Monica Perdomo Witte
Sterling Gardner Culpepper, III
Emma Harriett Cramer
William Coleman McFerren
SMITH GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
rremar@sgrlaw.com
mwitte@sgrlaw.com

gculpepper@sgrlaw.com
ecramer@sgrlaw.com
cmcferren@sgrlaw.com
**Attorneys for 3M Company**

Mark Christian King
Harlan Irby Prater, IV
W. Larkin Radney, IV
Benjamin Phillip Harmon
Jackson R. Sharman, III
Tatum L. Jackson
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com
bharmon@lightfootlaw.com
jsharman@lfwlaw.com
tjackson@lightfootlaw.com
**Attorneys for 3M Company**

Christopher L. Yeilding
BALCH & BINGHAM - BIRMINGHAM
1901 Sixth Ave. N., Ste 1500
Birmingham, AL 35203-4642
cyeilding@balch.com
**Attorney for Daikin America, Inc.**

James L. Hollis
BALCH & BINGHAM
30 Ivan Allen Jr., Blvd NW
Suite 700
Atlanta, GA 30308
jhollis@balch.com
**Attorney for Daikin America, Inc.**

James Robert Saywell
JONES DAY – Cleveland
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
jsaywell@jonesday.com
**Attorneys for Daikin America, Inc.**

Theodore M. Grossman
JONES DAY – NY
250 Vesey Street
New York, NY 10281
tgrossman@jonesday.com
**Attorney for Daikin America, Inc.**

Jeffrey Kaplan, Jr.
Richard H. Deane, Jr.
JONES DAY – ATLANTA
1221 Peachtree Street, NE
Suite 400
Atlanta, GA 30361
jkaplan@jonesday.com
rhdeane@jonesday.com
**Attorneys for Daikin America, Inc.**

Benjamin E. Fox
Laurie Ann Taylor
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
fox@bmelaw.com
ltaylor@bmelaw.com
**Attorney for Huntsman International, LLC**

Insiya F. Aziz
Jean C. Frizzell
Solace Kirkland Southwick

Zach Burford
REYNOLDS FRIZZELL LLP
1100 Louisiana Street
Suite 3500
Houston, TX 77002
iaziz@reynoldsfrizzell.com
jfrizzell@reynoldsfrizzell.com
ssouthwick@reynoldsfrizzell.com
zburford@reynoldsfrizzell.com
**Attorneys for Huntsman International, LLC**

Christopher Max Zygmont
Robert Douglas Mowrey
E. Peyton Nunez
KAZMAREK, MOWREY, CLOUD, LASETER, LLP
Promenade, Suite 900
1230 Peachtree St., N.E.
Atlanta, GA 30309
mzygmont@kmcllaw.com
bmowrey@alston.com
pnunez@kmcllaw.com
**Attorneys for Pulcra Chemicals, LLC**

William Middleton Droze
Thomas Matthew Bailey
Kadeisha West
TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
william.droze@troutmansanders.com
matt.bailey@troutmansanders.com
kadeisha.west@troutman.com
**Attorney for Mount Vernon Mills, Inc.**

Ann Marie Alexander
Kimberly Council Sheridan
Erich P. Nathe
Katie S. Lonze
GORDON, REES, SCULLY, MANSUKHANI, LLP-IL
1 North Franklin Street
Chicago, IL 60606
aalexander@grsm.com
ksheridan@gordonrees.com
enathe@grsm.com
klonze@grsm.com
**Attorneys for Town of Trion, Georgia**

Craig K. Pendergrast
CONTINUUM LEGAL GROUP, LLP
5605 Glenridge Drive, Suite 600
Atlanta, GA 30342
cpendergrast@continuumlg.com
**Attorney for Ryan Dejuan Jarrett**

Daniel H Weigel
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
dweigel@taylorenglish.com
**Attorney for Ryan Dejuan Jarrett**

John Mann Johnson
Lana A. Olson
Mary Parrish McCracken
Meghan Salvati Cole
Robert Ashby Pate
LIGHTFOOT FRANKLIN & WHITE, LLC – AL
400 20th Street North
Birmingham, AL 35203
jjohnson@lightfootlaw.com
lolson@lightfottlaw.com
mmccracken@lightfootlaw.com

mcole@lightfootlaw.com
apate@lightfootlaw.com
**Attorneys for E.I. DuPont de Nemours and Company and The Chemours Company**

Blair Joseph Cash
MOSELY MARCINAK LAW GROUP, LLC
P.O. Box 1688
Kennesaw, GA 30156
blair.cash@momarlaw.com
**Attorney for E.I. DuPont de Nemours and Company and The Chemours Company**

|  |  |
|---|---|
|  | **BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS LLP** |
| Post Office Box 5007<br>Rome, GA 30162-5007<br>Phone: (706) 291-8853<br>Fax:    (706) 234-3574 | <u>*/s/ J. Anderson Davis*</u><br>J. ANDERSON DAVIS<br>Georgia Bar No. 211077<br><br>*Attorney for City of Summerville, Georgia* |

1107114.1