IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., Individually, and on Behalf of a Class of Persons Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| City of SUMMERVILLE, GEORGIA, | ) ) ) |
| Intervenor-Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:21-cv-00040-TWT ) |
| 3M COMPANY, DAIKIN AMERICA, INC., HUNTSMAN INTERNATIONAL, LLC, PULCRA CHEMICALS, LLC, MOUNT VERNON MILLS, INC., TOWN OF TRION, GEORGIA, RYAN DEJUAN JARRETT, E.I. DUPONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY, | ) **TRIAL BY JURY REQUESTED** ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## CONSENTED TO
## CITY OF SUMMERVILLE'S
## MOTION FOR LEAVE TO REFILE ITS
## AMENDED COMPLAINT IN INTERVENTION

Pursuant to Federal Rules of Civil Procedure 15 and 16, Intervenor-Plaintiff

the City of Summerville, Georgia ("Summerville") respectfully moves the Court for

1

leave to refile its Amended Complaint, and files this its Motion for Leave to Refile its Amended Complaint in Intervention ("Motion for Leave"). Summerville shows as follows:

1. This lawsuit was initiated by Plaintiff Earl Parris, Jr. against 3M Company, Daikin America, Inc., Huntsman International, LLC, Pulcra Chemicals, LLC, Mount Vernon Mills, Inc., Town of Trion, Georgia, and Ryan Dejuan Jarrett. (Compl. (Doc. 1).) Later, Summerville intervened and filed its Complaint in Intervention, (doc. 137).

2. The Court's Scheduling Order, (doc. 187), set a deadline of November 21, 2022, for parties to amend pleadings and add parties. On November 21, 2022, Plaintiff filed his Second Amended Individual and Class Action Complaint (the "Second Amended Complaint"), (doc. 280). The Second Amended Complaint added E.I. DuPont de Nemours and Company and The Chemours Company ("DuPont and Chemours") as defendants and stated additional allegations against the other Defendants. *Id*.

3. Also on November 21, Summerville filed its Joiner in Plaintiff's Second Amended Complaint ("Summerville's Joinder"), (doc. 281). Summerville's Joinder stated that it was, pursuant to Local Rule 15.1, adding DuPont and Chemours as new parties and adopting and incorporating

relevant provisions Plaintiff's Second Amended Complaint into its Complaint in Intervention. *Id*.

4. Defendants Daikin America, Inc. ("Daikin") and Mount Vernon Mills, Inc. ("Mount Vernon") responded to Summerville's Joiner as if it were a pleading. *See* Daikin's Answer to Second Amended Complaint and Joinder (Doc. 292); Response of Defendant Mount Vernon to Summerville's Joinder (Doc. 293).

5. Defendant 3M Company ("3M") filed a Motion for More Definite Statement, (doc. 294), on December 5, 2022. On January 6, 2023, Summerville filed its Response to 3M's Motion for More Definite Statement, (doc. 301), and attached its Amended Complaint in Intervention, (doc. 301-1).

6. 3M withdrew its Motion for More Definite Statement, (doc. 322) on January 27, 2023.

7. DuPont and Chemours filed a Motion to Strike Summerville's Joinder and the Amended Complaint in Intervention ("Motion to Strike"), (doc. 339), on February 7, 2023.

8. After discussions between counsel for Dupont and Chemours and Summerville, DuPont and Chemours agreed to withdraw its Motion to

Strike and consented to Summerville refiling the Amended Complaint in Intervention.

9. The Motion to Strike prompted Summerville to contemporaneously file a response to that motion, this Motion for Leave, and DuPont and Chemous's Consent for City of Summerville to Re-file Its Amended Complaint.

WHEREFORE, the City of Summerville respectfully moves the Court to exercise its discretion, and allow the City of Summerville to re-file its Amended Complaint, and to deny the DuPont and Chemours Motion to Strike as moot.

This 15th day of February, 2023.

**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS LLP**

Post Office Box 5007
Rome, GA 30162-5007
Phone: (706) 291-8853
Fax: (706) 234-3574

*/s/ J. Anderson Davis*
J. ANDERSON DAVIS
Georgia Bar No. 211077

**FRIEDMAN, DAZZIO & ZULANAS, P.C.**

3800 Corporate Woods Drive
Birmingham, AL 35242
Phone: (205) 278-7000
Fax: (205) 278-7001

*/s/ Jeffrey E. Friedman*
JEFFREY E. FRIEDMAN
LEE T. PATTERSON
*Admitted Pro Hac Vice*

*Attorneys for City of Summerville, Georgia*

## CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Consented to City of Summerville's Motion for Leave to Refile its Amended Complaint in Intervention* has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record on this 15th day of February, 2023.

