IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated, <br><br> *Plaintiff*, <br><br> vs <br><br> 3M COMPANY, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:21-cv-00040-TWT |

## ORDER GRANTING MOUNT VERNON'S CONSENT MOTION FOR EXTENSION OF TIME

Having considered Mount Vernon Mills, Inc.'s ("Mount Vernon") Consent Motion for Extension of Time to Respond Plaintiff Earl Parris Jr. and Intervenor-Plaintiff City of Summerville's (collectively, "Plaintiffs") Joint Motion to Compel, and finding that Plaintiffs consent to the extension sought:

1. Mount Vernon's Consent Motion for Extension of Time to Respond to Plaintiffs Joint Motion to Compel is **GRANTED**; and

2. The time for Mount Vernon to respond to Plaintiffs Joint Motion to Compel is extended up to and including February 23, 2023.

SIGNED and ENTERED this  16th  day of   February   2023.

*[signature: Thomas W. Thrash]*
The Honorable Thomas W. Thrash Jr.
Judge, United States District Court
Northern District of Georgia