IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| EARL PARRIS, JR., Individually, and on Behalf of a Class of Persons Similarly Situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| CITY OF SUMMERVILLE, GEORGIA, | ) ) | |
| | ) | |
| Intervenor-Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:21-cv-00040-TWT |
| | ) | |
| 3M COMPANY, DAIKIN AMERICA, INC., HUNTSMAN INTERNATIONAL, LLC, PULCRA CHEMICALS, LLC, MOUNT VERNON MILLS, INC., TOWN OF TRION, GEORGIA, RYAN DEJUAN JARRETT, E.I. DUPONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | **TRIAL BY JURY REQUESTED** |
| | ) | |
| Defendants. | ) | |

## CITY OF SUMMERVILLE, DUPONT AND CHEMOURS' CONSENT FOR CITY OF SUMMERVILLE TO REFILE ITS AMENDED COMPLAINT AND WITHDRAWAL OF MOTION TO STRIKE AND EXTENSION TO COMPLETE DISCOVERY

The City of Summerville, Georgia ("Summerville"), and E.I. DuPont de

Nemours and Company and The Chemours Company's ("DuPont and Chemours")

1

hereby consent to the City of Summerville re-filing its Amended Complaint, and DuPont and Chemours hereby withdraws its Motion to Strike Summerville Notice of Joinder and Proposed Amended Complaint [Doc. 339].  Summerville has filed a Motion for Leave to Refile its Amended Complaint, and DuPont and Chemours have consented to the Motion for Leave.

THEREFORE it is hereby Ordered that the City of Summerville may refile tis Amended Complaint, and shall serve DuPont and Chemours with Summons and Amended Complaint.; that DuPont and Chemours' Motion to Strike is withdrawn, and hereby moot and denied; and that because DuPont and Chemours have been added as defendants the time to complete discovery shall be extended 180 days from the original discovery period, which will now be extended through and including November 23, 2023.

Huntsman International, LLC, Daikin America, Inc., and 3M Company having filed Answers to the Summerville Amended Complaint do not need to refile their Answers, and the Answers shall be deemed filed in response to the re-filed Amended Complaint [Doc. 296, 325, 311]. In addition, Pulcra Chemicals, LLC,  the Town of Trion and Mount Vernon Mills, Inc. may incorporate their defenses and responses to the Parris Amended Complaint and will not have to file an Answer to the Summerville Amended Complaint [Doc. 289, 290, 291].

Because DuPont and Chemours have been added as defendants, the time to complete discovery shall be extended 180 days from the original discovery period, which will now be extended through and including November 23. 2023, with all subsequent case deadlines calculated from that date. [Doc. 187, Exhibit 1].

IT IS SO ORDERED this 16th day of February, 2023.

THOMAS W. THRASH, District Judge
United States District Court
Northern District of Georgia

# Exhibit 1

## Doc. 187 – Scheduling Order

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

EARL PARRIS, JR.,

        Plaintiff,

v.

3M COMPANY, et al,

        Defendants.

CIVIL ACTION NO.
4:21-cv-040-TWT

## SCHEDULING ORDER

The above-entitled action is presently before the Court pursuant to the filing of the parties' Joint Preliminary Report and Discovery Plan [Doc. 180].   The Court has reviewed and approves the parties' Joint Preliminary Report and Discovery Plan. In the report, the parties have indicated the need for additional time beyond the assigned discovery track to complete discovery. Should there be a further extension of time of the discovery deadline, the deadlines for motions for summary judgment and filing of the Consolidated Pretrial Order shall be adjusted accordingly. Accordingly,

IT IS HEREBY ORDERED that the request for an extension of the discovery deadline in this case is GRANTED, and the discovery deadline in this case is outlined in the attached Exhibit A.   Permission to amend the pleadings must be obtained by the Court prior to filing. The parties may not evade the page limitations

of Local Rule 7.1(D) by filing multiple Motions for Summary Judgment after the close of the discovery period.

IT IS FURTHER ORDERED that the parties are directed to adhere to the deadlines outlined in Exhibit A.  Any motions requesting extensions of time must be made prior to the existing deadline and will be granted <u>only</u> in exceptional cases where the circumstances on which the request is based did not exist or the attorney(s) could not have anticipated that such circumstances would arise at the time the Preliminary Planning Report was filed.  Failure to comply with this order, may result in the imposition of sanctions, including the dismissal of this action.

Within 14 days from the entry of this Order, counsel for the parties are directed to confer and determine whether any party will likely be requested to disclose or produce substantial information from electronic or computer-based media.  If so, the parties are directed to determine: (a) whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business; (b) the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business; (c) the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production; (d) whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;

2

and (e) whether there are other problems which the parties anticipate that may arise in connection with electronic or computer-based discovery.   Counsel are directed to the American Bar Association Section of Litigation Civil Discovery Standards § 29 (August 1999) (available upon request from the Court) for guidance.   Any agreements as to the foregoing shall be set forth in a written agreement or consent order.   If there are substantial disagreements, a discovery conference with the Court should be requested.

