AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-00040-TWT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* E.I. Dupont de Nemours and Company
was received by me on *(date)* 2-20-23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* C.T. Corporation , who is designated by law to accept service of process on behalf of *(name of organization)* E.I Dupont de Nemours and Company on *(date)* 2-21-23 @ 2:10 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-21-23

*Server's signature*

Nan Winkelman Process Server
*Printed name and title*

PO Box 388 Rome GA 30162
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]