# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., Individually, and on Behalf of a Class of Persons Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| City of SUMMERVILLE, GEORGIA, ) ) ) | Case No.: 4:21-cv-00040-TWT |
| Intervenor-Plaintiff, ) ) | |
| v. ) ) | |
| 3M COMPANY, et al. ) ) | |
| Defendants. ) | |

## PULCRA CHEMICALS, LLC'S RESPONSE TO CITY OF SUMMERVILLE, GEORGIA'S AMENDED COMPLAINT IN INTERVENTION

In accordance with the Court's February 16, 2023 Order [ECF 349], Defendant Pulcra Chemicals, LLC, in response to the City of Summerville, Georgia's Amended Complaint in Intervention [ECF 351], hereby incorporates its defenses and responses to Plaintiff's Second Amended Individual and Class Action Complaint [ECF 290] as if fully restated herein and is not required to file an Answer.

*[Signatures continued on next page]*

Respectfully submitted this 28th day of February, 2023.

                                                   */s/ Robert D. Mowrey*
                                                   ROBERT D. MOWREY
                                                   GA Bar No. 527510
                                                   C. MAX ZYGMONT
                                                   GA Bar No. 567696
                                                   E. PEYTON NUNEZ
                                                   GA Bar No. 756017

                                                   KAZMAREK MOWREY CLOUD LASETER LLP
                                                   1230 Peachtree Street, NE
                                                   Suite 900
                                                   Atlanta, Georgia 30309
                                                   Telephone: (404) 812-0839
                                                   Email: bmowrey@kmcllaw.com
                                                                        mzygmont@kmcllaw.com
                                                                        pnunez@kmcllaw.com

                                                   ***Attorneys for Defendant Pulcra Chemicals, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 28th day of February, 2023, electronically filed the foregoing **PULCRA CHEMICALS, LLC'S RESPONSE TO CITY OF SUMMERVILLE, GEORGIA'S AMENDED COMPLAINT IN INTERVENTION** using the CM/ECF system which will automatically send email notification of such filing to all registered CM/ECF users.

/s/ E. Peyton Nunez
E. Peyton Nunez