IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 4:21-cv-00040-TWT |
| vs | ) ) ) | |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) | |

### MOUNT VERNON MILLS, INC.'S RESPONSE TO CITY OF SUMMERVILLE, GEORGIA'S AMENDED COMPLAINT IN INTERVENTION

In accordance with the Court's February 16, 2023 Order [ECF No. 349], Defendant Mount Vernon Mills, Inc. ("Mount Vernon") hereby responds[1] to the City of Summerville, Georgia's ("Summerville") Amended Complaint in Intervention [ECF No. 351] by incorporating its defenses and responses [ECF No. 291] to

---

[1] Summerville's Amended Complaint in Intervention affirms that Summerville is asserting no claims against Mount Vernon. As such, this Response is out of an abundance of caution and to avoid the argument that any defenses or responses were waived.

Plaintiff Earl Parris, Jr.'s Second Amended Complaint [ECF No. 280] as if fully restated herein.

This 1st day of March, 2023.

                                                                       */s/ William M. Droze*
                                                   WILLIAM M. DROZE
                                                   Georgia Bar No. 231039
                                                   T. MATTHEW BAILEY
                                                   Georgia Bar No. 194516
                                                   KADEISHA A. WEST
                                                   Georgia Bar No. 640699
                                                   Troutman Pepper Hamilton Sanders, LLP
                                                   600 Peachtree Street, N.E. Suite 3000
                                                   Atlanta, GA 30308
                                                   william.droze@troutman.com
                                                   matt.bailey@troutman.com
                                                   kadeisha.west@troutman.com
                                                   (404) 885-3000
                                                   *Attorneys for Defendant Mount Vernon Mills, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the within and foregoing MOUNT VERNON MILLS, INC.'S RESPONSE TO CITY OF SUMMERVILLE, GEORGIA'S AMENDED COMPLAINT IN INTERVENTION was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 1st day of March, 2022.

/s/ William M. Droze
William M. Droze
Georgia Bar No. 231039
william.droze@troutman.com

*Attorney for Defendant Mount Vernon Mills, Inc.*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Bank of America Plaza
600 Peachtree Street N.E.
Atlanta, GA 30308-2216
Telephone: 404-885-3000
Facsimile: 404-885-3900