# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

**4:21-cv-00040-TWT**
**Parris v. 3M Company et al**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 03/13/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 2:50 P.M. | |
| TIME COURT CONCLUDED: 2:50 P.M. | COURT REPORTER: Diane Peede |
| TIME IN COURT: 00:50 | DEPUTY CLERK: Jordyn Holder |
| OFFICE LOCATION: Rome | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Zach Burford representing Huntsman International, LLC
Thomas Causby representing Earl Parris
Emma Cramer representing 3M Company
Gary Davis representing Earl Parris
Jesse Davis representing City of Summerville, Georgia
William Droze representing Mount Vernon Mills, Inc.
Jonathan Dyal representing Daikin America, Inc.
Benjamin Fox representing Huntsman International, LLC
Robert Mowrey representing Pulcra Chemicals, LLC
Erich Nathe representing Town of Trion, Georgia
Robert Pate representing E.I. du Pont de Nemours and Company
Robert Pate representing The Chemours Company
Lee Patterson representing City of Summerville, Georgia
Robert Remar representing 3M Company |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [312]Motion for In Camera Review GRANTED
[328]Motion to Compel DENIED |
| MINUTE TEXT: | The Court heard arguments from the parties on Plaintiff's [312] Motion for In Camera Review and Plaintiff's [328] Motion to Compel. For the reasons stated on the record, the Court GRANTED the [312] Motion for In Camera Review and DENIED WITHOUT PREJUDICE the [328] Motion to Compel Discovery Responses for failure to comply with LR 37.1. The Court encouraged the parties to confer and attempt to resolve any pending |

                         discovery disputes. Written orders will follow.

HEARING STATUS:    Hearing Concluded