AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| EARL PARRIS, JR. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:21-cv-00040-TWT |
| 3M COMPANY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TOWN OF TRION, GEORGIA.

Date:   03/15/2023

/s/ Katherine P. Decker
*Attorney's signature*

Katherine P. Decker #835948
*Printed name and bar number*
Gordon Rees Scully Mansukhani LLP
One North Franklin, Suite 800
Chicago, IL 60606

*Address*

kdecker@grsm.com
*E-mail address*

(312) 796-2970
*Telephone number*

(312) 565-6511
*FAX number*