IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiff*,<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>*Intervenor-Plaintiff*,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>*Defendants*. | Civil Action No.<br>4:21-cv-00040-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Second Interrogatories and Second Request for Production of Documents to Defendant Huntsman International, LLC, were served via electronic mail to all parties of interest.

This the 20th day of June, 2023.

Respectfully Submitted,

*/s/ Gary A. Davis*
Gary A. Davis (*phv*)
Keith A. Johnston (*phv*)

        Davis Attorneys, P.C.
        21 Battery Park Avenue, Suite 206
        Asheville, NC 28801
        Telephone: (828) 622-0044
        Fax: 828-398-0435
        gadavis@enviroattorney.com
        kjohnston@enviroattorney.com

        Thomas Causby
        Ga. Bar # 968006
        101 E. Crawford St.
        Dalton, GA 30720
        tom@causbyfirm.com
        Phone: 706-226-0300
        Fax: 706-229-4363

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1(D), the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman point font, as mandated in Local Rule 5.1(C).

This the 20th day of June, 2023.

        */s/ Gary A. Davis*