IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>    *Plaintiff*,<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>    *Intervenor-Plaintiff,*<br><br>v.<br><br>3M COMPANY, et al.,<br><br>    *Defendants*. | Civil Action No.<br>4:21-cv-00040-TWT |

## **CERTIFICATE OF SERVICE**

I hereby certify that Plaintiff's Notice of Deposition of Defendant Mount Vernon Mills, Inc., and Ron Beegle, was served via electronic mail to all parties of interest.

This the 20th day of June, 2023.

                                              Respectfully Submitted,

                                              */s/ Gary A. Davis*
                                              Gary A. Davis (*phv*)
                                              Keith A. Johnston (*phv*)

Davis Attorneys, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622-0044
Fax: 828-398-0435
gadavis@enviroattorney.com
kjohnston@enviroattorney.com

Thomas Causby
Ga. Bar # 968006
101 E. Crawford St.
Dalton, GA 30720
tom@causbyfirm.com
Phone: 706-226-0300
Fax: 706-229-4363

*Attorneys for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1(D), the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman point font, as mandated in Local Rule 5.1(C).

This the 20th day of June, 2023.

*/s/ Gary A. Davis*