## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| **EARL PARRIS, JR.**, *et al.*,<br>Plaintiffs,<br><br>**CITY OF SUMMERVILLE,<br>GEORGIA**, Intervenor-Plaintiff,<br><br>v.<br><br>**3M COMPANY**, *et al.*,<br>Defendants. | **Civil Action No.: 4:21-cv-40-TWT** |

## DAIKIN AMERICA, INC.'S NOTICE OF DEPOSITION OF
## RON BEEGLE IN HIS INDIVIDUAL CAPACITY

PLEASE TAKE NOTICE that Defendant, Daikin America, Inc., will take the oral deposition of Ron Beegle in his individual capacity for all purposes under the Federal Rules of Civil Procedure, and record same by sound and/or stenographic means before an officer authorized to administer oaths at the law office of Troutman, Pepper, Hamilton, Sanders, LLP, 600 Peachtree Street NE, Suite 3000, Atlanta, Georgia 30308, on Friday, August 4, 2023 at 10:00 a.m. Eastern Standard Time.

This deposition will continue from day to day until completed. All parties and/or their respective counsel are invited to attend the deposition.

1

Dated:  July 19, 2023

/s/ Jonathan P. Dyal
Jonathan P. Dyal, Admitted PHV
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS  39501
(228) 864-9800
jdyal@balch.com

Christopher L. Yeilding, Admitted PHV
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
(205) 226-8728
cyeilding@balch.com

Theodore M. Grossman, Admitted PHV
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
tgrossman@jonesday.com

Jeffrey A. Kaplan, Jr., Georgia Bar No.
859280
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
(404) 581-8325
jkaplan@jonesday.com

James R. Saywell, Admitted PHV
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939
jsaywell@jonesday.com

2

## **CERTIFICATE UNDER L.R. 7.1.D.**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

*/s/ Jonathan P. Dyal*
*Admitted PHV*

3

23010352.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served all counsel of record with a copy of the foregoing DAIKIN AMERICA, INC.'S NOTICE OF DEPOSITION OF RON BEEGLE IN HIS INDIVIDUAL CAPACITY and with the Clerk of Court using the CM/ECF filing system.

This the 19th day of July, 2023.

*/s/ Jonathan P. Dyal*
*Admitted PHV*

23010352.1