IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a class of persons similarly situated,<br><br>  Plaintiff,<br><br>CITY OF SUMMERVILLE, GEORGIA<br><br>  Intervenor-Plaintiff<br><br>v.<br><br>3M COMPANY, et al.,<br><br>  Defendants. | Case No. 4:21-CV-00040-TWT<br><br>Hon. Thomas W. Thrash Jr. |

## **DEFENDANT DUPONT'S CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, I hereby certify that on August 7, 2023, I have served a true and correct copy of Defendants E.I. du Pont de Nemours and Company's Responses to Plaintiff's Interrogatories and Requests for Production of Documents and The Chemours Company's Responses to Plaintiff's Interrogatories and Requests for Production of Documents via electronic mail to all counsel of record in this matter.

*/s/ John M. Johnson*
John M. Johnson
Lana A. Olson
Robert Ashby Pate
Meghan S. Cole

1

Mary Parrish McCracken
**Lightfoot, Franklin & White, LLC**
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
jjohnson@lightfootlaw.com
lolson@lightfootlaw.com
apate@lightfootlaw.com
mcole@lightfootlaw.com
mmccracken@lightfootlaw.com

Blair Cash
Georgia Bar No. 360457
**Moseley Marcinak Law Group LLP**
P.O. Box 1688
Kennesaw, Georgia 30156
(470) 480-7258
blair.cash@momarlaw.com

*Attorneys for Defendants E.I. du Pont de Nemours and Company and The Chemours Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2023, I caused the foregoing to be served via electronic mail upon all counsel of record.

*/s/ John M. Johnson*
**Lightfoot, Franklin & White, LLC**
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
jjohnson@lightfootlaw.com

*Attorney for Defendants E.I. du Pont de Nemours and Company and The Chemours Company*
