IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated,<br><br>        *Plaintiff*,<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>        *Intervenor-Plaintiff*,<br><br>    v.<br><br>3M COMPANY, et al.,<br><br>        *Defendants*. | Civil Action No.<br>4:21-cv-00040-TWT |

**PLAINTIFF'S NOTICE OF INTENT TO SERVE REVISED SUBPOENA COMMANDING THE PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR TANGIBLE THINGS**

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff intends to serve the attached subpoena, with a revised address, commanding the production of documents, electronically stored information, or tangible things upon the following:

    National Council of Textile Organizations ("NCTO")
    c/o Robin L Haynes, Registered Agent
    1776 I Street NW Suite 900
    Washington, DC 20006

NCTO shall, by e-mail to Plaintiff's counsel 21 days after service, or at such other time and place agreed upon among the parties, produce all of the documents and things in its possession, custody, or control that are listed and described in Attachment A hereto. Such production will be for the purpose of inspection and copying, as desired.

This the 12th day of September, 2023.

                              Respectfully Submitted,

                              */s/ Keith A. Johnston*
                              Gary A. Davis (*phv*)
                              Keith A. Johnston (*phv*)
                              Davis Attorneys, P.C.
                              21 Battery Park Avenue, Suite 206
                              Asheville, NC 28801
                              Telephone: (828) 622-0044
                              Fax: 828-398-0435
                              gadavis@enviroattorney.com
                              kjohnston@enviroattorney.com

                              Thomas Causby
                              Ga. Bar # 968006
                              101 E. Crawford St.
                              Dalton, GA 30720
                              tom@causbyfirm.com
                              Phone: 706-226-0300
                              Fax: 706-229-4363

                              *Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Civil Local Rule 7.1(D), the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman point font, as mandated in Local Rule 5.1(C).

This the 12th day of September, 2023.

/s/ Keith A. Johnston

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system which will automatically e-mail all counsel of record.

This the 12th day of September, 2023.

/s/ Keith A. Johnston