**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| **EARL PARRIS, JR., Individually, and on Behalf of a Class of Persons Similarly Situated,** | |
| **Plaintiff,** | **Case No.: 4:21-cv-00040-TWT** |
| **City of SUMMERVILLE, GEORGIA,** | |
| **Intervenor-Plaintiff,** | |
| **v.** | |
| **3M COMPANY,** *et al.,* | |
| **Defendants.** | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH
HUNTSMAN INTERNATIONAL, LLC**

Plaintiff Class Representative Earl Parris, Jr., on behalf of himself and the proposed Class, has entered into a second Class Action Settlement Agreement ("Settlement Agreement") resolving all of the claims against Defendant Huntsman International, LLC ("Huntsman"). The settlement is similar to the first Settlement Agreement with Pulcra Chemicals, LLC, and is structured to provide common relief and benefit to all members of the proposed Class through an injunction that will support a fund administered by a Class Settlement Administrator for the provision of temporary drinking water to Class Members while the Summerville water system

is upgraded ("Temporary Drinking Water Fund"). The second Settlement Agreement leaves Class claims against the other remaining Defendants for further litigation with the exception of Mount Vernon Mills, Inc., and the Town of Trion, Georgia. A third Class Action Settlement Agreement has been entered among Plaintiff and these two Defendants jointly to further support the Temporary Drinking Water Fund.

Under Rule 23(e) of the Federal Rules of Civil Procedure, the settlement of the claims of the Class Representative and the Class is subject to the approval of the Court. In the interest of providing the Court a fuller context of the Settlement Agreement, the City of Summerville and Huntsman have also entered a conditional settlement of the City's claims against Huntsman, under which Huntsman would pay an agreed sum to the City to be applied toward upgrades to the City's water treatment systems. The settlement with the City is subject to this Class Action Settlement being approved and becoming final and effective.

Accordingly, pursuant to Rule 23, Plaintiff, with Huntsman's approval, moves the Court to enter an Order:

(a) granting preliminary approval of the proposed Settlement Agreement subject to a final fairness hearing;

(b) conditionally certifying the proposed Class under Rule 23(b)(2) of the Federal Rules of Civil Procedure for purposes of notice and the fairness hearing;

(c) approving the proposed notice to be sent to the Class Members affected by the Settlement; and

(d) setting a deadline for Class Members to file any objections to the Settlement and a date for a final hearing on the fairness, reasonableness, and adequacy of the Settlement Agreement under Rule 23(e).

This Motion is accompanied by: the executed Settlement Agreement (Exhibit 1); a proposed notice plan with the proposed notice to Class Members (Exhibit 2); and a proposed Order (Exhibit 3).

Respectfully submitted, this 28th day of February, 2025.

/s/ Gary A. Davis
Gary A. Davis (*phv*)
Davis, Johnston, & Ringger, PC
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622-0044
Fax: 828-398-0435
gadavis@enviroattorney.com

Thomas Causby
Ga. Bar # 968006
101 E. Crawford St.
Dalton, GA 30720
tom@causbyfirm.com
Phone: 706-226-0300
Fax: 706-229-4363

*Attorneys for Plaintiff Earl Parris, Jr., and the Proposed Settlement Class*

## CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Civil Local Rule 7.1(D), the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman point font, as mandated in Local Rule 5.1(C).

/s/ Gary A. Davis
Gary A. Davis
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 28th day of February 2025.

/s/ Gary A. Davis
Gary A. Davis
Attorney for Plaintiff