IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., Individually, And on Behalf of a Class of Persons Similarly Situated<br><br>*Plaintiff,*<br><br>CITY OF SUMMERVILLE, GEORGIA,<br><br>*Intervenor-Plaintiff,*<br><br>v.<br><br>3M COMPANY, *et al.,*<br><br>*Defendants.* | Civil Action No. 4:21-cv-00040-TWT |

**CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL**

COMES NOW, David L. Diab and pursuant to Rule 83.1(E) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, files this Certificate of Consent to withdraw as counsel for Ethan B. Hutchins and Russell H. Dooley in this action.

As evidenced by their signatures, Ethan B. Hutchins and Russell H. Dooley consent to the requested withdrawal of counsel and have been advised of the following: the United States District Court for the Northern District of Georgia retains jurisdiction over the action; they will continue to have an obligation to keep

1

the Court informed of where notices, pleadings, or other papers may be served; if a trial date has been set they will have the obligation to prepare for trial or hire counsel to prepare for trial; failure or refusal to satisfy court-related obligations could result in adverse consequences; the dates of any scheduled proceedings, including trial, and that these dates will not be affected by the withdrawal of counsel; notices may be served on them at their last known address.

Ethan B. Hutchins and Russell H. Dooley will continue to be represented by the undersigned counsel Christopher J. Bowers.

Respectfully submitted this <u>2nd</u> day of May, 2025.

_____
David L. Diab

_____
Ethan B. Hutchins

_____
Russell H. Dooley

_____
Christopher J. Bowers
Georgia Bar No. 071507

cbowers@staceyevanslaw.com

STACEY EVANS LAW
729 Piedmont Ave NE
Atlanta, GA 30308
(404) 850-6750 (phone)
(404) 850-6748 (fax)

Counsel for Ethan B. Hutchins
and Russell H. Dooley

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the within and foregoing Certificate of Consent to Withdraw as Counsel was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 2nd day of May 2025.

/s/ Christopher J. Bowers
Christopher J. Bowers
Georgia Bar No. 071507
cbowers@staceyevanslaw.com

STACEY EVANS LAW
729 Piedmont Ave NE
Atlanta, GA 30308
(404) 850-6750 (phone)
(404) 850-6748 (fax)

Counsel for Ethan B. Hutchins and Russell H. Dooley