**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| EARL PARRIS, JR., individually, and on behalf of a Class of persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| CITY OF SUMMERVILLE, GEORGIA, | ) ) ) | CIVIL ACTION FILE |
| | ) | NO. 4:21-cv-40-TWT |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| 3M COMPANY, ET AL., | ) ) | |
| Defendants. | ) | |

**CONSENT ORDER FOR  PARTIAL**
**DISMISSAL WITH PREJUDICE**

Upon consideration of Intervenor-Plaintiff's Consent Motion for Dismissal of Huntsman International, LLC With Prejudice, the Court Orders as follows:

1.     Intervenor-Plaintiff's Consent Motion is hereby GRANTED.

2.     Defendant Huntsman International, LLC is hereby dismissed from this action with prejudice.

SO ORDERED, this __29th__ day of ___July_____ 2025.

_____
The Honorable Thomas W. Thrash, Jr.
United States District Judge