IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EARL PARRIS, JR., Individually, and on Behalf of a Class of Persons Similarly Situated,<br><br>Plaintiff,<br><br>City of SUMMERVILLE, GEORGIA,<br><br>Intervenor Plaintiff,<br><br>v.<br><br>3M COMPANY, *et al*.<br><br>Defendants. | Case No.: 4:21-cv-00040-TWT |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Earl Parris, Jr. and Defendants Mount Vernon Mills, Inc. and the Town of Trion, Georgia ("MVM and Trion") (collectively "Parties") hereby move the Court to enter the Consent Decree filed herewith, and in support thereof state as follows:

On July 24, 2025, the Parties filed a Joint Notice of Lodging of Proposed Consent Decree [Doc. 1040] and a Proposed Consent Decree [Doc. 1040-1] in order to provide the Court with notice of the Parties' proposed settlement.

On July 25, 2025, Plaintiff served a copy of the Proposed Consent Decree to the Department of Justice ("USDOJ") and the Administrator of the United States Environmental Protection Agency ("USEPA").

On August 11, 2025, as required by 40 C.F.R. 135.5(b), Plaintiff filed a Notice of Service of Proposed Consent Decree [Doc. 1052], demonstrating service of the Proposed Consent Decree on both USDOJ and USEPA. As shown in Exhibit A thereto [Doc. 1052 -1], USDOJ determined that the 45-day review and comment period ends on September 8, 2025.

On September 5, 2025, USDOJ provided the letter attached hereto as Exhibit 1 to counsel for the Parties, confirming that the United States has no objection to the entry of the Consent Decree by this Court. To ensure that the government's position is on the public record, USDOJ asked that the attached letter be filed via ECF.

Now that USDOJ has completed its review of the Consent Decree, and has no objection to its entry, the Parties respectfully request that the Court enter the Consent Decree as expeditiously as possible.

Respectfully submitted.

/s/Keith A. Johnston
Keith A. Johnston (*phv*)
Gary A. Davis (*phv*)
Davis, Johnston, & Ringger, PC
21 Battery Park Avenue
Suite 206
Ashville, NC 28801
gadavis@enviroattorney.com
kjohnston@enviroattorney.com
Phone: 828-622-0044
Fax: 828-398-0435

CAUSBY FIRM, LLC
Thomas Causby (Ga. Bar # 968006)
P.O. Box 488
Dalton, GA 30722-488
tom@causbyfirm.com
Phone: 706-278-0525
Fax: 706-229-4363

*Attorneys for Plaintiffs*

/s/William M. Droze
William M. Droze (Ga. Bar # 231039)
Matthew Bailey (Ga. Bar # 194516)
Kadeisha A. West (Ga. Bar # 640699)
Troutman Pepper Locke, LLP
600 Peachtree Street, N.E. Suite 3000
Atlanta, Georgia 30308
william.droze@troutman.com
Phone: 404-885-3468
Fax: 404-885-3750

*Attorneys for Defendant Mount Vernon Mills, Inc.*

/s/Erich P. Nathe
Thomas Hiley (Ga. Bar # 142074)
Erich P. Nathe (*phv*)
GORDON REES SCULLY MANSUKHANI
55 Ivan Allen Jr. Blvd NW, Suite 750
Atlanta, GA 30308
thiley@grsm.com
enathe@grsm.com
Phone: 312-619-4939
Fax: 312-565-6511

*Attorneys for Town of Trion, Georgia*

## CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **JOINT MOTION FOR ENTRY OF CONSENT DECREE** has been filed electronically with the Clerk of Court by using the CM/ECF system which will automatically email all counsel of record.

This the 8th day of September, 2025.

*/s Keith A. Johnston*