Gary A. Davis
Keith A. Johnston
DAVIS & WHITLOCK, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
gadavis@enviroattorney.com
kjohnston@enviroattorney.com
**Attorneys for Plaintiffs**

Thomas Causby
LAW OFFICE OF THOMAS CAUSBY
P.O. Box 488
The Landmark Building, 5th Floor
Dalton, GA 30722
tomcausby3@gmail.com
**Attorneys for Plaintiffs**

Robert B. Remar
Monica Perdomo Witte
Sterling Gardner Culpepper, III
Emma Harriett Cramer
William Coleman McFerren
SMITH GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
rremar@sgrlaw.com
mwitte@sgrlaw.com

gculpepper@sgrlaw.com
ecramer@sgrlaw.com
cmcferren@sgrlaw.com
**Attorneys for 3M Company**

Mark Christian King
Harlan Irby Prater, IV
W. Larkin Radney, IV
Benjamin Phillip Harmon
Jackson R. Sharman, III
Tatum L. Jackson
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com
bharmon@lightfootlaw.com
jsharman@lfwlaw.com
tjackson@lightfootlaw.com
**Attorneys for 3M Company**

Christopher L. Yeilding
BALCH & BINGHAM - BIRMINGHAM
1901 Sixth Ave. N., Ste 1500
Birmingham, AL 35203-4642
cyeilding@balch.com
**Attorney for Daikin America, Inc.**

James L. Hollis
BALCH & BINGHAM
30 Ivan Allen Jr., Blvd NW
Suite 700
Atlanta, GA 30308
jhollis@balch.com
**Attorney for Daikin America, Inc.**

7

James Robert Saywell
JONES DAY – Cleveland
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
jsaywell@jonesday.com
**Attorneys for Daikin America, Inc.**

Theodore M. Grossman
JONES DAY – NY
250 Vesey Street
New York, NY 10281
tgrossman@jonesday.com
**Attorney for Daikin America, Inc.**

Jeffrey Kaplan, Jr.
Richard H. Deane, Jr.
JONES DAY – ATLANTA
1221 Peachtree Street, NE
Suite 400
Atlanta, GA 30361
jkaplan@jonesday.com
rhdeane@jonesday.com
**Attorneys for Daikin America, Inc.**

Benjamin E. Fox
Laurie Ann Taylor
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
fox@bmelaw.com
ltaylor@bmelaw.com
**Attorney for Huntsman International, LLC**

Insiya F. Aziz
Jean C. Frizzell
Solace Kirkland Southwick

Zach Burford
REYNOLDS FRIZZELL LLP
1100 Louisiana Street
Suite 3500
Houston, TX 77002
iaziz@reynoldsfrizzell.com
jfrizzell@reynoldsfrizzell.com
ssouthwick@reynoldsfrizzell.com
zburford@reynoldsfrizzell.com
**Attorneys for Huntsman International, LLC**

Christopher Max Zygmont
Robert Douglas Mowrey
E. Peyton Nunez
KAZMAREK, MOWREY, CLOUD, LASETER, LLP
Promenade, Suite 900
1230 Peachtree St., N.E.
Atlanta, GA 30309
mzygmont@kmcllaw.com
bmowrey@alston.com
pnunez@kmcllaw.com
**Attorneys for Pulcra Chemicals, LLC**

William Middleton Droze
Thomas Matthew Bailey
Kadeisha West
TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
william.droze@troutmansanders.com
matt.bailey@troutmansanders.com
kadeisha.west@troutman.com
**Attorney for Mount Vernon Mills, Inc.**

Ann Marie Alexander
Kimberly Council Sheridan
Erich P. Nathe
Katie S. Lonze
GORDON, REES, SCULLY, MANSUKHANI, LLP-IL
1 North Franklin Street
Chicago, IL 60606
aalexander@grsm.com
ksheridan@gordonrees.com
enathe@grsm.com
klonze@grsm.com
**Attorneys for Town of Trion, Georgia**

Craig K. Pendergrast
CONTINUUM LEGAL GROUP, LLP
5605 Glenridge Drive, Suite 600
Atlanta, GA 30342
cpendergrast@continuumlg.com
**Attorney for Ryan Dejuan Jarrett**

Daniel H Weigel
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
dweigel@taylorenglish.com
**Attorney for Ryan Dejuan Jarrett**

John Mann Johnson
Lana A. Olson
Mary Parrish McCracken
Meghan Salvati Cole
Robert Ashby Pate
LIGHTFOOT FRANKLIN & WHITE, LLC – AL
400 20th Street North
Birmingham, AL 35203
jjohnson@lightfootlaw.com
lolson@lightfottlaw.com
mmccracken@lightfootlaw.com

10

mcole@lightfootlaw.com
apate@lightfootlaw.com
**Attorneys for E.I. DuPont de Nemours and Company and The Chemours Company**

Blair Joseph Cash
MOSELY MARCINAK LAW GROUP, LLC
P.O. Box 1688
Kennesaw, GA 30156
blair.cash@momarlaw.com
**Attorney for E.I. DuPont de Nemours and Company and The Chemours Company**

Post Office Box 5007
Rome, GA 30162-5007
Phone: (706) 291-8853
Fax:    (706) 234-3574

**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS LLP**

*/s/ J. Anderson Davis*
J. ANDERSON DAVIS
Georgia Bar No. 211077

*Attorney for City of Summerville, Georgia*

11