Counsel are directed to comply with the Federal Bar Association's Standards for Civility in Professional Conduct (1998) (available from the FBA web site or upon request from the Court). In the conduct of depositions, counsel are ordered to comply with Federal Rule of Civil Procedure 30(c)(2) ("An objection must be stated concisely in a nonargumentative and nonsuggestive manner. A person may instruct a deponent not to answer only when necessary to preserve a privilege, to enforce a limitation ordered by the court, or to present a motion under Rule 30(d)(3)."); and may be sanctioned for obstructionist tactics pursuant to Rule 30(d)(2)("The court may impose an appropriate sanction—including the reasonable expenses and attorney's fees incurred by any party—on a person who impedes, delays, or frustrates the fair examination of the deponent.").

Parties wishing any document filed as part of the record **under seal** must first present a motion and/or consent order regarding said document to the Court.   The

3

Clerk of Court is not authorized to accept for filing any document designated as sealed without an order from the Court approving specific documents to be filed under seal.

SO ORDERED, this 24th day of May, 2022.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated, | ) ) ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| | ) |
| CITY OF SUMMERVILLE, GEORGIA, | ) ) |
| *Intervenor-Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| 3M COMPANY, et al., | ) |
| | ) |
| *Defendants*. | ) |

Civil Action No.
4:21-cv-40-TWT

## SCHEDULING ORDER

| | EVENT | DEADLINE |
|---|---|---|
| 1. | Initial Disclosures | May 23, 2022. |
| 2. | Beginning of Fact Discovery Period (including discovery regarding class certification) | May 23, 2022. |
| 3. | Amended Pleadings to Add Parties as of Right | Any amended pleadings to add additional parties as of right to be filed within 180 days of entry of this Order. |
| 4. | Parties to confer and submit Proposed Briefing Order (or competing proposals if no agreement) regarding the number of briefs, page limitations, and related issues for Class Certification, Summary Judgment, and Daubert Motions | 120 days after fact discovery begins. |



| 5. | Fact Discovery Closes | 360 days after fact discovery begins. |
|---|---|---|
| 6. | Plaintiffs' Expert Disclosures (Class Certification and Merits)[1] | 60 days after fact discovery closes. |
| 7 | Plaintiff's Class Certification Motion | 30 days after Plaintiffs' Expert Disclosures |
| 8. | Depositions of Plaintiffs' Experts | 30 days after Plaintiff's Class Certification Motion |
| 9. | Defendants' Expert Disclosures (Class Certification and Merits) | Within 30 days of deadline for Depositions of Plaintiffs' Experts |
| 10. | Defendants' Response to Plaintiff's Class Certification Motion | 30 days after Defendants' Expert Disclosures |
| 11. | Depositions of Defendants' Experts | 30 days after Defendants' Response to Plaintiff's Class Certification Motion |
| 12. | Rebuttal Experts | Within 30 days of the date for completion of Depositions of Defendants' Experts, any party may serve Rebuttal Expert Reports to address expert opinions disclosed for the first time after that party's |

---

[1] For all deadlines contained herein, "Plaintiff" shall pertain to Plaintiff Earl Parris, Jr. and Intervenor-Plaintiff City of Summerville, Georgia, except those deadlines pertaining to class certification, which shall pertain only to Plaintiff Earl Parris, Jr.

| | | Expert Reports were served. Depositions of Rebuttal Experts, if any, to be completed within 30 days of service of Rebuttal Expert Reports. |
|---|---|---|
| 13. | Plaintiff's Reply in Support of Class Certification Motion | Within 30 days of deadline for Depositions of Rebuttal Experts |
| 14. | Motions for Summary Judgment/Daubert Motions | 120 days after Plaintiff's Reply in Support of Class Certification |
| 15. | Responses to Motions for Summary Judgment/Daubert Motions | Within 30 days of Motions for Summary Judgment/Daubert Motions |
| 16. | Replies in Support of Motions of Summary Judgment/Daubert Motions | Within 30 days of Responses to Motions for Summary Judgment/Daubert Motions |
| 17. | Trial Date | TBD |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing ***City of Summerville, DuPont, and Chemours' Consent for City of Summerville to Refile its Amended Complaint and Withdrawal of Motion to Strike and Extension to Complete Discovery*** has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record on this 15th day of February, 2023.

Gary A. Davis
Keith A. Johnston
DAVIS & WHITLOCK, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
gadavis@enviroattorney.com
kjohnston@enviroattorney.com
**Attorneys for Plaintiffs**

Thomas Causby
LAW OFFICE OF THOMAS CAUSBY
P.O. Box 488
The Landmark Building, 5th Floor
Dalton, GA 30722
tomcausby3@gmail.com
**Attorneys for Plaintiffs**

Robert B. Remar
Monica Perdomo Witte
Sterling Gardner Culpepper, III
Emma Harriett Cramer
William Coleman McFerren
SMITH GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000

Atlanta, GA 30309
rremar@sgrlaw.com
mwitte@sgrlaw.com
gculpepper@sgrlaw.com
ecramer@sgrlaw.com
cmcferren@sgrlaw.com
**Attorneys for 3M Company**

Mark Christian King
Harlan Irby Prater, IV
W. Larkin Radney, IV
Benjamin Phillip Harmon
Jackson R. Sharman, III
Tatum L. Jackson
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com
bharmon@lightfootlaw.com
jsharman@lfwlaw.com
tjackson@lightfootlaw.com
**Attorneys for 3M Company**

Christopher L. Yeilding
BALCH & BINGHAM - BIRMINGHAM
1901 Sixth Ave. N., Ste 1500
Birmingham, AL 35203-4642
cyeilding@balch.com
**Attorney for Daikin America, Inc.**

James L. Hollis
BALCH & BINGHAM
30 Ivan Allen Jr., Blvd NW
Suite 700
Atlanta, GA 30308

jhollis@balch.com
**Attorney for Daikin America, Inc.**

James Robert Saywell
JONES DAY – Cleveland
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
jsaywell@jonesday.com
**Attorneys for Daikin America, Inc.**

Theodore M. Grossman
JONES DAY – NY
250 Vesey Street
New York, NY 10281
tgrossman@jonesday.com
**Attorney for Daikin America, Inc.**

Jeffrey Kaplan, Jr.
Richard H. Deane, Jr.
JONES DAY – ATLANTA
1221 Peachtree Street, NE
Suite 400
Atlanta, GA 30361
jkaplan@jonesday.com
rhdeane@jonesday.com
**Attorneys for Daikin America, Inc.**

Benjamin E. Fox
Laurie Ann Taylor
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
fox@bmelaw.com
ltaylor@bmelaw.com
**Attorney for Huntsman International, LLC**

10

Insiya F. Aziz
Jean C. Frizzell
Solace Kirkland Southwick
Zach Burford
REYNOLDS FRIZZELL LLP
1100 Louisiana Street
Suite 3500
Houston, TX 77002
iaziz@reynoldsfrizzell.com
jfrizzell@reynoldsfrizzell.com
ssouthwick@reynoldsfrizzell.com
zburford@reynoldsfrizzell.com
**Attorneys for Huntsman International, LLC**

Christopher Max Zygmont
Robert Douglas Mowrey
E. Peyton Nunez
KAZMAREK, MOWREY, CLOUD, LASETER, LLP
Promenade, Suite 900
1230 Peachtree St., N.E.
Atlanta, GA 30309
mzygmont@kmcllaw.com
bmowrey@alston.com
pnunez@kmcllaw.com
**Attorneys for Pulcra Chemicals, LLC**

William Middleton Droze
Thomas Matthew Bailey
Kadeisha West
TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
william.droze@troutmansanders.com
matt.bailey@troutmansanders.com
kadeisha.west@troutman.com
**Attorney for Mount Vernon Mills, Inc.**

11

Ann Marie Alexander
Kimberly Council Sheridan
Erich P. Nathe
Katie S. Lonze
GORDON, REES, SCULLY, MANSUKHANI, LLP-IL
1 North Franklin Street
Chicago, IL 60606
aalexander@grsm.com
ksheridan@gordonrees.com
enathe@grsm.com
klonze@grsm.com
**Attorneys for Town of Trion, Georgia**

Craig K. Pendergrast
CONTINUUM LEGAL GROUP, LLP
5605 Glenridge Drive, Suite 600
Atlanta, GA 30342
cpendergrast@continuumlg.com
**Attorney for Ryan Dejuan Jarrett**

Daniel H Weigel
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
dweigel@taylorenglish.com
**Attorney for Ryan Dejuan Jarrett**

John Mann Johnson
Lana A. Olson
Mary Parrish McCracken
Meghan Salvati Cole
Robert Ashby Pate
LIGHTFOOT FRANKLIN & WHITE, LLC – AL
400 20th Street North
Birmingham, AL 35203
jjohnson@lightfootlaw.com
lolson@lightfottlaw.com
mmccracken@lightfootlaw.com

12

mcole@lightfootlaw.com
apate@lightfootlaw.com
**Attorneys for E.I. DuPont de Nemours and Company**
**and The Chemours Company**

Blair Joseph Cash
MOSELY MARCINAK LAW GROUP, LLC
P.O. Box 1688
Kennesaw, GA 30156
blair.cash@momarlaw.com
**Attorney for E.I. DuPont de Nemours and Company**
**and The Chemours Company**

**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS LLP**

Post Office Box 5007        */s/ J. Anderson Davis*
Rome, GA 30162-5007      J. ANDERSON DAVIS
Phone: (706) 291-8853      Georgia Bar No. 211077
Fax:    (706) 234-3574

*Attorney for City of Summerville, Georgia*

11071531.1

13